## INDEX OF EXHIBITS

| Exhibit | Description |
| --- | --- |
| 1 | 2005 Public Act 108 |

Detroit_648083_1

Dockets.Justia.com