UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

ENTERTAINMENT SOFTWARE
ASSOCIATION, VIDEO SOFTWARE
DEALERS ASSOCIATION, and
MICHIGAN RETAILERS
ASSOCIATION,

        Plaintiffs,

vs.

JENNIFER M. GRANHOLM, in her
official capacity as Governor of the State
of Michigan; MICHAEL A. COX, in his
official capacity as Attorney General of
the State of Michigan; and KYM L.
WORTHY in her official capacity as
Wayne County Prosecuting Attorney,

        Defendants.
                                            /

Case No: 05-73684

Hon. George Caram Steeh

Magistrate Judge Steven D. Pepe

BODMAN LLP
By:    Dennis J. Levasseur (P39778)
        Alicia J. Blumenfeld (P67511)
100 Renaissance Center, 34th Floor
Detroit, Michigan 48243
Telephone: (313) 259-7777
Fax: (313) 393-7579

        and

JENNER & BLOCK LLP
By:    Paul M. Smith
        Katherine A. Fallow
        Kathleen R. Hartnett
        Amy L. Tenney
601 Thirteenth Street, N.W., Suite 1200
Washington, DC 20005
Telephone: (202) 639-6000
Fax: (202) 639-6066
Attorneys for Plaintiffs
                                            /

## PLAINTIFFS' EX PARTE MOTION FOR LEAVE TO FILE
## EXHIBITS IN THE TRADITIONAL MANNER

Plaintiffs, by their undersigned attorneys, under the Electronic Filing Policies and Procedures of this Court, move this Court for leave to file exhibits in the traditional manner. In support, plaintiffs state as follows:

1. Rule 18(c) of the Electronic Filing Policies and Procedures states that: "A filing user must obtain leave of court to file exhibits in the traditional manner if the exhibits cannot authentically be converted to electronic form as required in R18(a)."

2. The exhibits to plaintiffs' motion for preliminary injunction cannot be authentically converted to electronic form as these exhibits consist of electronic video games as well as video tapes of the contents of the video games.

3. Plaintiffs request that this Court grant them leave to file the exhibits to plaintiffs' motion for preliminary injunction in the traditional manner.

        Respectfully Submitted,

        BODMAN LLP

        /s/ Alicia J. Blumenfeld_____
        By:    Dennis J. Levasseur (P39778)
                 Alicia J. Blumenfeld (P67511)
        100 Renaissance Center, 34th Floor
        Detroit, Michigan 48243
        Telephone: (313) 259-7777
        Fax: (313) 393-7579
        dlevasseur@bodmanllp.com
        ablumenfeld@bodmanllp.com

        JENNER & BLOCK LLP
        By:    Paul M. Smith
                 Katherine A. Fallow
                 Kathleen R. Hartnett
                 Amy L. Tenney
        601 Thirteenth Street, N.W., Suite 1200
        Washington, D.C. 20005
        Telephone: (202) 639-6000
        Fax: (202) 639-6066
        Attorneys for Plaintiffs

September 23, 2005

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

ENTERTAINMENT SOFTWARE
ASSOCIATION, VIDEO SOFTWARE
DEALERS ASSOCIATION, and
MICHIGAN RETAILERS
ASSOCIATION,

        Plaintiffs,

vs.

JENNIFER M. GRANHOLM, in her
official capacity as Governor of the State
of Michigan; MICHAEL A. COX, in his
official capacity as Attorney General of
the State of Michigan; and KYM L.
WORTHY in her official capacity as
Wayne County Prosecuting Attorney,

        Defendants.
                                        /

Case No: 05-73684

Hon. George Caram Steeh

Magistrate Judge Steven D. Pepe

BODMAN LLP
By:   Dennis J. Levasseur (P39778)
       Alicia J. Blumenfeld (P67511)
100 Renaissance Center, 34th Floor
Detroit, Michigan 48243
Telephone: (313) 259-7777
Fax: (313) 393-7579

    and

JENNER & BLOCK LLP
By:   Paul M. Smith
       Katherine A. Fallow
       Kathleen R. Hartnett
       Amy L. Tenney
601 Thirteenth Street, N.W., Suite 1200
Washington, DC 20005
Telephone: (202) 639-6000
Fax: (202) 639-6066
Attorneys for Plaintiffs
                                      /

## BRIEF IN SUPPORT OF PLAINTIFFS' EX PARTE MOTION FOR
## LEAVE TO FILE EXHIBITS IN THE TRADITIONAL MANNER

In support of this motion, plaintiffs rely on Rule 18(c) of the Electronic Filing Policies and Procedures of this Court.

          Respectfully Submitted,

          BODMAN LLP

          /s/ Alicia J. Blumenfeld
          By:    Dennis J. Levasseur (P39778)
                   Alicia J. Blumenfeld (P67511)
          100 Renaissance Center, 34th Floor
          Detroit, Michigan 48243
          Telephone: (313) 259-7777
          Fax: (313) 393-7579
          dlevasseur@bodmanllp.com
          ablumenfeld@bodmanllp.com

          JENNER & BLOCK LLP
          By:    Paul M. Smith
                   Katherine A. Fallow
                   Kathleen R. Hartnett
                   Amy L. Tenney
          601 Thirteenth Street, N.W., Suite 1200
          Washington, D.C. 20005
          Telephone: (202) 639-6000
          Fax: (202) 639-6066
          Attorneys for Plaintiffs

September 23, 2005