3

Exh A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Entertainment Software Association,
Video Software Dealers Association, and
Michigan Retailers Association,

    Plaintiff(s),

v.

Jennifer M. Granholm, in her official capacity
as the Governor of the State of Michigan,
Michael A. Cox in his official capacity as
Attorney General of the State of Michigan, and
Kym L. Worthy, in her official capacity as Wayne
County Prosecuting Attorney,

    Defendant(s).
_____/

JUDGE : Steeh, George Caram
DECK : S. Division Civil Deck
DATE : 09/21/2005 @ 15:59:47
CASE NUMBER : 2:05CV73634
CMP ENTERNAINMENT SOFTWRE ASS ET
AL V JENNIFER GRANHOLM ET AL SI

Magistrate Judge Steven D. Pepe

STATEMENT OF DISCLOSURE
OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to E.D. Mich LR 83.4, ___Video Software Dealers Association___
makes the following disclosure: (NOTE: A negative report, if appropriate is required.)

1. Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

    Yes ☐    No ☒

    If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.

    Parent Corporation/Affiliate Name: _____
    Relationship with Named Party: _____

2. Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

    Yes ☒    No ☐

    If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.    See Attachment A.

    Parent Corporation/Affiliate Name: _____
    Nature of Financial Interest: _____

Date: September 21, 2005

                              Dennis J. Levasseur
                              P39778
                              Bodman LLP
                              100 Renaissance Center, 34th Floor
                              Detroit, Michigan 48243
                              (313) 259-7777
                              dlevasseur@bodmanllp.com

Detroit_645985_1



## Attachment A

The following members of the Video Software Dealers Association are not parties to the case, but are publicly owned corporations and/or affiliates that may have a substantial financial interest in the outcome of the litigation. Specifically, the sales and profits of the listed entities may be affected if 2005 Michigan Public Act 107 is enforced by the Defendants.

Blockbuster Inc.
Circuit City Stores Inc.
Movie Gallery, Inc./Hollywood Video