# United States District Court
# Eastern District of Michigan

*Summons in a Civil Action and Return of Service Form*

**Case Number and Judge Assignment (to be supplied by the Court):** GEORGE CARAM STEEH 05-73634 — Magistrate Judge Steven D. Pepe

**Plaintiff(s) Name:**
Entertainment Software Association, Video Software Dealers Association, and Michigan Retailers Association

vs.

**Defendant(s) Name:**
Jennifer Granholm, in her official capacity as Governor of the State of Michigan; Michael A. Cox, in his official capacity as Attorney General for the State of Michigan, et al

**Plaintiffs attorney, address and telephone:**
Dennis J. Levasseur (P39778)
Bodman LLP
100 Renaissance Center, 34th Floor
Detroit, Michigan 48243
(313) 259-7777

**Name and address of defendant being served:**
Michael A. Cox
Michigan Department of Attorney General
G. Mennen Williams Building, 7th Floor
525 W. Ottawa Street
Lansing, Michigan 48909

*To the defendant*

This summons is notification that YOU ARE BEING SUED by the above named plaintiff(s).

1. You are required to serve upon the plaintiff's attorney, name and address above, an answer to the complaint within _20_ days after receiving this summons, or take other actions that are permitted by the Federal Rules of Civil Procedure.

2. You must file the original and one copy of your answer within the time limits specified above with the Clerk of Court.

3. Failure to answer or take other action permitted by the Federal Rules of Civil Procedure may result in the issuance of a judgment by default against you for the relief demanded in the complaint.

**David J. Weaver**
**Clerk of the Court**

By: _____
Deputy Clerk

Date of issuance: SEP 21 2005

# RETURN OF SERVICE

A copy of the summons and complaint has been served upon the defendant in the manner indicated below:

Name of Defendant served: _Michael A. Cox - Attorney General c/o Natalie Thelen, Ast. to Atty Gen._

Date of service: _9-22-05 @ 1:20 P.M._

**Method of Service**

☒ Personally served at this address: _525 W. Ottawa St. Lansing MI 48909_

☐ Left copies at the defendant's usual place of abode with (name of person): _____

At this address: _____

☐ Other (please specify): _____

Service fees: Travel $ _94_  Service $ _55_  Total $ _149_

*I declare under the penalty of perjury that the information contained in this Return of Service is true.*

_9-22-05_
Date

Signature of server

_Jack Eichenlaub_
Server's printed name

_PO Box 806236 St. Clair Shores MI 48080_
Server's address