Magistrate Judge Steven D. Pepe

# United States District Court
# Eastern District of Michigan



*Summons in a Civil Action and Return of Service Form*

GEORGE CARAM STEEH
**05-73634**

Case Number and Judge Assignment (to be supplied by the Court)

**Plaintiff(s) Name**

Entertainment Software Association, Video Software Dealers Association, and Michigan Retailers Association

vs.

**Defendant(s) Name**

Jennifer Granholm, in her official capacity as Governor of the State of Michigan; Michael A. Cox, in his official capacity as Attorney General for the State of Michigan, et al

**Plaintiffs attorney, address and telephone:**

Dennis J. Levasseur (P39778)
Bodman LLP
100 Renaissance Center, 34th Floor
Detroit, Michigan 48243
(313) 259-7777

**Name and address of defendant being served:**

Jennifer M. Granholm, Governor
111 S. Capitol Avenue
George W. Rommey Building
Lansing, Michigan 48933

*To the defendant*

This summons is notification that YOU ARE BEING SUED by the above named plaintiff(s).

1. You are required to serve upon the plaintiff's attorney, name and address above, an answer to the complaint within __20__ days after receiving this summons, or take other actions that are permitted by the Federal Rules of Civil Procedure.

2. You must file the original and one copy of your answer within the time limits specified above with the Clerk of Court.

3. Failure to answer or take other action permitted by the Federal Rules of Civil Procedure may result in the issuance of a judgment by default against you for the relief demanded in the complaint.

**David J. Weaver**
**Clerk of the Court**

By: _____
Deputy Clerk

SEP 21 2005
Date of issuance

INT-0131-MIE-REV 12/93 06/99

PAGE 1 OF 2

# RETURN OF SERVICE

A copy of the summons and complaint has been served upon the defendant in the manner indicated below:

Name of Defendant served: _Jennifer Granholm – Governor c/o Justin Victor, Constituent Services_

Date of service: _9-22-05 @ 1:25 P.M._

**Method of Service**

☒ Personally served at this address: _111 S. Capitol Ave, Lansing MI 48933_

☐ Left copies at the defendant's usual place of abode with (name of person): _____

At this address: _____

☐ Other (please specify): _____

Service fees:   Travel $ _____   Service $ _55_   Total $ _55_

*I declare under the penalty of perjury that the information contained in this Return of Service is true.*

_9-22-05_
Date

Signature of server

Server's printed name: _Jack Eichenlaub_

Server's address: _PO Box 806236 St. Clair Shores MI 48080_