# United States District Court
# Eastern District of Michigan

## Summons in a Civil Action and Return of Service Form

GEORGE CARAM STEEH

Case Number and Judge Assignment (to be supplied by the Court): **05-73634**

Magistrate Judge Steven D. Pepe

**Plaintiff(s) Name**

Entertainment Software Association, Video Software Dealers Association, and Michigan Retailers Association

vs.

**Defendant(s) Name**

Jennifer Granholm, in her official capacity as Governor of the State of Michigan; Michael A. Cox, in his official capacity as Attorney General for the State of Michigan, et al

**Plaintiffs attorney, address and telephone:**

Dennis J. Levasseur (P39778)
Bodman LLP
100 Renaissance Center, 34th Floor
Detroit, Michigan 48243
(313) 259-7777

**Name and address of defendant being served:**

Kym L. Worthy
Prosecutor of Wayne County
1200 Frank Murphy Hall of Justice
1441 S. Antoine
Detroit, Michigan 48226
(313) 224-5777

*To the defendant*

This summons is notification that YOU ARE BEING SUED by the above named plaintiff(s).

1. You are required to serve upon the plaintiff's attorney, name and address above, an answer to the complaint within _20_ days after receiving this summons, or take other actions that are permitted by the Federal Rules of Civil Procedure.

2. You must file the original and one copy of your answer within the time limits specified above with the Clerk of Court.

3. Failure to answer or take other action permitted by the Federal Rules of Civil Procedure may result in the issuance of a judgment by default against you for the relief demanded in the complaint.

**David J. Weaver**
**Clerk of the Court**

By: _____
       Deputy Clerk

SEP 21 2005
Date of issuance

INT-0131-MIE-REV. 12/93 06/99

PAGE 1 OF 2

Dockets.Justia.com

# RETURN OF SERVICE

A copy of the summons and complaint has been served upon the defendant in the manner indicated below:

Name of Defendant served: _Kym L. Worthy - Prosecutor of Wayne County c/o Iwana Session, Sec. to Prosecutor_

Date of service: _9-22-05 @ 10:50 A.M._

**Method of Service**

☒ Personally served at this address: _1200 Frank Murphy Hall of Justice_
_1441 St. Antoine_
_Detroit MI 48226_

☐ Left copies at the defendant's usual place of abode with (name of person): _____

At this address: _____

☐ Other (please specify): _____

Service fees:   Travel  $ _____   Service $ _85_   Total $ _85_

I declare under the penalty of perjury that the information contained in this Return of Service is true.

_9-22-05_
Date

Signature of server: _Jack Eichenlaub_

Server's printed name: _Jack Eichenlaub_

Server's address: _PO Box 80623C St. Claire Shores MI 48080_