-2-

## LIST OF EXHIBITS

**Exhibit**

A　　　　Enrolled Senate Bill No. 416