# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

ENTERTAINMENT SOFTWARE
ASSOCIATION, VIDEO SOFTWARE
DEALERS ASSOCIATION, and
MICHIGAN RETAILERS
ASSOCIATION,

              Plaintiffs,

vs.

JENNIFER M. GRANHOLM, in her
official capacity as Governor of the State
of Michigan; MICHAEL A. COX, in his
official capacity as Attorney General of
the State of Michigan; and KYM L.
WORTHY  in her official capacity as
Wayne County Prosecuting Attorney,

              Defendants.

_____  /

Case No: 05-73634

Hon. George Caram Steeh

Magistrate Judge Steven D. Pepe

**NOTICE OF FILING EXHIBITS IN THE
TRADITIONAL MANNER**

BODMAN LLP
By:    Dennis J. Levasseur (P39778)
        Alicia J. Blumenfeld (P67511)
100 Renaissance Center, 34th Floor
Detroit, Michigan 48243
Telephone: (313) 259-7777
Fax: (313) 393-7579

        and

JENNER & BLOCK LLP
By:    Paul M. Smith
        Katherine A. Fallow
        Kathleen R. Hartnett
        Amy L. Tenney
601 Thirteenth Street, N.W., Suite 1200
Washington, DC 20005
Telephone: (202) 639-6000
Fax: (202) 639-6066
Attorneys for Plaintiffs

_____  /

Detroit_648269_1

## <u>NOTICE OF FILING EXHIBITS IN THE TRADITIONAL MANNER</u>

Please take notice that the undersigned has filed the following exhibits in the traditional

manner in support of plaintiffs' motion for preliminary injunction:

(i)     EXHIBITS A (VIDEO GAME "GOD OF WAR") & B (VIDEOTAPE OF "GOD OF WAR") TO THE DECLARATION OF KEN CHAN

(ii)    EXHIBITS A (VIDEO GAME "MEDAL OF HONOR FRONTLINE") & B (VIDEOTAPE OF "MEDAL OF HONOR FRONTLINE") TO THE DECLARATION OF DAVID ROSEN

(iii)   EXHIBITS A (VIDEO GAME "RESIDENT EVIL IV") & B (VIDEOTAPE OF "RESIDENT EVIL IV") TO THE DECLARATION OF REY JIMENEZ

(iv)    EXHIBITS A (VIDEO GAME "FULL SPECTRUM WARRIOR") & B (VIDEOTAPE OF "FULL SPECTRUM WARRIOR") TO THE DECLARATION OF BRAD CARRAWAY

(v)     EXHIBITS A (VIDEO GAME "JADE EMPIRE") & B (VIDEOTAPE OF "JADE EMPIRE") TO THE DECLARATION OF GENEVIEVE WALDMAN

(vi)    EXHIBITS A (VIDEO GAME "TOM CLANCY'S RAINBOW SIX 3") & B (VIDEOTAPE OF "TOM CLANCY'S RAINBOW SIX 3") TO THE DECLARATION OF JAIME BORASI

2

Detroit_648269_1

Leave of Court was previously granted on September 26, 2005, by the Honorable George Caram Steeh. The exhibits have been served in hard copy on all parties pursuant to federal and local rules.

Respectfully Submitted,

BODMAN LLP

By:    Dennis J. Levasseur (P39778)
       Alicia J. Blumenfeld (P67511)
100 Renaissance Center, 34th Floor
Detroit, Michigan  48243
Telephone: (313) 259-7777
Fax: (313) 393-7579
dlevasseur@bodmanllp.com
ablumenfeld@bodmanllp.com

JENNER & BLOCK LLP
By:    Paul M. Smith
       Katherine A. Fallow
       Kathleen R. Hartnett
       Amy L. Tenney
601 Thirteenth Street, N.W., Suite 1200
Washington, D.C.  20005
Telephone: (202) 639-6000
Fax: (202) 639-6066

September 26, 2005

3