UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

ENTERTAINMENT SOFTWARE
ASSOCIATION, VIDEO SOFTWARE
DEALERS ASSOCIATION, and MICHIGAN
RETAILERS ASSOCIATION,

        Plaintiffs,

vs.

JENNIFER M. GRANHOLM, in her official capacity as Governor of the State of Michigan; MICHAEL A. COX, in his official capacity as Attorney General of the State of Michigan; and KYM L. WORTHY in her official capacity as Wayne County Prosecuting Attorney,

        Defendants.    /

Case No: 02:05-cv-73634

Hon. George Caram Steeh

Magistrate Judge Steven D. Pepe

## APPENDIX TO MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

| Description | Tab |
|---|---|
| Declaration of Crossan R. Andersen | 1 |
| Declaration of Ted Price | 2 |
| Declaration of Douglas Lowenstein | 3 |
| Declaration of Jaime Borasi | 4 |
| Declaration of Brad Carraway | 5 |
| Declaration of Ken Chan | 6 |
| Declaration of Rey Jimenez | 7 |
| Declaration of Genevieve Waldman | 8 |
| Declaration of David Rosen | 9 |