# LIST OF ATTACHMENTS

### Description

| | |
|---|---|
| A. | Notice of Filing Exhibits in the Traditional Manner |
| B | Appendix to Memorandum in Support of Plaintiffs' Motion for Preliminary Injunction |
| 1 | Declaration of Crossan R. Andersen |
| 2 | Declaration of Ted Price |
| 3 | Declaration of Douglas Lowenstein |
| 3-A | Attachment to Declaration of Douglas Lowenstein |
| 4 | Declaration of Jaime Borasi |
| 5 | Declaration of Brad Carraway |
| 6 | Declaration of Ken Chan |
| 7 | Declaration of Rey Jimenez |
| 8 | Declaration of Genevieve Waldman |
| 9 | Declaration of David Rosen |