IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| ENTERTAINMENT SOFTWARE ASSOCIATION; VIDEO SOFTWARE DEALERS ASSOCIATION; and MICHIGAN RETAILERS ASSOCIATION,<br><br>Plaintiffs,<br><br>vs.<br><br>JENNIFER M. GRANHOLM, in her official capacity as Governor of the State of Michigan; MICHAEL A. COX, in his official capacity as Attorney General of the State of Michigan; and KYM L. WORTHY in her official capacity as Wayne County Prosecuting Attorney,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DECLARATION OF BRAD CARRAWAY**

Pursuant to 28 U.S.C. § 1746, I, Brad Carraway, under penalty of perjury state as follows:

1. I am currently employed as a senior global brand manager at THQ Inc. ("THQ"). I have held this position since July, 2004. As a result of my duties as a senior global brand manager, I have personal knowledge of the facts stated in this declaration.

2. THQ is a developer and publisher of interactive entertainment software both for personal computers and advanced entertainment systems, such as Microsoft Xbox, Sony PlayStation 2 and PlayStation Portable, and Nintendo GameCube, Game Boy Advance and DS. THQ is headquartered in Los Angeles County, California.

2

3. One of the video games that THQ publishes is entitled "*Full Spectrum Warrior.*" A true and accurate copy of the Xbox version of *Full Spectrum Warrior*, in its entirety and final form, is attached as Exhibit A to this Declaration. A videotape of *Full Spectrum Warrior* being played is attached as Exhibit B to this Declaration. I certify that Exhibit B is a true, accurate, and representative sample of *Full Spectrum Warrior*.

**I declare under penalty of perjury that the foregoing is true and correct.**

EXECUTED on September 16, 2005.

_____
Brad Carraway

**Exhibits A (video game "Full Spectrum Warrior") & B (videotape of "Full Spectrum Warrior") to the Declaration of Brad Carraway are enclosed in a separately filed envelope.**