IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| ENTERTAINMENT SOFTWARE ASSOCIATION; VIDEO SOFTWARE DEALERS ASSOCIATION; and MICHIGAN RETAILERS ASSOCIATION, <br><br> Plaintiffs, <br><br> vs. <br><br> JENNIFER M. GRANHOLM, in her official capacity as Governor of the State of Michigan; MICHAEL A. COX, in his official capacity as Attorney General of the State of Michigan; and KYM L. WORTHY in her official capacity as Wayne County Prosecuting Attorney, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

### DECLARATION OF KEN CHAN

Pursuant to 28 U.S.C. § 1746, I, Ken Chan, under penalty of perjury state as follows:

1. I am currently employed as a marketing specialist at Sony Computer Entertainment America Inc. ("SCEA"). I have held this position since Spring 1996. As a result of my duties as a marketing specialist, I have personal knowledge of the facts stated in this declaration.

2. SCEA is a publisher, developer and distributor of interactive entertainment software. SCEA publishes video games for the PS one console, the PlayStation® 2 computer entertainment system, and the PSP™ (PlayStation® Portable). SCEA is based in Foster City, California, and serves as headquarters for all North American operations. SCEA is a wholly owned subsidiary of Sony Computer Entertainment Inc.

3. One of the video games that SCEA publishes is entitled "*God of War.*" A true and accurate copy of the PlayStation 2 version of *God of War*, in its entirety and final form, is attached as Exhibit A to this Declaration. A videotape of *God of War* being played is attached as Exhibit B to this Declaration. I certify that Exhibit B is a true, accurate, and representative sample of *God of War*.

**I declare under penalty of perjury that the foregoing is true and correct.**

EXECUTED on September 15, 2005.

_____
Ken Chan

**Exhibits A (video game "God of War") & B (videotape of "God of War") to the Declaration of Ken Chan are enclosed in a separately filed envelope.**