## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

ENTERTAINMENT SOFTWARE       )
ASSOCIATION; VIDEO SOFTWARE     )
DEALERS ASSOCIATION; and        )
MICHIGAN RETAILERS             )
ASSOCIATION,                   )
                            )
         Plaintiffs,           )
                            )
         vs.                 )
                            )
JENNIFER M. GRANHOLM, in her     )
official capacity as Governor of the State of   )
Michigan; MICHAEL A. COX, in his     )
official capacity as Attorney General of the    )
State of Michigan; and KYM L. WORTHY   )
in her official capacity as Wayne County    )
Prosecuting Attorney,           )
                            )
         Defendants.        )

### DECLARATION OF REY JIMENEZ

Pursuant to 28 U.S.C. § 1746, I, Rey Jimenez, under penalty of perjury state as follows:

1.       I am currently employed as an Associate Publishing Project Manager at Capcom

Entertainment, Inc. ("Capcom"). I have held this position since May, 2003. As a result of my

duties as an Associate Publishing Project Manager, I have personal knowledge of the facts stated

in this declaration.

2.       Capcom is an independent developer and publisher of interactive entertainment

software both for personal computers and advanced entertainment systems, such as Microsoft

Xbox, Sony PlayStation 2 and PlayStation Portable, and Nintendo GameCube, Game Boy

Advance and DS. Capcom's headquarters in North America is located in Sunnyvale, California.

3.      One of the video games that Capcom designed is entitled "*Resident Evil 4*." A true and accurate copy of the GameCube version of *Resident Evil 4*, in its entirety and final form, is attached as Exhibit A to this Declaration. A videotape of *Resident Evil 4* being played is attached as Exhibit B to this Declaration. I certify that Exhibit B is a true, accurate, and representative sample of *Resident Evil 4*.

**I declare under penalty of perjury that the foregoing is true and correct.**

EXECUTED on September 20 , 2005.

_____
Rey Jimenez

**Exhibits A (video game "Resident Evil IV") & B (videotape of "Resident Evil IV") to the Declaration of Rey Jimenez are enclosed in a separately filed envelope.**