IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| ENTERTAINMENT SOFTWARE ASSOCIATION; VIDEO SOFTWARE DEALERS ASSOCIATION; and MICHIGAN RETAILERS ASSOCIATION,<br><br>Plaintiffs,<br><br>vs.<br><br>JENNIFER M. GRANHOLM, in her official capacity as Governor of the State of Michigan; MICHAEL A. COX, in his official capacity as Attorney General of the State of Michigan; and KYM L. WORTHY in her official capacity as Wayne County Prosecuting Attorney,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### DECLARATION OF DAVID ROSEN

Pursuant to 28 U.S.C. § 1746, I, David Rosen, under penalty of perjury state as follows:

1.     I am currently employed as a Product Manager at Electronic Arts Inc. (hereinafter "EA"). I have been employed at EA since July 2002. I have personal knowledge of the facts stated in this declaration.

2.     EA is an independent developer and publisher of interactive entertainment software products for video game console systems such as Microsoft's Xbox, Sony PlayStation 2 and Nintendo GameCube, personal computers, mobile video devices and the Internet. EA

-1-

headquarters is located in Redwood City, California. EA employs approximately 6,500 people worldwide.

3.  One of the games that EA developed, marketed and published is *Medal of Honor Frontline*. A true and accurate copy of the PlayStation 2 version of the game, in its entirety and final form, is attached as Exhibit A. A videotape of *Medal of Honor Frontline* being played is attached as Exhibit B. I certify that Exhibit B is a true, accurate, and representative sample of *Medal of Honor Frontline*.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed on September 20, 2005 at Redwood City, CA.

David Rosen

**Exhibits A (video game "Medal of Honor Frontline") & B (videotape of "Medal of Honor Frontline") to the Declaration of David Rosen are enclosed in a separately filed envelope**