UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ENTERTAINMENT SOFTWARE
ASSOCIATION, VIDEO SOFTWARE
DEALERS ASSOCIATION, and MICHIGAN
RETAILERS ASSOCIATION ,

   Plaintiffs,

v

JENNIFER GRANHOLM, in her official
capacity as Governor of the State of Michigan;
MICHAEL A. COX, in his official capacity as
Attorney General for the State of Michigan, et
al, and KYM L. WORTHY, in her official
capacity as Wayne County Prosecuting
Attorney,

   Defendants.

No. 05-73634

HON. GEORGE CARAM STEEH
MAGISTRATE JUDGE PEPE

---

Dennis J. Levasseur (P39778)
Alicia J. Blumenfeld (P67511)
Bodman LLP
100 Renaissance Center
Detroit MI 48243
(313) 393-7596

Denise C. Barton (P41535)
Attorney for Defendants
Michigan Department of Attorney General
Public Employment, Elections & Tort Div.
P.O. Box 30736
Lansing MI 48909
(517) 373-6434

Paul M. Smith
Katherine A. Fallow
Kathleen R. Hartnett
Amy L. Tenney
Jenner & Block LLP
601 Thirteenth Street, NW, Ste 1200
Washington DC 20005
(202) 639-6000

## APPEARANCE

  NOW COMES the undersigned Assistant Attorney General, and hereby enters her

appearance on behalf of Defendants Governor Jennifer Granholm and Attorney General Michael

A. Cox, in the above matter.

                Respectfully submitted,

                MICHAEL A. COX
                Attorney General

                *s/ Denise C. Barton (P41535)*
                Denise C. Barton (P41535)
                Assistant Attorney General
                Public Employment, Elections
                & Tort Defense Division

Dated: September 27, 2005

## CERTIFICATE OF SERVICE

I hereby certify that on September 27, 2005, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing of the following: Appearance on behalf of Defendants Granholm and Cox.

                *s/ Denise C. Barton (P41535)*
                Dept of Attorney General
                Public Employment, Elections & Tort Defense Div.
                P.O. Box 30736
                Lansing, MI 48909-8236
                (517) 373-6434
                Email: bartond@michigan.gov