## **INDEX OF ATTACHMENT**

| **Attachment No.** | **Description** |
|---|---|
| A | List of members of Michigan Retailers Association not parties to this matter. |