## Attachment A

The following members of the Michigan Retailers Association are not parties to the case, but are publicly owned corporations and/or affiliates that may have a substantial financial interest in the outcome of the litigation. Specifically, the sales and profits of the listed entities may be affected if 2005 Michigan Public Act 108 is enforced by the Defendants.

Best Buy Co., Inc.
Circuit City Stores, Inc.
CVS Corporation
J.C. Penney Company, Inc.
Kmart Corporation (subsidiary of Sears Holdings Corporation)
Rite Aid Corporation
Sears, Roebuck and Co. (subsidiary of Sears Holdings Corporation)
Staples, Inc.
Target Corporation
Walgreen Co.
Wal-Mart Stores, Inc.