## INDEX OF ATTACHMENT

| **Attachment No.** | **Description** |
| --- | --- |
| A | List of members of Entertainment Software Association not parties to this matter. |