UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Entertainment Software Association,
Video Software Dealers Association, and
Michigan Retailers Association,

      Plaintiff(s),

v.

Jennifer M. Granholm, in her official capacity
as the Governor of the State of Michigan,
Michael A. Cox in his official capacity as
Attorney General of the State of Michigan, and
Kym L. Worthy, in her official capacity as Wayne
County Prosecuting Attorney,

      Defendant(s).
_____/

Case No: 05-73634
Hon: George Caram Steeh

Magistrate Judge Steven D. Pepe

## STATEMENT OF DISCLOSURE
## OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to E.D. Mich LR 83.4, __Video Software Dealers Association__ makes the following disclosure: (NOTE: A negative report, if appropriate is required.)

1. Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

   Yes ☐   No ☒

   If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.

   Parent Corporation/Affiliate Name: _____
   Relationship with Named Party: _____

2. Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

   Yes ☒   No ☐

   If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.       See Attachment A.

   Parent Corporation/Affiliate Name: _____
   Nature of Financial Interest: _____

Date: September 27, 2005

Alicia J. Blumenfeld
P67511
Bodman LLP
100 Renaissance Center, 34th Floor
Detroit, Michigan 48243
(313) 259-7777
ablumenfeld@bodmanllp.com

Detroit_645985_1

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

ENTERTAINMENT SOFTWARE
ASSOCIATION, VIDEO SOFTWARE
DEALERS ASSOCIATION, and MICHIGAN
RETAILERS ASSOCIATION,

      Plaintiffs,

vs.

JENNIFER M. GRANHOLM, in her official
capacity as Governor of the State of Michigan;
MICHAEL A. COX, in his official capacity as
Attorney General of the State of Michigan; and
KYM L. WORTHY in her official capacity as
Wayne County Prosecuting Attorney,

      Defendants.         /

Case No: 02:05-cv-73634

Hon. George Caram Steeh

Magistrate Judge Steven D. Pepe

## PROOF OF SERVICE

    Kimberly Jarvis certifies that she is an employee of Bodman LLP, that on September 27, 2005 she caused to be served a copy of **Amended Statement of Corporate Affiliations and Financial Interest for Plaintiff Video Software Dealers Association** and this Proof of Service upon the person(s) listed below via United States Mail upon:

Denise C. Barton, Esq.
Assistant Attorney General
Department of Attorney General
525 W. Ottawa Street, Floor 5
P.O. Box 30736
Lansing, Michigan 48909

Jeffrey Caminsky, Esq.
Timothy A. Baughman, Esq.
Assistant Prosecuting Attorney
Wayne County
1441 St. Antoine St., Room 1200
Detroit, Michigan 48226

    I declare under penalty of perjury that the foregoing statement is true and correct to the best of my information, knowledge and belief.

_____
Kimberly Jarvis