## INDEX OF ATTACHMENT

| Attachment No. | Description |
| --- | --- |
| A | List of members of Video Software Dealers Association who are not parties to this matter. |