## Attachment A

The following members of the Video Software Dealers Association are not parties to the case, but are publicly owned corporations and/or affiliates that may have a substantial financial interest in the outcome of the litigation. Specifically, the sales and profits of the listed entities may be affected if 2005 Michigan Public Act 108 is enforced by the Defendants.

Blockbuster Inc.
Circuit City Stores Inc.
Movie Gallery, Inc./Hollywood Video