**ORIGINAL** ~~COPY~~ **FILED**

SEP 26 2005

U.S. DISTRICT COURT
EASTERN MICHIGAN

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

ENTERTAINMENT SOFTWARE
ASSOCIATION, VIDEO SOFTWARE
DEALERS ASSOCIATION, and
MICHIGAN RETAILERS
ASSOCIATION,

        Plaintiffs,

vs.

JENNIFER M. GRANHOLM, in her
official capacity as Governor of the State
of Michigan; MICHAEL A. COX, in his
official capacity as Attorney General of
the State of Michigan; and KYM L.
WORTHY in her official capacity as
Wayne County Prosecuting Attorney,

        Defendants.
_____/

Case No: 05-~~73684~~ 73634

Hon. George Caram Steeh

Magistrate Judge Steven D. Pepe

BODMAN LLP
By:   Dennis J. Levasseur (P39778)
       Alicia J. Blumenfeld (P67511)
100 Renaissance Center, 34th Floor
Detroit, Michigan 48243
Telephone: (313) 259-7777
Fax: (313) 393-7579

    and

JENNER & BLOCK LLP
By:   Paul M. Smith
       Katherine A. Fallow
       Kathleen R. Hartnett
       Amy L. Tenney
601 Thirteenth Street, N.W., Suite 1200
Washington, DC 20005
Telephone: (202) 639-6000
Fax: (202) 639-6066
Attorneys for Plaintiffs
_____/

Detroit_648042_1

## ORDER GRANTING PLAINTIFFS' EX PARTE MOTION FOR LEAVE
## TO FILE EXHIBITS IN THE TRADITIONAL MANNER

At a session of said Court held in the
Theodore Levin United States Courthouse
on: **SEP 2 6 2005**

HON. **GEORGE CARAM STEEH**
Hon. George Caram Steeh
United States District Judge

On consideration of plaintiffs' ex-parte motion for leave to file exhibits in the traditional manner:

IT IS ORDERED that plaintiffs are granted leave to file exhibits, consisting of video games and video tapes, to their motion for preliminary injunction in the traditional manner.

Hon. George Caram Steeh
United States District Judge

DATED: **SEP 2 6 2005**, 2005

2

Detroit_648042_1