# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

ENTERTAINMENT SOFTWARE
ASSOCIATION, VIDEO SOFTWARE
DEALERS ASSOCIATION, and MICHIGAN
RETAILERS ASSOCIATION,

        Plaintiffs,

vs.

JENNIFER M. GRANHOLM, in her official capacity
as Governor of the State of Michigan; MICHAEL A.
COX, in his official capacity as Attorney General of
the State of Michigan; and KYM L. WORTHY in her
official capacity as Wayne County Prosecuting
Attorney,

        Defendants.

Case No: 05-73634

Hon. George Caram Steeh

Magistrate Judge Steven D. Pepe

BODMAN LLP
By:   Dennis J. Levasseur (P39778)
       Alicia J. Blumenfeld (P67511)
100 Renaissance Center, 34th Floor
Detroit, Michigan 48243
Telephone: (313) 259-7777
Fax: (313) 393-7579

    and

JENNER & BLOCK LLP
By:   Paul M. Smith
       Katherine A. Fallow
       Kathleen R. Hartnett
       Amy L. Tenney
601 Thirteenth Street, N.W., Suite 1200
Washington, DC 20005
Telephone: (202) 639-6000
Fax: (202) 639-6066
Attorneys for Plaintiffs

MARSHAL FILED SEP 2 3 2005 CLERK'S OFFICE-DETROIT-PSG U.S. DISTRICT COURT

**EXHIBITS A (VIDEO GAME "TOM CLANCY'S RAINBOW SIX 3") & B (VIDEOTAPE OF "TOM CLANCY'S RAINBOW SIX 3") TO THE DECLARATION OF JAIME BORASI IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

Detroit_648223_1