# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

ENTERTAINMENT SOFTWARE, et al,
          Plaintiff(s),

v.

JENNIFER GRANHOLM, et al,
          Defendant(s).
                            /

CASE NUMBER: 05-73634

HONORABLE GEORGE CARAM STEEH

## NOTICE OF:
## STATUS CONFERENCE

You are hereby notified to appear before the Honorable George Caram Steeh, United States District Judge for the above proceeding on:

| DATE | TIME | CHAMBERS |
|---|---|---|
| **OCTOBER 3, 2005** | 4:00 P.M. | Theodore Levin U.S. Courthouse and Federal Building<br>231 W. Lafayette, Room 235<br>Detroit, MI 48226 |

## CERTIFICATE OF MAILING

I hereby certify that a copy of this notice was served upon attorneys of record on this date September 27, 2005 by electronic and/ or ordinary mail.

Date: September 27, 2005

s/Marcia Beauchemin
Case Manager to the
Hon. George Caram Steeh
(313) 234-5175