UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ENTERTAINMENT SOFTWARE
ASSOCIATION, VIDEO SOFTWARE
DEALERS ASSOCIATION, and MICHIGAN
RETAILERS ASSOCIATION,

        Plaintiffs,

vs.                                                       Case No. 05-73634
                                                          HON. GEORGE CARAM STEEH
JENNIFER GRANHOLM, et al,

        Defendants.

                              /

## ORDER DENYING PLAINTIFFS' MOTION FOR
## EXPEDITED BRIEFING SCHEDULE ON PLAINTIFFS'
## MOTION FOR PRELIMINARY INJUNCTION AND SETTING SCHEDULE

Plaintiffs' emergency motion for expedited briefing is DENIED, inasmuch as the

parties agreed that briefing will be concluded on or before October 24, 2005, and the

court concludes that a decision on plaintiffs' motion for preliminary injunction can be

rendered prior to 12/01/05, the effective date of the statute.

Oral argument on plaintiffs' motion for preliminary injunction is scheduled for

October 31, 2005 at 1:30 p.m.

The parties may commence discovery forthwith for the court's consideration at

the hearing October 31, 2005, along with proffers of evidence available to either side.

IT IS SO ORDERED.

                        s/George Caram Steeh
                        GEORGE CARAM STEEH
                        UNITED STATES DISTRICT JUDGE

Dated:  October 4, 2005

1

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record on October 4, 2005, by electronic and/or ordinary mail.


s/Josephine Chaffee
Secretary/Deputy Clerk