UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ENTERTAINMENT SOFTWARE
ASSOCIATION, VIDEO SOFTWARE
DEALERS ASSOCIATION, and MICHIGAN
RETAILERS ASSOCIATION,

   Plaintiffs,

v

JENNIFER GRANHOLM, in her official
capacity as Governor of the State of Michigan;
MICHAEL A. COX, in his official capacity as
Attorney General for the State of Michigan, et
al, and KYM L. WORTHY, in her official
capacity as Wayne County Prosecuting
Attorney,

   Defendants.

No. 05-73634

HON. GEORGE CARAM STEEH
MAGISTRATE JUDGE PEPE

Dennis J. Levasseur (P39778)
Alicia J. Blumenfeld (P67511)
Bodman LLP
100 Renaissance Center
Detroit MI 48243
(313) 393-7596

Denise C. Barton (P41535)
Attorney for Defendants
Michigan Department of Attorney General
Public Employment, Elections & Tort Div.
P.O. Box 30736
Lansing MI 48909
(517) 373-6434

Paul M. Smith
Katherine A. Fallow
Kathleen R. Hartnett
Amy L. Tenney
Jenner & Block LLP
601 Thirteenth Street, NW, Ste 1200
Washington DC 20005
(202) 639-6000

**DEFENDANTS, GOVERNOR JENNIFER M. GRANHOLM AND ATTORNEY GENERAL MICHAEL A. COX'S MOTION FOR LEAVE TO FILE APPENDICES IN THE TRADITIONAL MANNER**

NOW COMES Defendants Governor Jennifer M. Granholm and Attorney General, Michael A. Cox, and pursuant to the Electronic Filing Policies and Procedures, seeks leave of this Court to file exhibits and/or appendices in the traditional manner.

The Appendix to Defendants Jennifer M. Granholm and Michael A. Cox's Response to Plaintiffs' Motion for a Preliminary Injunction cannot authentically be converted to electronic form due to the volume.

For the foregoing reasons, defense counsel for Defendants Granholm and Cox, respectfully requests that this Court grants the leave sought in this motion.

                                              Respectfully submitted,

                                              MICHAEL A. COX
                                              Attorney General

                                              *s/ Denise C. Barton (P41535)*
                                              Denise C. Barton (P41535)
                                              Assistant Attorney General
                                              Public Employment, Elections
                                              & Tort Defense Division

Dated:  October 13, 2005

## CERTIFICATE OF SERVICE

I hereby certify that on October 13, 2005, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing of the following: Defendants Granholm and Cox's Motion for Leave to File Appendices in the Traditional Manner.

                                              *s/ Denise C. Barton (P41535)*
                                              Dept of Attorney General
                                              Public Employment, Elections & Tort Defense Div.
                                              P.O. Box 30736
                                              Lansing, MI 48909-8236
                                              (517) 373-6434
                                              Email: bartond@michigan.gov