UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ENTERTAINMENT SOFTWARE
ASSOCIATION, et al.,

        Plaintiffs,

        Case No. 05-73634

vs.

        HON. GEORGE CARAM STEEH

JENNIFER GRANHOLM, et al.,

        Defendants.
_____/

### ORDER DENYING DEFENDANTS' MOTION FOR LEAVE TO FILE APPENDICES IN THE TRADITIONAL MANNER

This matter has come before the court on defendants Granholm and Cox's motion for leave to file appendices in the traditional manner;

IT IS HEREBY ORDERED that defendants' motion for leave to file appendices in the traditional manner is DENIED.

It is so ordered.

        s/George Caram Steeh
        GEORGE CARAM STEEH
        UNITED STATES DISTRICT JUDGE

Dated: October 17, 2005

### CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record on October 17, 2005, by electronic and/or ordinary mail.

        s/Josephine Chaffee
        Secretary/Deputy Clerk