

**KYM L. WORTHY**
PROSECUTING ATTORNEY

**DONN FRESARD**
CHIEF OF STAFF

COUNTY OF WAYNE
OFFICE OF THE PROSECUTING ATTORNEY
DETROIT MICHIGAN

1200 FRANK MURPHY HALL OF JUSTICE
1441 ST. ANTOINE STREET
DETROIT MICHIGAN 48226-2302

TEL: (313) 224-5777
FAX: (313) 224-0974

October 3, 2005

Hon. George Caram Steeh
*District Judge, Eastern District of Michigan*
United States Courthouse
231 W. Lafayette Blvd. Courtroom 235
Detroit, Michigan 48226

Re:   *Entertainment Software Association, et al v Grandholm, et al*
      Case No. 05-73634

Dear Judge Steeh:

We have recently been served with pleadings in this matter, including a copy of the Complaint and Summons.

This is to let you and the parties know that our interests in this action will be represented by the Attorney General of Michigan, who is the legal officer primarily responsible for litigating the constitutionality of state statutes. Accordingly, we will not be undertaking a separate defense of this action, but will defer to any actions that the Attorney General deems appropriate.

If you need a formal pleading to this effect, we will be happy to provide it; otherwise, we anticipate no further action on our behalf relating to this litigation.

Very truly yours,

**KYM L. WORTHY**
*Wayne County Prosecuting Attorney*

**TIMOTHY A. BAUGHMAN**
*Chief of Research, Training, & Appeals*

**JEFFREY CAMINSKY**
*Principal Attorney, Appeals*

Enclosures
cc: D.J. Levasseur, M Cox


