UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ENTERTAINMENT SOFTWARE ASSOCIATION, VIDEO SOFTWARE DEALERS ASSOCIATION, and MICHIGAN RETAILERS ASSOCIATION, <br><br> Plaintiffs, <br><br> v <br><br> JENNIFER GRANHOLM, in her official capacity as Governor of the State of Michigan; MICHAEL A. COX, in his official capacity as Attorney General for the State of Michigan, et al, and KYM L. WORTHY, in her official capacity as Wayne County Prosecuting Attorney, <br><br> Defendants. | No. 05-73634 <br><br> HON. GEORGE CARAM STEEH <br> MAGISTRATE JUDGE PEPE |

Dennis J. Levasseur (P39778)
Alicia J. Blumenfeld (P67511)
Bodman LLP
100 Renaissance Center
Detroit MI 48243
(313) 393-7596

Paul M. Smith
Katherine A. Fallow
Kathleen R. Hartnett
Amy L. Tenney
Jenner & Block LLP
601 Thirteenth Street, NW, Ste 1200
Washington DC 20005
(202) 639-6000

Denise C. Barton (P41535)
Attorney for Defendants
Michigan Department of Attorney General
Public Employment, Elections & Tort Div.
P.O. Box 30736
Lansing MI 48909
(517) 373-6434

## DEFENDANTS' EX PARTE MOTION TO ACCEPT RESPONSE IN EXCESS OF THE PAGE LIMIT

Defendants move this court to accept their Response to Plaintiffs' Motion for a Preliminary Injunction, in excess of the page limit and says in support:

    1.    This is matter of great importance to the State and its public and requires thorough briefing and argument which could not be contained in the allotted 20 pages.

2.       A full discussion of the issues in the Response may further assist the court and the parties narrow the issues that need to be considered at oral argument.

Defendants, therefore, prays the Court grant this Motion and enter its Order accepting the Defendants' Response to Plaintiffs' Motion for a Preliminary Injunction in excess of the 20 page limit.

                Respectfully submitted,

                MICHAEL A. COX
                Attorney General

                *s/ Denise C. Barton (P41535)*
                Denise C. Barton (P41535)
                Assistant Attorney General
                Public Employment, Elections
                & Tort Defense Division

Dated:  October 17, 2005

## CERTIFICATE OF SERVICE

I hereby certify that on October 17, 2005, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing of the following: Defendants' Ex Parte Motion to Accept Response in Excess of Page Limit.

                *s/ Denise C. Barton (P41535)*
                Dept of Attorney General
                Public Employment, Elections & Tort Defense Div.
                P.O. Box 30736
                Lansing, MI 48909-8236
                (517) 373-6434
                Email: bartond@michigan.gov