# Tab 10-DDD

# Other Material

# References: Studies used in meta-analysis

**References: Studies used in the meta-analysis.**

From Anderson, C. A. & Bushman, B. J. (2001). Effects of Violent Video Games on Aggressive Behavior, Aggressive Cognition, Aggressive Affect, Physiological Arousal, and Prosocial Behavior: A Meta-Analytic Review of the Scientific Literature. *Psychological Science, 12*, 353-359. Copyright December 26, 2000, by Craig A. Anderson and Brad J. Bushman.

Anderson, C. A., & Dill, K. E. (2000). Video games and aggressive thoughts, feelings, and behavior in the laboratory and in life. *Journal of Personality and Social Psychology, 78*, 772-790.

Anderson, C. A., Flanagan, M. Murphy, C. R., Benjamin, A. J., Eubanks, J., & Valentine, J. (under review). Violent video games, trait hostility, aggressive thoughts, and aggressive behavior.

Anderson, C. A., & Ford, C.M. (1986). Affect of the game player: Short term effects of highly and mildly aggressive video games. *Personality and Social Psychology Bulletin, 12*, 390-402.

Austin, L. H. (1987). The effects of playing video games with aggressive features. Dissertation: The Fielding Institute.

Ballard, M. E., & Lineberger, R. (1999). Video game violence and confederate gender: Effects on reward and punishment given by college males. *Sex Roles, 41*, 541-558.

Ballard, M. E., & West, J. R. (1996). Mortal Kombat: The effects of violent video game play on males' hostility and cardiovascular responding. *Journal of Applied Social Psychology, 26*, 717-730.

Bartholow, B. D., & Anderson, C. A. (under review). Examining the Effects of Violent Video Games on Aggressive Behavior: Potential Sex Differences.

Brusa, J. A. (1987). Effects of video game playing on children's social behavior. Dissertation: De Paul University, Chicago, IL.

Bushman, B. J., Phillips, C., & Anderson, C. A. (in prep). Violent video games and hostile expectations.

Calvert, S. L., & Tan, S. (1994). Impact of virtual reality on young adults' physiological arousal and aggressive thoughts: Interaction versus observation. *Journal of Applied Developmental Psychology, 15*, 125-139.

Chambers, J. H., & Ascione, F. R. (1987). The effects of prosocial and aggressive video games on children's donating and helping. *Journal of Genetic Psychology, 148*, 499-505.

Cohn, L. B. (1995). Violent video games: Aggression, arousal, and desensitization in young adolescent boys. Dissertation: University of Southern California, Los Angeles: CA.

Colwell, J., & Payne, J. (2000). Negative correlates of compute game play in adolescents. *British Journal of Psychology, 91*, 295–310.

Cooper, J., & Mackie, D. (1986). Video games and aggression in children. *Journal of Applied Social Psychology, 16*, 726-744.

Dominick, J. R. (1984). Videogames, television violence, and aggression in teenagers. *Journal of Communication, 34*, 136-147.

Favaro, P. J. (1983). The effects of video game play on mood, physiological arousal and psychomotor performance. Dissertation: Hofstra University.

Fling, S., Smith, L., Rodriguez, T., Thornton, D., Atkins, E., & Nixon, K. (1992). Videogames, aggression, and self-esteem: A survey. *Social Behavior and Personality, 20*, 39-46.

Funk, J. B., Buchman, D. D., Myers, M., & Jenks, J. (2000). Asking the right questions in research on violent electronic games. Presented at the Annual Meeting of the American Psychological Association, August 7, 2000.

Graybill, D., Kirsch, J. R., & Esselman, E. D. (1985). Effects of playing violent versus nonviolent video games on the aggressive ideation of aggressive and nonaggressive children. Child Study Journal, 15, 199-205.

Graybill, D., Strawniak, M., Hunter, T., & O'Leary, M. (1987). Effects of playing versus observing violent versus nonviolent video games on children's aggression. Psychology: A Quarterly Journal of Human Behavior, 24, 1-8.

Hagell, A. & Newburn, T. (1994). Young Offenders and the Media: Viewing Habits and Preferences.

Hind, P. A. (1995). A study of reported satisfaction with differentially aggressive computer games amonst incarcerated young offenders. Issues in Criminological and Legal Psychology, No. 22: Criminal Behavior: Perceptions, Attributions, and Rationality.

Hoffman, K. D. (1994). Effects of playing versus witnessing video game violence on attitudes toward aggression and acceptance of violence as a means of conflict resolution. Dissertation: University of Alabama, Tuscaloosa, AL.

Irwin, A. R., & Gross, A. M. (1995). Cognitive tempo, violent video games, and aggressive behavior in young boys. Journal of Family Violence, 10, 337-350.

Kestenbaum, G. I., & Weinstein, L. (1985). Personality, psychopathology and developmental issues in male adolescent video game use. Journal of the American Academy of Child Psychiatry, 24, 329-333.

Kirsh, S. J. (1998). Seeing the world through Mortal Kombat-colored glasses: Violent video games and the development of a short-term hostile attribution bias. Childhood, 5, 177-184.

Lin, S., & Lepper, M. R. (1987). Correlates of children's usage of video games and computers. Journal of Applied Social Psychology, 17, 72-93.

Panee, C. D., & Ballard, M. E. (2000). High versus Low Aggressive Priming During Video Game Training: Effects on Game Violence, State Affect, Heart Rate, and Blood Pressure. Unpublished ms.

Schutte, N. S., Malouff, J. M., Post-Gorden, J. C., & Rodasta, A. L. (1988). Effects of playing video games on children's aggressive and other behaviors. Journal of Applied Social Psychology, 18, 454-460.

Scott, D. (1995). The effect of video games on feelings of aggression. Journal of Psychology, 129, 121-132.

Silvern, S. B., & Williamson, P. A. (1987). The effects of video game play on young children's aggression, fantasy and prosocial behavior. Journal of Applied Developmental Psychology, 8, 453-462.

Walker, M. R. (1984). The effects of video games and TV/film violence on susgequent aggression in male adolescents. Dissertation. University of Southern Mississippi.

Wiegman, O., & van Schie, E. G. M. (1998). Video game playing and its relations with aggressive and prosocial behavior. British Journal of Social Psychology, 37, 367-378.

Wingrove, J., & Bond, A. J. (1998). Angry reactions to failure on a cooperative computer game: The effect of trait hostility, behavioural inhibition, and behavioural activation. Aggressive Behavior, 24, 27-36.

Winkel, M., Novak, D. M., & Hopson, M. (1987). Personality factors, subject gender and the effects of aggressive video games on aggression in adolescents. Journal of Research in Personality, 21, 211-223.

Winkel, M., Novak, D. M., & Hopson, M. (1987). Personality factors, subject gender and the effects of aggressive video games on aggression in adolescents, Journal of Research in Personality, 21, 211-223.

