UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ENTERTAINMENT SOFTWARE
ASSOCIATION, VIDEO SOFTWARE
DEALERS ASSOCIATION, and MICHIGAN
RETAILERS ASSOCIATION,

   Plaintiffs,

v

JENNIFER GRANHOLM, in her official
capacity as Governor of the State of Michigan;
MICHAEL A. COX, in his official capacity as
Attorney General for the State of Michigan, et
al, and KYM L. WORTHY, in her official
capacity as Wayne County Prosecuting
Attorney,

   Defendants.

No. 05-73634

HON. GEORGE CARAM STEEH
MAGISTRATE JUDGE PEPE

**APPENDIX TO DEFENDANTS' RESPONSE TO PLAINTIFFS'
MOTION FOR A PRELIMINARY INJUNCTION**

Tab  Description

1.  Senate Bill No. 416 (As Introduced) 4/21/05

2.  Senate Bill No. 416 (As Passed by the Senate) 5/12/05

3.  Senate Bill No. 416 (As Passed by the House) 8/31/05

4.  Enrolled Senate Bill 416

5.  Senate Fiscal Agency

   A.  Senate Bill 416: Committee Summary 5/9/05

   B.  Senate Fiscal Agency – Senate Bill 416: Floor Analysis 5/9/05

6.  House Fiscal Agency –Senate Bill 416: Legislative Analysis 8/30/05

7.  Senate Journal Activity

   A.  4/21/05 – Referred to Committee on Judiciary – Senate Journal No. 34, p. 462.

    B.    5/11/05 – Reported favorably with substitute (S-4) and referred to the Committee of the Whole with substitute (S-4) – Senate Journal No. 42, p. 603.

    C.    5/11/05 – Reported by Committee of the Whole favorably with substitute (S-4) and amendment(s), substitute s-4 as amended concurred in, and placed on order of third reading with substitute (S-4) as amended – Senate Journal No. 42, p. 596.

    D.    5/12/05 – Amendment(s) adopted, passed roll call # 142 Yeas 35 Nays 2 Excused 1 Not voting 0, title amended – Senate Journal No. 43, p. 628.

    E.    9/6/05 – House amended title, laid over one day under the rules – Senate Journal No. 75, p. 1210.

    F.    9/7/05 – Amendment(s) adopted, House Substitute (H-2) concurred in as amended, Roll Call # 374 Yeas 35 Nays 2 Excused 1 Not Voting 0, given immediate effect, title amendment agreed to – Senate Journal No. 76, p. 1240.

    G.    9/13/05 – Order enrolled – Senate Journal No. 78, p. 1272.

    H.    9/14/05 – Presented to Governor 9/13/05 @ 11:30 A.M. – Senate Journal No. 79, p. 1299.

    I.    9/15/05 – Approved by the Governor 9/13/05 @ 11:30 A.M., filed with the Secretary of State 9/14/05 @ 2:46 P.M., assigned PA 108 with immediate effect – Senate Journal No. 80, p. 1314.

8.    House Journal Activity

    A.    5/17/05 – Referred to Committee on Judiciary – House Journal No. 42, p. 633.

    B.    8/24/05 – Reported with recommendation with substitute (H-1), referred to second reading – House Journal No. 70, p.1217.

    C.    8/31/05 – Substitute (H-1) not adopted, substitute (H-2) adopted, placed on third reading, placed on immediate passage, passed; given immediate effect Roll Call # 357 Yeas 104 Nays 3, title amended, returned to Senate – House Journal No. 71, p. 1254.

    D.    9/7/05 – laid over one day under the rules – House Journal No. 73, p. 1317.

    E.    9/8/05 – Senate amendment(s) to House Substitute (H-2) concurred in, Roll Call # 395 Yeas 101 Nays 5, re-returned to Senate.

9.    Materials from the Judiciary Committee

    A.    Minutes of the Meeting on Judiciary of April 26, 2005.

    B.    Minutes of the Committee on Judiciary of April 26, 2005.

    C.    Minutes of the Meeting on Judiciary of May 10, 2005.

    D.    Minutes of the Committee on Judiciary of May 10, 2005.

    E.    Statement of Professor Kevin W. Saunders.

    F.    Statement of Hal Halpin, President of Interactive Entertainment Merchants Association.

    G.    Media Coalition Memo.

    H.    Entertainment Software Association Memo.

    I.    Testimony of Entertainment Software Association representative.

    J.    Testimony Cards.

10.    Other materials

    A.    Joint Statement on the Impact of Entertainment Violence on Children, Congressional Public Health Summit, July 26, 2000, American Academy of Pediatrics.

    B.    Michigan Department of Human Services, Fact Sheet Adolescent Brain Development: Competency to Stand Trial, University of Michigan, February 22, 2005.

    C.    United States Senate – Testimony submitted to the Committee on Commerce, Science, and Transportation, David Walsh, Ph.D., March 21, 2000.

    D.    Anton Aluja-Fabregat, et al., *Viewing of mass media violence, perception of violence, personality and academic achievement*, Personality and Individual Differences (1997).

    E.    Craig A. Anderson, *Effects of Violent Movies and Trait Hostility on Hostile Feelings and Aggressive Thoughts*, (1997).

    F.    Craig A. Anderson, et al., *The Influence of Media,* Psychological Science in the Public Interest (2003).

    G.    Miriam E Bar-on, et al., *Media Violence*, American Academy of Pediatrics (2001).

    H.    Mike Berry, et al., *Cutting Film Violence: Effects on Perceptions, Enjoyment, and Arousal*, The Journal of Social Psychology (1999).

    I.    Kevin D. Browne, et al., *The influence of violent media on children and adolescents: a public-health approach,* Lancet (2005).

J.     Brad J. Bushman, *Moderating Role of Trait Aggressiveness in the Effects of Violent Media on Aggression,* Journal of Personality and Social Psychology (1995).

K.     Brad J. Bushman, et al., *If the Television Program Bleeds, Memory for the Advertisement Recedes,* Current Direction in Psychological Science (2001).

L.     Sarah M. Coyne, et al., *Cruel intentions on television and in real life: Can viewing indirect aggression increase viewers' subsequent indirect aggression?,* Journal of Experimental Child Psychology (2004).

M.     Sarah M. Coyne, et al., *The Relationship Between Indirect and Physical Aggression on Television and in Real Life*, (2005).

N.     Jeanne B. Funk, et al., *Violence exposure in real-life, video games, television, movies, and the internet: is there desensitization?*, Journal of Adolescence (2004).

O.     Tanya H. Hess, et al., *The Effects of Violent Media on Adolescent Inkblot Responses: Implications for Clinical and Forensic Assessments*, Journal of Clinical Psychology 1999.

P.     L. Rowell Huesmann et al., *Longitudinal Relations Between Children's Exposure to TV Violence and Their Aggressive and Violent Behavior in Young Adulthood: 1977-1992*, Developmental Psychology (2003).

Q.     Jeffrey G. Johnson et al., *Television Viewing and Aggressive Behavior During Adolescence and Adulthood*, Science (2002).

R.     William G. Kronenberger et al., *Media Violence and Executive Functioning in Aggressive and Control Adolescents*, Journal of Clinical Psychology (2004).

S.     William G. Kronenberger et al, *Media Violence Exposure in Aggressive and Control Adolescents: Differences in Self- and Parent- Reported Exposure to Violence on Television and in Video Games*, Aggressive Behavior (2005).

T.     Emmanuel N. Kuntsche, M.A., *Hostility Among Adolescents in Switzerland? Multivariate Relations Between Excessive Media Use and Forms of Violence*, Journal of Adolescent Health (2004).

U.     Amanda E. Pennell, *Film Violence and Young Offenders*, Aggression of Violent Behavior (1999).

V.     Thomas N. Robinson, *Effects of Reducing Children's Television and Video Game Use on Aggressive Behavior*, (2001).

W.     James D. Sargent, M.D., et al., *Adolescent Exposure to Extremely Violent Movies*, Journal of Adolescent Health (2002).

X.    Joanne Savage, *Does viewing violent media really cause criminal violence? A methodological review*, Aggression and Violent Behavior (2004).

Y.    Mark I. Singer, et al., *Exposure to Violence, Parental Monitoring, and Television Viewing as Contributors to Children's Psychological Trauma*, Journal of Community Psychology (2004).

Z.    Michael D. Slater, *Alienation, Aggression, and Sensation Seeking as Predictors of Adolescent Use of Violent Film, Computer, and Website Content*, (2003).

AA.    Michael D. Slater, *Violent Media Content and Aggressiveness in Adolescents A Downward Spiral Model*, (2003).

BB.    Miguel Angel Vidal, *Types of Media Violence and Degree of Acceptance in Under 18s*, Aggressive Behavior (2003).

CC.    Susan Villani, M.D., *Impact of Media on Children and Adolescents: A 10-Year Review of the Research*, J. Am. Acad. Child Adolesc. Psychiatry (2001).

DD.    Wendy Wood, *Effects of Media Violence on Viewers' Aggression in Unconstrained Social Interaction*, Psychological Bulletin (1991).

EE.    Dolf Zillmann, *Psychoticism in the Effect of Prolonged Exposure to Gratuitous Media Violence on the Acceptance of Violence as a Preferred Means of Conflict Resolution*, Personality Individual Differences (1997).

FF.    Craig A. Anderson, et al., *Violent Video Games and Aggressive Behavior in Young Women*, Aggressive Behavior (2003).

GG.    Craig A. Anderson, et al., *An update on the effects of playing violent video games*, Journal of Adolescence (2004).

HH.    Craig A. Anderson, et al., *Effects of Violent Video Games on Aggressive Behavior, Aggressive Cognition, Aggressive Affect, Physiological Arousal, and Prosocial Behavior: A Meta-Analytic Review of the Scientific Literature*, Psychological Science (2001).

II.    Craig A. Anderson, et al., *Video Games and Aggressive Thoughts, Feelings, and Behavior in the Laboratory and in Life,* Journal of Personality and Social Psychology (2000).

JJ.    Bruno Baldaro, *Aggressive and non-violent videogames: short-term psychological and cardiovascular effects on habitual players*, Stress and Health (2004).

KK.    Mark E. Ballard, *Video Game Violence and Confederate Gender: Effects on Reward and Punishment Given by College Males,* Sex Roles (1999).

LL. Craig A. Anderson, *Effects of Violent Video Games on Aggressive Behavior: Potential Sex Differences*, Journal of Experimental Social Psychology (2002).

MM. Lillian Bensley, Ph. D., *Video Games and Real-Life Aggression: Review of the Literature*, Journal of Adolescent Health (2001).

NN. Brad J. Bushman, et al., *Violent Video Games and Hostile Expectations: A Test of the General Aggression Model*, Personality and Social Psychology Bulletin (2002).

OO. John Colwell, et al., *Negative correlates of computer game play in adolescents*, British Journal of Psychology (2000).

PP. Tracy L. Dietz, *An Examination of Violence and Gender Role Portrayals in Video Games: Implications for Gender Socialization and Aggressive Behavior*, Sex Roles (1998).

QQ. Karen E. Dill, *Video Game Violence: A Review of the Empirical Literature*, Aggression and Violent Behavior (1998).

RR. Federal Trade Commission, *Marketing Violent Entertainment to Children,* Report of the Federal Trade Commission.

SS. Jeanne B. Funk, et al., *Aggression and Psychopathology in Adolescents with a Preference for Violent Video Games,* Aggressive Behavior (2002).

TT. Testimony of Jeanne B. Funk, Ph. D, regarding *The Impact of Interactive Violence on Children*, United States Senate Commerce Committee.

UU. Jeanne B. Funk, et al., *Violence exposure in real-life, video games, television, movies, and the internet: is there desensitization?*, Journal of Adolescence (2004).

VV. Douglas A. Gentile, et al., *The effects of violent video game habits on adolescent hostility, aggressive behaviors, and school performance*, Journal of Adolescence (2004).

WW. Mark Griffiths, *Violent Video Games and Aggression: A Review of the Literature*, Aggression and Violent Behavior (1999).

XX. Steven J. Kirsh, *The effects of violent video games on adolescents The overlooked influence of development*, Aggression and Violent Behavior (2003).

YY. Steven J. Kirsh, et al., *Violent Video Games Induce an Affect Processing Bias*.

ZZ. Barbara Krahe, *Playing violent electronic games, hostile attributional style, and aggression-related norms in German adolescents*, Journal of Adolescence (2004).

- AAA. Testimony of Eugene F. Provenzo, Jr., *The Impact of Interactive Violence on Children*, Senate Commerce Committee Hearing (March 21, 2000).

- BBB. John L. Sherry, *The Effects of Violent Video Games on Aggression*, (2001).

- CCC. Eric Uhlmann, et al., *Exposure to violent video games increase automatic aggressiveness*, Journal of Adolescence (2004).

- DDD. References: Studies used in meta-analysis.

- EEE. Craig A. Anderson, *Violent Video Games and Aggressive Thoughts, Feelings, and Behaviors,* (2002).

- FFF. David Walsh, Ph.D, *Interactive Violence and Children*, Committee on Commerce, Science, and Transportation (2000).

- GGG. Materials related to fatal car accident.

- HHH. Governor Granholm's Press Release

- III. Ingham County's investigation

- JJJ. Memorandum from Paul M. Smith and Katherine A. Fallow

11. Additional Hearings in Support of Video Game Legislation