# Tab 10-GGG

## Other Material

# Materials related to fatal car accident

Dockets.Justia.com

























# STATE OF MICHIGAN
## Traffic Crash Report

UD-10 (1/99)

**Incident #** 04C 2538
**File Class** 9300-1

Authority: 1949 PA 300, as amended
Compliance: Required
Penalty: $100 and/or 90 days

ORI: MI-33 13 13 00

**Department Name:** INGHAM CO SHERIFF'S OFFICE

**Incident Disposition:** ○ Open ⬤ Closed  **Reviewer:** K.F. #58

**Crash Date:** 02 17 2004  **Crash Time (Military):** 1557

### Crash Type
- Single Motor Vehicle
- ⬤ Head On
- Head On-Left Turn
- Angle
- Rear End
- Rear End-Left Turn
- Rear End-Right Turn
- Sideswipe-Same
- Sideswipe-Opposite
- Other/Unknown

**No. of Units:** 2

### Special Circumstances
⬤ None, Deer, School Bus, Hit and Run, Fleeing Police

### Weather
⬤ Clear

### Light
⬤ Daylight

### Special Checks
Fatal, Corrected Copy, Replace, Delete, Non-Traffic Area, ORV/Snowmobile

### Special Study
None

**County** 33  **City/Twp** 13

**Traffic Control:** None of These

**Road Name:** DEXTER TRL.

**Distance:** 1/4 MI, West

**Intersecting Road:** DIAMOND ROAD

**Relation to Roadway:** On Road

**Road Condition:** Dry

**Total Lanes:** 2  **Speed Limit:** 55

### Unit 1
**State** MI  **Driver License Number** H 532 189 441 422
**Date of Birth:** 06 05 1962  **Sex** M
**Name:** EDWARD JOSEPH HENDGES JR
**Street Address:** 13135 BUNKERHILL RD  **Phone:** 517-769-2541
**City:** PLEASANT LAKE  **State** MI  **Zip** 49272
Position 01  Restraint 04  Ambulance/Hospital MASON/SPARROW
Injury: K

**Vehicle Registration:** XMS868  **State** MI
**VIN:** 2G1WN54T0P261960
**Vehicle Description:** 1993 CHEVY/GREY
**Insurance:** Unknown
**Towed By:** Shroyer/ICSO
**First Impact:** 8

### Driver 2 / Occupant
**Name:** KEVIN PATRICK HENDGES
**Street Address:** 13135 BUNKERHILL RD
**City:** PLEASANT LAKE  **State** MI  **Zip** 49272
**Date of Birth:** 02 27 1992  **Sex** M
Pos. 03  Rest. 04  MASON/SPARROW

○ Owner  Witness  **Name:** LISA MARIE HENDGES  **Address:** SAME AS ABOVE

**UD-10 SERIAL NUMBER** 4272260

| Unit Number | State | Driver License Number | | | Date of Birth | License Type | Sex | Hazard Action |
|---|---|---|---|---|---|---|---|---|
| ● 1  ○ 6 | M I | S   530   067   765   990 | | | 12  28  1984 | O / D / E / F | ○ M ● F | |
| ○ 2  ○ 7 | First Name ANTHONY | Middle SHANTIL | Last SMITH | | | | | |
| ○ 3  ○ 8 | | | | | Position 01 | Restraint 09 | Ambulance/Hospital MASON/SPARROW | |
| ○ 4  ○ 9 | Street Address 110 HALL ST SE | | Phone Number | | | | | |
| ○ 5 | | | | | Injury ○ K ○ A ● B ○ C ○ O | Ejected Trapped ○ Yes ○ Yes | Citation Issued ○ Hazardous ○ Other | |

Unit Type: ● MV ○ P ○ B ○ E (train)
City: GRAND RAPIDS   State: MI   Zip: 49507

Airbag Deployed ○ Yes ○ No
○ Not Equipped

Driver Condition: ① ② ③ ④ ⑤ ⑥ ⑦ ⑧ ⑨ ⑩

Interlock ○ Yes ○ No   ○ Refused  ○ Not offered
Alcohol ○ Yes ● No   Test Type: ○ Field ○ PBT ○ Breath ○ Blood ○ Urine   Test Results
Drugs ○ Yes ○ No   Test Type: ○ Blood ○ Urine   Test Results

Total Occup

| Vehicle Registration | State | VIN | | Vehicle Description (year, make, color) |
|---|---|---|---|---|
| XUC765 | M I | 1N4BA41E24C835289 | | 2004 NISSAN/BURG |

Insurance: NONE
Towed To By: HOLT/ICSO

Vehicle Direction: ○ North ● East ○ South ○ West
Special Vehicles: ① ② ③ ④ ⑤ ⑥
Vehicle Use: ① ② ③ ④ ⑤ ⑥ ⑦ ⑧ ⑨ ⑩ ⑪

Location of Greatest Damage: ① ② ③ ④ ⑤ ⑥ ⑦ ⑧ ⑨ ⑩ ⑪ ⑫ •
First Impact: 8
Extent of Vehicle Damage: ⑥ ① ② ③ ④ ⑤ ⑥
Drivable ● Yes ○ No

Vehicle Type: ● PA ○ CY ○ OR ○ VA ○ MO ○ Other ○ PU ○ GC ○ Truck/Bus ○ ST ○ SM (Complete Truck/Bus Section)

Vehicle Defect: ① ② ③ ④ ⑤ ⑥
Private Trailer Type: ① ② ③ ④ ⑤ ⑥ ⑦

| First Name | Middle | Last | Date of Birth | Sex ○ M ○ F | Ejected ○ Yes Trapped ○ Yes |
|---|---|---|---|---|---|
| | | | Month   Day   Year | Injury ○ K ○ B ○ A ○ O | |
| Street Address | | Phone Number | | | Airbag Deployed ○ Yes ○ No ○ Not Equipped |
| City | State | Zip | Pos.   Rest.   Ambulance/Hospital | | |

| First Name | Middle | Last | Date of Birth | Sex ○ M ○ F | Ejected ○ Yes Trapped ○ Yes |
|---|---|---|---|---|---|
| | | | Month   Day   Year | Injury ○ K ○ B ○ A ○ O | |
| Street Address | | Phone Number | | | Airbag Deployed ○ Yes ○ No ○ Not Equipped |
| City | State | Zip | Pos.   Rest.   Ambulance/Hospital | | |

○ Owner ○ Witness  Name MIRAC INC   Address 5700 EXECUTIVE DR STE 1 LANSING MI 48911   Phone Number -STOLEN   Age   Pos.   Rest.
○ Owner ○ Witness  Name
○ Uninjured Passenger

Forward Original To: Michigan State Police, Traffic Crash Reporting Section, 7150 Harris Drive, Lansing, MI 48913
Do Not Write or Mark On This Side of The Line

### ▲ Unit Reported on Front

Action Prior | Sequence of Events
First | Second | Third | Fourth

① ② ③ ④ ⑤ ⑥ ⑦ ⑧ ⑨ ⑩
Most Harmful: ⑫

### ▲ Unit Reported Above

Action Prior | Sequence of Events
First | Second | Third | Fourth

① ② ③ ④ ⑤ ⑥ ⑦ ⑧ ⑨ ⑩
Most Harmful: ⑫

### Crash Diagram and Remarks



↑ North

Dexter Trl.

MCV

Driver #2 was east bound on Dexter Trl. when he passed another vehicle in a no passing zone. Driver #2 then hit Driver #1 head on. See Narrative.

### Unit No. ① ② ③ ④ ⑤ ⑥ ⑦ ⑧ ⑨

Carrier Name
Address
City   State   Zip

Carrier Source: ○ Papers ○ Log Book ○ Vehicle ○ Driver
GVWR
Driver's CDL Restrictions
Vehicle Type: ○ AA ○ BB ○ AH ○ BH ○ AN ○ BN ○ AP ○ BP ○ AT ○ BX ○ AX ○ CH ○ AY ○ CP ○ AZ ○ CX ○ AL ○ Other

ICCMC: ○ A ○ H  ○ B ○ N  ○ C ○ X
USDOT
MPSC
○ None ○ X
CDL Exempt: ○ Farm ○ Military ○ Other

○ Interstate ○ Intra (MI Only)
Medical Card: ○ Y ○ N

Type & Axles Per Unit
First | Second | Third | Fourth
Cargo Body Type: ① ② ③ ④ ⑤ ⑥ ⑦

Hazardous Material
Placard ○ Y ○ N
Cargo Spill ○ Y ○ N
ID #   Class #

UD-10 SERIAL NUMBER: 4272260
Investigated/Reported Date/Time at Scene: 2-19-04/1557
Photos By: —
Investigator Name(s) & Badge # (Print Only): O'Farrell, Mark 5340

Do Not Write or Mark Below This Line     Do Not Write or Mark Below This Line