INGHAM COUNTY SHERIFF'S OFFICE

## STANDARD INCIDENT REPORT

SF - UD - 104   REVISED 1988

PAGE ___1___

[ ] ORIGINAL

[✗] SUPPLEMENT

STATUS

OPEN:
[ ] RETAINED BY INVEST. OFFICER
[ ] TOT D.B
[ ] TOT TRAFFIC
[✗] TOT  _I_
[ ] PEND PROP. REL (6)
[ ] INACTIVE (4)

CLOSED:
[ ] UNFOUNDED (2)
[ ] EXC.CLEAR (3)
[ ] CLOSED (5)
[ ] TOT OTHER DEPT (7)

INCIDENT _Fatal Car Accident_    INCIDENT # _04C 2538_    FILE CLASS _9300-1_

FORM ( 2 )   COUNTY ( )   CITY/TWP ( )   DOMESTIC ( )   PRIMARY CLASS ( )   ATTEMPT ( )

LOCAL ( )   ORI (MI3313300)   INCIDENT NUMBER ( _2538_ )   ORIGINAL YEAR ( _04_ )

STATUS ( )   DATE REPORTED ( _2-23-04_ )   TIME OCCURRED ( )   SEQUENTIAL CLASS ( )

TOOL - 1 ( )   WEAPON - 2 ( )   VALUE PROP DAMAGE ( )   SCENE ( )   ABANDONED ( )

ARSON ( )   LARCENY ( )   VEHICLE STOLEN ( )   VEHICLE TYPE ( )   VEHICLE RECOVERED ( )

ASSIST ORI ( )   RELATED INCIDENT NUMBER ( )   YEAR ( )

| SUBJ | TYPE | DATE OF BIRTH | RACE | SEX | INJ | VOR | COUNT | CHARGE | DISPO |
|------|------|---------------|------|-----|-----|-----|-------|--------|-------|
| ( 1 ) | ( 2 ) | ( 4-22-83 ) | ( 1 ) | ( 2 ) | ( ) | ( ) | ( ) | ( ) | ( ) |
| ( 2 ) | ( 2 ) | ( 8-14-83 ) | ( 1 ) | ( 1 ) | ( ) | ( ) | ( ) | ( ) | ( ) |

| SUBJ | ITEM NO. | STOLEN | RECOV | RFOJ | VALUE | CLASS |
|------|----------|--------|-------|------|-------|-------|
| ( ) | ( ) | ( ) | ( ) | ( ) | ( ) | ( ) |
| ( ) | ( ) | ( ) | ( ) | ( ) | ( ) | ( ) |

LOCATION _6665 W. Dexter Trl_   TIME: RECV. _1650_   DISPA _—_   ARRIV. _1700_   CLEAR _1726_

OCCR. ON: DAY _Mon_ DATE _2-23-04_ TIME _1650_ OR BTW: DATE ___ TIME ___ & DATE ___ TIME ___

CODE: _W1_   NAME: LAST _Sherlin_   FIRST _Tamara_   MIDDLE _Dee_

ADDRESS _6665 W. Dexter Trl_ CITY _Mason_ STATE _MI_ ZIP _48854_ TX _517-837-5170_
        _S645785139310_

RACE _W_ SEX _F_ DOB _4-22-83_ HGT ___ WGT ___ HAIR ___ EYE ___ SSN ___ OPS ___

EMPLOYED ___ TX ___ ALIAS/CLOTHING/OTHER ___

DE _W2_   NAME: LAST _Jabkiewicz_   FIRST _Craig_   MIDDLE _Michael_

ADDRESS _526 Andrew Av_ CITY _Jackson_ STATE _MI_ ZIP _49202_ TX _517-879-9732_

RACE _W_ SEX _M_ DOB _8-14-83_ HGT ___ WGT ___ HAIR ___ EYE ___ SSN ___ OPS ___

EMPLOYED ___ TX ___ ALIAS/CLOTHING/OTHER ___

CODE ___ NAME: LAST ___ FIRST ___ MIDDLE ___

ADDRESS ___ CITY ___ STATE ___ ZIP ___ TX ___

RACE ___ SEX ___ DOB ___ HGT ___ WGT ___ HAIR ___ EYE ___ SSN ___ OPS ___

EMPLOYED ___ TX ___ ALIAS/CLOTHING/OTHER ___

| CODE | COLOR | MAKE / BRAND | MODEL / ITEM DESC. / YEAR | LIC / MODEL | VIN / SERIAL # | VALUE | LEIN |
|------|-------|--------------|---------------------------|-------------|----------------|-------|------|
| E1 | Sony | Play Station | System | | U7001244 | | |
| E2 | Sony | Play Station | Game   True Crime. | | | | |

INCIDENT NUMBER / FILE CLASS NUMBER   _04C2538_   _9300-1_

VEHICLE - TOWED TO:      BY:

YES   NO
[ ] [ ] IS THERE A KNOWN SUSPECT?
[ ] [ ] CAN SUSPECT BE ID'ed?
[ ] [ ] HAS SUSPECT BEEN CONT?
[ ] [ ] IS THERE A WITNESS?
[ ] [ ] HAS WITNESS BEEN CONT.?

ADDITIONAL / DETAILS / INFORMATION:
_I executed a search warrant at_
_6665 W. Dexter Trl. The items listed_
_above were seized. See Narrative._

OTHER REPORTS:
[ ] CASE SUPERV   [ ] NARRATIVE
[ ] CCH   [ ] JUIL FORMS
[ ] EVIDENCE FRM.   [ ] PHOTOS
[ ] LEIN   [ ] PROS.WK.SHEET
[ ] MIRANDA FRM   [ ] VICTIM RIGHTS

INVESTIGATING OFFICER: ___    REVIEWED BY SUPERV. _KF #500_    UCR ENT BY ___

Dockets.Justia.com

| Ingham County Sheriff | Original Date 2-17-04 | Complaint No. 04-C-2538 |
|---|---|---|
| ADDITIONAL COMPLAINT REPORT Page No. __1___ | Date of Supplementary Report | File Class 0300-1 |
| Complainant | Address | |

| Nature of Complaint First Degree Felony Murder | Reporting Officer Dep. Mark O'Farrell |
|---|---|

## INFORMATION

At approximately 1557 hours on 2-17-04 the Ingham County Sheriff's Office responded to Dexter Tr. near Diamond Rd. for a two-car fatal accident.

At the time of the accident, the suspect, who was later identified as ANTHONY SMITH, was driving a stolen 2004 Nissan Maxima eastbound on Dexter Tr.

ANTHONY SMITH attempted to pass another vehicle in a double yellow line no passing zone. While ANTHONY SMITH was passing the vehicle in the double yellow line no passing zone, his vehicle struck a vehicle that was being driven by the victim, EDWARD HENDGES, head-on. At the time of the accident, EDWARD HENDGES was traveling westbound on Dexter Tr.

EDWARD HENDGES was pronounced dead at the scene. KEVIN HENDGES, a passenger in EDWARD HENDGES' vehicle, was transported to Sparrow Hospital by Lansing-Mason Area Ambulance Service for his serious injuries. ANTHONY SMITH received minor injuries and was transported to Sparrow Hospital by an ambulance from Lansing-Mason Area Ambulance Service.

## VENUE

This incident occurred on Dexter Tr. near Diamond Rd., Township of Vevay, County of Ingham, State of Michigan.

## TIME AND DATE

This incident occurred at approximately 1557 hours on Tuesday, 2-17-04.

## DISPATCH INFORMATION

At approximately 1557 hours on 2-17-04 Ingham County Central Dispatch put out a request for police to respond to Dexter Tr. near Diamond Rd. for a two-car personal injury accident.

DEPUTY STEVE MCGUIRE and DEPUTY TIM YOUNG were the first Ingham County units to respond to the accident. DEPUTY MCGUIRE was the first unit to arrive on-scene. Shortly after arriving on-scene, DEPUTY MCGUIRE advised Dispatch that one driver was listed as a "K" and two other subjects were seriously injured. At the same time, DEPUTY MCGUIRE requested that a Traffic Accident Investigator be sent to his

COMPLAINT NO:    04-C-2538
FILE CLASS:    0300-1
ORIGINAL DATE:    2-17-04

location. LT. COOK then contacted me and requested my assistance at Dexter Tr.
near Diamond Rd.

## ARRIVAL ON-SCENE

Shortly after DEPUTY MCGUIRE requested that an Accident Investigator come to his
location, I arrived on-scene. By the time I arrived on-scene, the injured passenger who
was later identified as KEVIN HENDGES, and the injured driver of the suspect vehicle,
ANTHONY SMITH, had already been transported to Sparrow Hospital by ambulances
from Lansing-Mason Area Ambulance Service.

When I arrived on-scene, I noticed a burgundy-colored vehicle that was later identified
as a stolen 2004 Nissan Maxima, sitting in the middle of the roadway of Dexter Tr. The
vehicle was facing southbound in the middle of the roadway.

I also observed a gray Chevrolet Lumina, which I was able to determine was the
vehicle that had been traveling westbound on Dexter Tr. driven by EDWARD
HENDGES, on the north side of the road. This vehicle was completely off the roadway
and was facing southbound.

I also observed numerous yaw marks which I was able to determine had been left by
the 2004 Nissan Maxima that had been driven by ANTHONY SMITH. I was able to
determine this because the yaw marks were from a vehicle that had been traveling
eastbound on Dexter Tr. and the yaw marks eventually ended at the point of impact.
From where the point of impact was, I was able to see a very large quantity of a debris
field from the vehicles.

I also observed a yellow blanket covering a body in the gray Chevrolet Lumina which
was later identified as EDWARD HENDGES.

At this time I requested that two more Traffic Accident Investigators come to my
location. A short time later DEPUTY TRYON CALKINS and DEPUTY JODY MICHELS
arrived on-scene to assist me with the accident investigation.

## PHOTOGRAPHS

While on-scene, I took two rolls of photographs of the accident scene. These
photographs show the yaw marks, the point of impact, the resting point of both
vehicles, gouges left on the roadway and the debris field.

## ROADWAY COMPOSITION

The roadway composition where the accident occurred was asphalt. The markings on
the roadway were the double yellow line no passing zone. The shoulder of the
roadway was also asphalt. The roadway is also curved and hilly near the location of
the accident.

COMPLAINT NO:   04-C-2538
FILE CLASS:     0300-1
ORIGINAL DATE:  2-17-04

## MEASUREMENTS

I took the following measurements of the accident scene. The reference point was a survey marker located almost in the middle of the roadway. The survey marker was located east of 863 Dexter Tr. This survey marker was used because the accident occurred almost in front of 863 Dexter Tr.

Measurement A was the cord measurement of the yaw marks left by ANTHONY SMITH's vehicle. This measurement was 66 feet long.

Measurement B was the middle ornament measurement. This measurement was 1.7 feet.

Measurement C was the point of impact. From the reference point, it was 46 feet west and 8.2 feet north.

Measurement D was the end of the gouge left from the point of impact. From the reference point it was 45.2 feet west and 9.1 feet north.

Measurement E was the front passenger's side tire of Vehicle #1. From the reference point it was 57.2 feet west and 25.5 feet north.

Measurement F was the rear passenger's side tire from Vehicle #1. It was 63.5 feet west and 32.0 feet north.

Measurement G was the front passenger's side tire of Vehicle #2. It was .3 feet east and 1.0 foot north.

Measurement H was the right front passenger's side tire of Vehicle #2. It was 0 feet west and 9.9 feet north.

Measurement I was the front driver's side tire of Vehicle #2. It was 6.0 west and 0 feet north.

Measurement J was the right driver's side tire of Vehicle #2. It was 6.0 west and 10.2 feet north.

## IDENTIFICATION OF DRIVER OF VEHICLE #1

EDWARD JOSEPH HENDGES
Date of birth 6-5-62
Address 13135 Bunker Hill Rd., Pleasant Lake, MI 49272
Driver's license number H-532-189-441-422

EDWARD HENDGES was pronounced dead at the scene by DEPUTY MCGUIRE.

COMPLAINT NO:   04-C-2538
FILE CLASS:      0300-1
ORIGINAL DATE:  2-17-04

## IDENTIFICATION OF PASSENGER IN VEHICLE #1

KEVIN PATRICK HENDGES
Date of birth 2-27-92
Address 13135 Bunker Hill Rd., Pleasant Lake, MI 49272

KEVIN HENDGES was transported to Sparrow Hospital by an ambulance from Lansing-Mason Area Ambulance Service for his injuries.

## DESCRIPTION OF VEHICLE #1

1993 Chevrolet Lumina, gray in color
License plate XMS868

## REGISTERED OWNER OF VEHICLE #1

LISA MARIE HENDGES
Address 13135 Bunker Hill Rd., Pleasant Lake, MI 49272

## IDENTIFICATION OF DRIVER OF VEHICLE #2

ANTHONY SHANTIL SMITH
Black male, date of birth 12-28-84
Address 110 Hall St., S.E., Grand Rapids, MI 49507
Driver's license number S-530-067-765-990

ANTHONY SMITH was transported to Sparrow Hospital by an ambulance from Lansing-Mason Area Ambulance Service for his injuries.

## DESCRIPTION OF VEHICLE #2

2004 Nissan Maxima, burgundy in color
License plate XUC765

It should be noted that this vehicle was reported as stolen from Springport, MI.

## REGISTERED OWNER OF VEHICLE #2

Mirac Inc.
Address 5700 Executive Dr., Suite 1, Lansing, MI 48911

COMPLAINT NO:   04-C-2538
FILE CLASS:     0300-1
ORIGINAL DATE:  2-17-04

## DISPOSITION OF VEHICLES

Vehicle #1 was transported to the Ingham County Sheriff's Office by a wrecker from Shroyer's Towing   This vehicle was secured in the evidence lot at the Ingham County Sheriff's Office.

Vehicle #2 was transported to the Ingham County Sheriff's Office by a wrecker from Holt-Mason Towing Service.  This vehicle was secured in the evidence lot at the Ingham County Sheriff's Office.

## EVIDENCE

1)    Two (2) rolls of film.

2)    1993 Chevrolet Lumina.

3)    2004 Nissan Maxima.

4)    One (1) nasal sprayer.  This item was found in the 2004 Nissan Maxima.

5)    One (1) inhaler.  This item was found in the 2004 Nissan Maxima.

All of these items were tagged into Evidence at the Ingham County Sheriff's Office.

## DISPOSITION OF EVIDENCE

Both vehicles will be held as evidence for further investigation.  The two rolls of film will be sent to the film laboratory in order to be developed.

## NOTIFICATION OF MEDICAL EXAMINER

At approximately 1840 hours on 2-17-04 DEPUTY MICHELS notified DR. MARTIN JONES, the Medical Examiner.  DR. MARTIN JONES requested that the body be taken to Sparrow Hospital for an autopsy.

## NOTIFICATION OF INGHAM COUNTY PROSECUTOR's OFFICE

LT. COOK notified the Ingham County Sheriff's Office of the fatal accident.  The Ingham County Prosecutor's Office sent a Prosecutor to the scene.

## POLICE OFFICERS ON-SCENE

The following Police Officers were at the scene of the fatal accident:

DEPUTY STEVE MCGUIRE
DEPUTY TRYON CALKINS

COMPLAINT NO:   04-C-2538
FILE CLASS:        0300-1
ORIGINAL DATE:   2-17-04

SGT. SCOTT SISCO
DEPUTY TIM YOUNG
DEPUTY JODY MICHELS
DEPUTY MICHAEL SOLTIS

## RESCUE PERSONNEL ON-SCENE

Personnel from the Ingham County Sheriff's Office Heavy Rescue Unit responded to the scene to assist with the accident.

## AMBULANCE SERVICE ON-SCENE

Ambulances from the Lansing-Mason Area Ambulance Service arrived on-scene and transported two patients to Sparrow Hospital for their injuries and transported EDWARD HENDGES to the morgue at Sparrow Hospital.

## FIRE DEPARTMENT ON-SCENE

Personnel from the Mason Fire Department arrived on-scene to assist with the accident.

## ACCIDENT RESULTS

Based on my investigation of the accident MR SMITH was at fault for the accident. The reason for this finding was due to the statements taken from witnesses of the accident by Dep Tim Young.

My investigation also showed that MR. SMITH was passing a vehicle in a posted and marked double yellow line NO PASSING ZONE. While attempting this pass illegally MR. SMITH hit MR. HENDGES'S vehicle head on. If MR. SMITH did not attempt the illegal pass in the no passing zone this accident would not have happened.

## DISPOSITION

This report will be kept on file at the Central Records Division of the Ingham County Sheriff's Office.

A copy of this report will be sent to the Ingham County Prosecutor's Office for review of future charges.

## STATUS

Open pending charges.

Respectfully submitted,                          Reviewed by,

COMPLAINT NO:    04-C-2538
FILE CLASS:          0300-1
ORIGINAL DATE:   2-17-04

_Mark T. O'Farrell_                    _K.F. #5340_

Deputy Mark O'Farrell, Badge 5340
/rmb

| Ingham County Sheriff | Original Date 02/17/04 | Complaint No. 04-C-2538 | |
|---|---|---|---|
| ADDITIONAL COMPLAINT REPORT Page No. 1 | Date of Supplementary Report 02/23/04 | | File Class 9300-1 |
| Complainant Deputy Mark O'Farrell | Address 630 N. Cedar        Mason, MI 48854 | | |
| Nature of Complaint Fatal Car Accident | | Reporting Officer Deputy Mark O'Farrell | |

## INFORMATION

On 02/23/04 I received information from DEPUTY PAUL WORSLEY supplemental report that resulted in an execution of a search warrant at 664/665 W. Dexter Trail. At approximately 1356 hours I arrived at the Ingham County Prosecutors Office in order to obtain the search warrant. At 1700 hours I arrived at 664 and 665 W. Dexter Trail to execute the search warrant. A Sony PlayStation 2 system along with a Sony PlayStation 2 game by the name of True Crime: Streets of L.A. were seized as evidence.

## VENUE

This incident occurred at 664/665 W. Dexter Trail, Township of VeVay, County of Ingham, State of Michigan.

## DATE AND TIME

The search warrant was executed at 1700 hours on February 23, 2004.

## OFFICERS ACTIONS

On February 23, 2004 I received information from DEPUTY PAUL WORSLEY that he had written a supplement to my original complaint stating that ANTHONY SMITH was at 664 W. Dexter Trail playing a video game prior to the accident. After reading DEPUTY PAUL WORSLEY's supplemental report I then contacted MR. STEWART DUNNINGS at the Ingham County Prosecutors Office and advised him of the new information. I also advised MR. DUNNINGS that the video game in question was a Sony PlayStation 2 with the game of Grand Theft Auto. At that time I advised MR. DUNNINGS that I was going to go to 664/665 W. Dexter Trail in order to determine if I could obtain the PlayStation 2 system along with the game without a search warrant.

At 1300 hours I went to 664/665 W. Dexter Trail in order to determine if I could retrieve the PlayStation 2 system along with the game without a search warrant. While at the residence I later determined that no one was home. At this time I returned back to the Ingham County Sheriff's Office in order to contact the Ingham County Prosecutors Office with the results.

At 1356 hours I then went to the Ingham County Prosecutors Office in order to obtain a search warrant of 664/665 W. Dexter Trail. The reason for the search warrant was described in detail in the search warrant affidavit. While at the Ingham County Prosecutors Office obtaining the search warrant, I was then contacted by DEPUTY TIMOTHY O'NELL who stated that the homeowner TAMARA SHERLIN had arrived at the residence.

Per the Ingham County Prosecutors Office TONY FLORES, he did not want TEMARA SHERLIN to enter the residence and I advised DEPUTY TIMOTHY O'NEILL that we would

COMPLAINT NO:    04-C-2538                                          Page 2
FILE CLASS:        9300-1
ORIGINAL DATE:    02/23/04
SUPP. DATE:

obtain the search warrant in order to secure the items we needed.  At that time DEPUTY
TIMOTHY O'NEILL stated that TEMARA SHERLIN agreed to wait until I arrived on scene with
the search warrant and she would voluntary unlock the door so that we could enter the
residence.  Dep O'NEILL also stated that MS. SHERLIN did confirm that the Sony Play
Station 2 system was in her residence.

After obtaining the search warrant I then went to the 55th District Court and had
MAGISTRATE PAUL sign the complaint/search warrant.  At approximately 1700 hours I
arrived at 664/665 W. Dexter Trail to execute the search warrant. DEPUTY TIMOTHY
O'NEILL introduced me to TEMARA SHERLIN and advised me that she was the homeowner
along with her friend CRAIG JABKIEWICZ.

## IDENTIFICATION OF HOMEOWNER

TEMARA DEE SHERLIN
665 W. Dexter Trail
Mason, MI 48854
white female, date of birth 04/22/83
517-937-5170

address #2
223 Mantie Ave
Jackson, MI 49202

## INTERVIEW WITH HOMEOWNER

Shortly after arriving on scene I made contact with TEMARA SHERLIN and DEPUTY
TIMOTHY O'NEILL. TEMARA SHERLIN stated that she was the current resident of 665 W.
Dexter Trail, which is one of the residence indicated on the search warrant. I advised
TEMARA SHERLIN that I was looking for a Sony PlayStation 2 system along with a game by
the name of Grand Theft Auto.  TEMARA SHERLIN stated that on the date and time of the
fatal car accident involving ANTHONY SMITH they were not playing Grand Theft Auto prior to
the accident.  TEMARA SHERLIN stated MR. SMITH was playing a video game by the name
of True Crime Streets of LA.  I asked TEMARA SHERLIN how she knew this. TEMARA
SHERLIN stated she was at home at the time he and others were playing the game and it still
was currently in the Sony PlayStation 2 system.

I asked TEMARA SHERLIN if she knew why ANTHONY SMITH had left the residence.
TEMARA SHERLIN stated that she did not know that ANTHONY SMITH had left the
residence until she received a phone call from him stating that he was in an accident.
TEMARA SHERLIN stated that she was only aware of him playing the video game up to her
receiving the phone call from ANTHONY SMITH saying that he was involved in an accident.  I
asked TEMARA SHERLIN where the PlayStation 2 system and the game was.
TEMARA SHERLIN stated it was in her livingroom currently hooked up to her television.

## IDENTIFICATION OF WITNESS

COMPLAINT NO:    04-C-2538                                           Page 3
FILE CLASS:         9300-1
ORIGINAL DATE:   02/23/04
SUPP. DATE:

CRAIG MICHAEL JABKIEWICZ
526 Andrew Ave.
Jackson, MI 49202
517-879-9732
white male, date of birth 08/14/83

## INTERVIEW WITH WITNESS

I asked CRAIG JABKIEWICZ if he was at the residence on February 17, 2004 prior to the accident. At this time he stated "yes." I asked CRAIG JABKIEWICZ if he knew what game ANTHONY SMITH was playing prior to the accident. CRAIG JABKIEWICZ stated that ANTHONY SMITH was playing True Crime: Streets of L.A. prior to the accident. I asked CRAIG JABKIEWICZ how he knew this and he stated that he was watching ANTHONY SMITH along with a gentleman by the name of BRENNON TAYLOR play the game. CRAIG JABKIEWICZ stated that he told ANTHONY SMITH that he needed to take the 2004 Nissan Maxima for a ride.

I asked CRAIG JABKIEWICZ why he told him this. CRAIG JABKIEWICZ stated he told ANTHONY SMITH that the Nissan Maxima had a "really neat shifting system" and he told ANTHONY SMITH about how the car shifted from manual to automatic. CRAIG JABKIEWICZ went on to state that he told ANTHONY SMITH to "check out the gears." CRAIG JABKIEWICZ also stated that ANTHONY SMITH had asked him if he wanted to go for a ride in the car and CRAIG JABKIEWICZ stated no. At that time CRAIG JABKIEWICZ advised that ANTHONY SMITH stated "I'm going to check out the gears then."

## EXECUTION OF SEARCH WARRANT

TEMARA SHERLIN unlocked the door to 664/665 W. Dexter Trail. Upon entering the residence I immediately noticed to my right a Sony PlayStation 2 system. CRAIG JABKIEWICZ opened up the system and inside of it was a game by the name of True Crime: Streets of L.A. I secured the Sony PlayStation 2 system along with the game as evidence.

## RETURN AND TABULATION

I left a copy of the return and tabulation form with TEMARA SHERLIN stating the items taken were a Sony PlayStation 2 serial# U7001244 along with Sony PlayStation 2 game True Crime Streets of L.A. I also left a return and tabulation at 664 W. Dexter Trail stating that nothing had been seized from that address. The return of tabulation form was left on the stove in the kitchen at 664 W. Dexter Trail.

## EVIDENCE
Item #1        Sony PlayStation System - serial# U7001244

Item #2        Sony PlayStation Game - True Crime Streets of L.A.

COMPLAINT NO:   04-C-2538
FILE CLASS:        9300-1
ORIGINAL DATE:  02/23/04
SUPP. DATE:

Page 4

## EVIDENCE DISPOSITION

The two items listed above were tagged as evidence and secured inside the Ingham County Sheriff's Office evidence room.

## DISPOSITION

A copy of this report will be forwarded to the Ingham County Prosecutors Office to be added to the original report. The original copy of the search warrant will be forwarded back to 55th District Court MAGISTRATE PAUL in order to advise through the court of the two items that were seized as evidence. A copy of this report will be kept on file at the Ingham County Sheriff's Office Central Records Division.

## STATUS
Closed

Respectfully submitted

Reviewed by

Deputy Mark O'Farrell, Badge 5340
/mg

| Ingham County Sheriff<br><br>ADDITIONAL COMPLAINT REPORT<br>Page No. 1 | Original Date<br>02/17/04 | | Complaint No.<br>04-C-2538 |
|---|---|---|---|
| | Date of Supplementary Report<br>02/27/04 | | File Class<br>9300-1 |
| Complainant<br>Deputy Mark O'Farrell | Address<br>630 N. Cedar | Mason, MI 48854 | |
| Nature of Complaint<br>Fatal Car Accident | | Reporting Officer<br>Deputy Mark O'Farrell | |

## INFORMATION

On 2-27-04 I went to Dexter Trl. near Diamond Rd in order to take several more measurements of the accident along with obtaining the drag factor of the roadway.

## VENUE

This incident occurred on Dexter Trail, near Diamond Rd, Township of Vevay, County of Ingham, State of Michigan.

## DATE AND TIME

The follow up investigation was completed on 2-27-04 at 1300hrs.

## OFFICERS ACTIONS

On February 27, 2004 I went to Dexter Trl near Diamond Rd in order to obtain the following measurements of the accident. and to obtain the drag factor of the roadway.

## ADDITIONAL MEASUREMENTS

Measurement 1) End of driver's side front tire yaw mark. 43 ft west and 6.7 ft north.

Measurement 2) End of passenger's side rear tire yaw mark. 49.2 ft west and 1.5 ft north.

Measurement 3) End of driver's side rear tire yaw mark. 52.8 ft west and 5.2 ft north.

Measurement 4) Middle point of driver's side rear tire yaw mark. 95.8 ft west.

Measurement 5) Middle point of driver's side front tire yaw mark. 95.8 ft west and 2.6 ft north.

Measurement 6) Middle point of passenger's side front tire yaw mark. 95.8 ft west and 2.4 ft south.

Measurement 7) Middle point of passenger's side rear tire yaw mark. 95.8 ft west and 5.1 ft south

Measurement 8) Beginning of driver's side rear tire yaw mark. 137.9 ft west.

COMPLAINT NO:   04-C-2538
FILE CLASS:        9300-1
ORIGINAL DATE:  02/27/04
SUPP. DATE:

Measurement 9)  Beginning of passenger's side rear tire yaw mark. 194.1ft west and 3.8ft south.

From the beginning of the NO PASSING zone to the point of impact was .7 tenths of a mile.   This means that MR. SMITH'S vehicle was over a half mile into the double yellow line posted NO PASSING ZONE at the time he choose to pass illegally.

## DRAG FACTOR

On 2-27-04, I completed three test using a VC-2000 drag factor computer to determine the drag factor of the roadway near the accident.  List below are the test results taken off of the computer at the time of testing.

Test 1)  30.6 MPH, 1.67 seconds, 41 ft, drag factor .744.

Test 2)  30.5 MPH, 1.87 seconds, 41 ft, drag factor .743.

Test 3)  30.5 MPH, 1.84 seconds, 41 ft, drag factor .743.

## SPEED RESULTS

I used the following formulas to determine MR. SMITH'S speed prior to the accident.

R= C squared/8 times M plus M divided by 2
C is the cord taken the day of the accident   M is the middle ordinate taken the day of the accident.

C=66ft.
M=1.7ft

With the numbers listed above the formula used is as follows.

R=66squared/8*1.7 + 1.7/2
R=4356/13.6 + .85
R=320.29 + .85
R=321.14

Page 3

COMPLAINT NO:   04-C-2538
FILE CLASS:       9300-1
ORIGINAL DATE:  02/27/04
SUPP. DATE:

Once the radius is calculated the following formula was used to determine the speed.

S= 3.87 times the square root of RF
R= the radius (321.14) and F= the drag factor (.74)

S= 3.87 * the square root of 321.14*.74
S= 3.87 * the square root of 237.64
S= 3.87 * 15.41
S= 59.65 MPH

## DISPOSITION

A copy of this report will be forwarded to the Ingham County Prosecutors Office to be added to the original report.  A copy of this report will be kept on file at the Ingham County Sheriff's Office Central Records Division.

## STATUS

Closed

Respectfully submitted                    Reviewed by

_Mark T. O'Farrell 5340_                  _K.F. #5079_
Deputy Mark O'Farrell, Badge 5340
/mg

| | | COMPLAINT KEY | | |
|---|---|---|---|---|
| | | Agency | Complaint No | Date Requested |
| | | ICSO | 04C2538 | 2-17-04 |

**District Court** ☐ 54-A  ☐ 54-B  ☒ 55  ☐ PROBATE

**CTN #** 33-04-001601 -01

| Def. No. | Defendant Name: Last, First, Middle |
|---|---|
| 1 | Smith Anthony Shantil |

**Criminal History:** ☐ Yes  ☒ No

| State I.D. No | AKA | ☐ Local Record  ☐ LEIN  ☐ NCIC |
|---|---|---|

| TCN | DLN | **Defendant Status:** |
|---|---|---|
| | S.530 067 765 990 | 1. ☐ Appearance Ticket  3. ☐ Released |

| Address  City, State, Zip | 2. ☐ Not Arrested  4. ☒ Jailed  Date Jailed 2 17 04 |
|---|---|
| 110 Hall St. SE Grand Rapids MI | Confession: ☒ Oral ☐ Written ☐ Taped To: _____ |

| Home Phone | Work or Other Phone | Race | Sex | D.O.B. | Pending Cases: _____ |
|---|---|---|---|---|---|
| | | B | M | 12/08/84 | |

| Location of Crime | ☐ CITY ☒ TWP ☐ VILL. | Complainant/Victim |
|---|---|---|
| Dexter Trl / Diamond Rd | | Edward Joseph Hendges |
| Vevay | Date of Complaint: 2-17-04 | Investigating Officer  Dep. Mark O'Farrell  Emp. No. 5340 |

| Date of Crime | Time of Crime | S M ☒T W T F S | Person Signing |
|---|---|---|---|
| 2-17-04 | 1557 | | |

| Requested Charge (1) | MCLA | F M | Requesting Charge (3) | MCLA | F M |
|---|---|---|---|---|---|
| Requested Charge (2) | MCLA | F M | Requesting Charge (4) | MCLA | F M |

☐ Further Investigation Requested (See Explanation)  Requesting Attorney _____  Resubmission ☐1 ☐2  Need Translator ☐ YES ☐ NO

**SECTION 2 DISPOSITION: TO BE TYPED OR PRINTED BY REVIEWING ATTORNEY**  ☐ DOMESTIC ☐ SS ☐ FIREARM CASE

☒ WARRANT AUTHORIZED    ☐ WARRANT DENIED

| Authorized Charge (1) MANS W/M.V. | MCLA 750.321 Fel | F M | (1) EDWARD JOSEPH HENDGES |
|---|---|---|---|
| Authorized Charge (2) FEL. DRIVING | MCLA 257.626C | F M | (1)(a) DEXTER TRAIL  (2) KEVIN PATRICK HENDGES |
| Authorized Charge (3) | MCLA | F M | |
| Authorized Charge (4) | MCLA | F M | |

**DIVERSION**

| Def. No. 1 | ☐ Ref to Diversion | ☒ Not Referred ____ | **CO-DEFENDANT(S)** |
|---|---|---|---|
| Def. No. ____ | ☐ Ref to Diversion | ☐ Not Referred ____ | 1 _____ |
| Diversion Denial Codes: | 1. Prior Record | 3. Non-Resident | 2 _____ |
| | 2. Not Div. Off. | 4. Other | 3 _____ |

**BRIEF SUMMARY OF OFFENSE / DENIAL RATIONALE** △ is driving 80 in a 50 MPH zone. △ is one mile into a no passing zone when he passes another car. Hits oncoming car head-on and demolishes it. Driver of other car is dead and his son is critically injured.

| Date Received 2/18/04 | Date Completed 2/18/04 | Issuing APA _____  P 34717 | Felony Authorization _____  P |
|---|---|---|---|

**Ingham County**
**Prosecuting Attorney**

# WITNESS LIST

THIS LIST OF WITNESSES KNOWN
TO THE PROSECUTION AT THE TIME
OF ISSUANCE OF THE WARRANT DOES
NOT DISTINGUISH BETWEEN THOSE
WHO WILL BE CALLED FOR TRIAL
AND THOSE WHO WILL NOT BE CALLED.

Defendant  Smith   Anthony  Shontril

Co-Defendants

Agency  ICSO     Complaint No.  04C2558

NOTE: If a witness is a Police Officer, complete: Name, Code, Type, Dept. or Post, Testimony.
LIST ALL POLICE OFFICERS FIRST

| | Name | Code | Type | Address (Dept. or Post) | | | |
|---|---|---|---|---|---|---|---|
| 1 | Dep. Mark O'Farrell | | AR | ICSO  630  Cedar | | | |
| | Testimony | | | City Mason | State MI | Zip 48854 | Home Phone |
| | | | | Address (2) | | | |
| | | | | City | State | Zip | Work Phone CX-9248 |
| 2 | Dep. Steve McEwile | Code | Type AS | Address (Dept. or Post) | | | |
| | Testimony | | | City | State | Zip | Home Phone |
| | | | | Address (2) | | | |
| | | | | City | State | Zip | Work Phone |
| 3 | Dep. Ryan Collins | Code | Type AS | Address (Dept. or Post) | | | |
| | Testimony | | | City | State | Zip | Home Phone |
| | | | | Address (2) | | | |
| | | | | City | State | Zip | Work Phone |
| 4 | Sgt. Scott Sisco | Code | Type AS | Address (Dept. or Post) | | | |
| | Testimony | | | City | State | Zip | Home Phone |
| | | | | Address (2) | | | |
| | | | | City | State | Zip | Work Phone |
| 5 | Dep. Tim Young | Code | Type AS | Address (Dept. or Post) | | | |
| | Testimony | | | City | State | Zip | Home Phone |
| | | | | Address (2) | | | |
| | | | | City | State | Zip | Work Phone |
| 6 | Dep. Jody Michels | Code | Type AS | Address (Dept. or Post) | | | |
| | Testimony | | | City | State | Zip | Home Phone |
| | | | | Address (2) | | | |
| | | | | City | State | Zip | Work Phone |
| 7 | Name | Code | Type | Address (Dept. or Post) | | | |
| | Testimony | | | City | State | Zip | Home Phone |
| | | | | Address (2) | | | |
| | | | | City | State | Zip | Work Phone |

| CODE | TYPE - (POLICE WITNESS) | | TYPE - (LAY WITNESS) |
|---|---|---|---|
| CV - Complainant/Victim | AR - Arresting | CH - Chemist | EY - Eyewitness |
| CW - Complaining Witness | AS - Assisting | FI - Fingerprint | ME - Medical |
| CO - Complainant | IN - Investigator | HA - Handwriting | EX - Expert |
| VI - Victim | SP - Special | | CD - Co-Defendant |
| | | | BU - Business |

FORM NO. 103 (REV. 2/95)

RBF. INC.  R-11806

**Ingham County**
**Prosecuting Attorney**

# WITNESS LIST

THIS LIST OF WITNESSES KNOWN
TO THE PROSECUTION AT THE TIME
OF ISSUANCE OF THE WARRANT DOES
NOT DISTINGUISH BETWEEN THOSE
WHO WILL BE CALLED FOR TRIAL
AND THOSE WHO WILL NOT BE CAL

Defendant _ANTHONY SMITH_

Co-Defendants _____

| Agency | Complaint No |
|---|---|
| ICD | 04-05-38 |

NOTE: If a witness is a Police Officer, complete: Name, Code, Type, Dept. or Post, Testimony
LIST ALL POLICE OFFICERS FIRST

| | Name | Code | Type | Address (Dept. or Post) | | | |
|---|---|---|---|---|---|---|---|
| 1 | KEVIN HENN | | | | | | |
| | Testimony | | | City | State | Zip | Home Phone |
| | | | | Address (2) | | | |
| | | | | City | State | Zip | Work Phone |
| 2 | DIAMIRIE RENEE | | VI | Address (Dept. or Post) | | | |
| | Testimony | | | City | State | Zip | Home Phone |
| | | | | Address (2) | | | |
| | | | | City | State | Zip | Work Phone |
| 3 | ZACHARY PAGE | | EY | Address (Dept. or Post) | MERIDIAN | | |
| | Testimony | | | City MI-D | State | Zip | Home Phone |
| | | | | Address (2) | | | |
| | | | | City | State | Zip | Work Phone |
| 4 | TINA SONIA MC INTYRE | | | Address (Dept. or Post) | | | |
| | Testimony | | | City | State | Zip | Home Phone |
| | | | | Address (2) | | | |
| | | | | City | State | Zip | Work Phone |
| 5 | Name | Code | Type | Address (Dept. or Post) | | | |
| | Testimony | | | City | State | Zip | Home Phone |
| | | | | Address (2) | | | |
| | | | | City | State | Zip | Work Phone |
| 6 | Name | Code | Type | Address (Dept. or Post) | | | |
| | Testimony | | | City | State | Zip | Home Phone |
| | | | | Address (2) | | | |
| | | | | City | State | Zip | Work Phone |
| 7 | Name | Code | Type | Address (Dept. or Post) | | | |
| | Testimony | | | City | State | Zip | Home Phone |
| | | | | Address (2) | | | |
| | | | | City | State | Zip | Work Phone |

| CODE | TYPE - (POLICE WITNESS) | TYPE - (LAY WITNESS) |
|---|---|---|
| CV - Complainant/Victim | AR - Arresting    CH - Chemist | EY - Eyewitness |
| CW - Complaining Witness | AS - Assisting    FI - Fingerprint | ME - Medical |
| CO - Complainant | IN - Investigator    HA - Handwriting | EX - Expert |
| VI - Victim | SP - Special | CD - Co-Defendant |
| | | BU - Business |

# Ingham County Sheriff's Office
# Field Sketch Form

Date 2-18-04 Time: 1552 Complaint #: 04C2538 File Class: 9300-1
Sketch by: O Farrell    Measurements by: O Farrell
Location: _____

| | DESCRIPTION | W | N |
|---|---|---|---|
| **A** | cord | | 66 |
| **B** | middle | | 12 |
| **C** | PoI Begining | 46 | 8.2 |
| **D** | PoI End | 45.2 | 9.1 |
| **E** | FPST veh, | 57.2 | 25.5 |
| **F** | RPST vel, | 63.5 | 32 |
| **G** | FPST veh 2 | E .3 | N 1.0 |
| **H** | RPST veh 2 | 0 | 9.8 |
| **I** | FDST veh 2 | 0 | 0 |
| **J** | RDST veh 2 | 0 | 10.0 |
| **K** | | | |
| **L** | | | |
| **M** | | | |
| **N** | | | |
| **O** | | | |
| **P** | | | |
| **Q** | | | |
| **R** | | | |
| **S** | | | |
| **T** | | | |
| **U** | | | |
| **V** | | | |
| **W** | | | |
| **X** | | | |
| **Y** | | | |
| **Z** | | | |

Standard Register ®    ZIPSET®

## INGHAM COUNTY SHERIFF'S OFFICE

| Complaint Number: *04-L-2538* | File Class: *9300-1* | Date *2-17-04* | Evidence Number: |
|---|---|---|---|

Victim/Complainant: *Anthony Joseph Hendges*

Suspect: *Edward Shantil Smith*

Officer: *O'FARRELL*                          Badge No.: *5340*

Location Recovered: *Dexter Trel / Diamond Rd*

Description: *2 inhalers Recovered from*
*M2 keg kuc 765*

Disposition Wanted:

| | |
|---|---|
| Fingerprint: ____ | Hold: *X* |
| Photographing: ____ | Destroy: ____ |
| CL Analysis: ____ | TOT Owner: ____ |

| Date In - Init. | Date Out - Init. | To Whom - Badge/Init. |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| Final Disp. | Location: |
|---|---|

SF-263 (3-99)

### PROPERTY - OWNER/FINDER

NAME: _____

STREET ADDRESS: _____

CITY: _____ STATE: _____ ZIP: _____

TELEPHONE: ___ ( ___ ) _____

n  5785

Standard Register ®    ZIPSET®

## INGHAM COUNTY SHERIFF'S OFFICE

| Complaint Number: _041-2538_ | File Class: _93001_ | Date _2-17-04_ | Evidence Number: |
|---|---|---|---|

Victim/Complainant: _Anthony Joseph Hendges_

Suspect: _Edward Shan'til Smith_

Officer: _Ofarrell_                          Badge No.: _5340_

Location Recovered: _Dexter Trl / Diamond Rds_

---

Description: _2 rolls of evidence Film_

Disposition Wanted:

Fingerprint: _____          Hold: ___X___
Photographing: _X_           Destroy: _____
CL Analysis: _____          TOT Owner: _____

| Date In - Init. | Date Out - Init. | To Whom - Badge/Init. |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| Final Disp. | Location: |
|---|---|

SF-263 (3-99)

### PROPERTY - OWNER/FINDER

NAME: _____

STREET ADDRESS: _____

CITY: _____ STATE: _____ ZIP: _____

TELEPHONE: ( ____ ) _____

Standard Register ®     ZIPSET®

## INGHAM COUNTY SHERIFF'S OFFICE

| Complaint Number: 04-C-2538 | File Class: 9300-1 | Date 2-17-04 | Evidence Number: |
|---|---|---|---|

Victim/Complainant: Anthony Joseph Hendges

Suspect: Edward Shantil Smith

Officer: Ofarrell                     Badge No.: 5340

Location Recovered: Dexter Tel / Diamond Rds

Description: 1 polaroid pic of B/m recovered from m2 reg xuc 765

Disposition Wanted:

Fingerprint: _____          Hold: _____
Photographing: _____        Destroy: _____
CL Analysis: _____          TOT Owner: _____

| Date In - Init. | Date Out - Init. | To Whom - Badge/Init. |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

| Final Disp. | Location: |
|---|---|

SF-263 (3-99)

## PROPERTY - OWNER/FINDER

NAME: _____

STREET ADDRESS: _____

CITY: _____ STATE: _____ ZIP: _____

TELEPHONE: ___ ( ___ ) _____

Standard Register ®     ZIPSET®

### INGHAM COUNTY SHERIFF'S OFFICE

| Complaint Number: 04-C-2638 | File Class: 9300-1 | Date 2-17-04 | Evidence Number: |
|---|---|---|---|

Victim/Complainant: Anthony Joseph Hendges

Suspect: Edward Shantil Smith

Officer: Ofarrell                    Badge No.: 5340

Location Recovered: Dexter T-1 / Diamond Rds

| Description: MI REG XUC 765 |
|---|
| VIN : 1N4BA41E29C835289 |

Disposition Wanted:

Fingerprint: ___                     Hold: ✗
Photographing: ___                   Destroy: ___
CL Analysis: ___                     TOT Owner: ___

| Date In - Init. | Date Out - Init. | To Whom - Badge/Init. |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

| Final Disp. | Location: |
|---|---|

SF-263 (3-99)

### PROPERTY - OWNER/FINDER

NAME: Mirac Inc.

STREET ADDRESS: 5700 Executive Dr #1

CITY: Lansing     STATE: MI     ZIP: 48911

TELEPHONE: ( )

Standard Register ®     ZIPSET®

INGHAM COUNTY SHERIFF'S OFFICE

| Complaint Number: 04-C-2538 | File Class: 9300-1 | Date 2-17-04 | Evidence Number: |
|---|---|---|---|
| Victim/Complainant: Anthony Joseph Hendges | | | |
| Suspect: Edward Shantil Smith | | | |
| Officer: Ofarrell | | Badge No.: 5340 | |
| Location Recovered: Dexter TI / Diamond Rds | | | |

Description: MI Reg   XMS 868
VIN: 2GlWNS4TOp9261960

Disposition Wanted:

| Fingerprint: _____ | Hold: X |
| Photographing: _____ | Destroy: _____ |
| CL. Analysis: _____ | TOT Owner: _____ |

| Date In - Init. | Date Out - Init. | To Whom - Badge/Init. |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| Final Disp. | Location: |
|---|---|

SF-263 (3-99)

PROPERTY - OWNER/FINDER

NAME: Lisa Ma__ Hendres

| STATE OF MICHIGAN 55th JUDICIAL DISTRICT | AFFIDAVIT FOR SEARCH WARRANT | CASE NO. |
|---|---|---|

Police Agency Ingham County Sheriff Deptt
Report Number: 04-C-2538

Your Affiant Dep. Deputy Mark O' Farrell state(s) that:

1. The person, place or thing to be searched is described as and is located at:

    664 W. Dexter Trail, Mason MI 48854, more specifically described as a two story residential house located on the north side of W Dexter Trail, with garages attached and detached. This house had two addresses a 664 W. Dexter Trail on the front of the house and a 665 address located in the back of the house. Two mail boxes are found in the front of the house.

2. The PROPERTY to be searched for and seized, if found, is specifically described as:

    Evidence concerning vehicular manslaughter and felony driving including but not limited to a Sony Play Station System and a Sony Play Station Video Game by the name of "Grand Theft Auto."

3. The FACTS establishing probable cause or the grounds for the search are:

    A. Dep Mark O'Farrell, hereafter affiant, is employed as a Deputy with the Ingham County Sheriff's Department for 4 ½ years and is currently to the traffic division (accident reconstruction) and canine division.

    B. Affiant says that he has been assigned to investigate a vehicular homicide case which occurred on February 17, 2004.

    C. In regard to the above assignment your Affiant did the following:

    1.    On February 17, 2004 at 3:57 pm, your affiant responded to a personal injury accident on Dexter and Diamond Road, Vevay Township, Ingham County.

    2.    Further investigation on that date found that Anthony Smith (DOB 12/28/1984) was driving 2004 Nissan stolen pursuant to information received in lien from Spring Arbor Township Police Department.

    3.    Pursuant to your affiant's reconstruction of the accident and after interviewing Ida Joyce Merindorf a witness of the accident your affiant had determined that Anthony Smith while driving a 2004 Nissan was attempting to pass in a double yellow line no passing zone when Anthony Smith collided with a 1993 Chevrolet Lumina driven by Edward Joseph Hendges with passenger Kevin Patrick Hendges..

    4.    In the ensuing collision caused by Anthony Smith the driver of the Chevrolet Lumina Edward Joseph Hedges was killed and the passenger Kevin Patrick Hendriges received life threatening injuries.

    5.    Spring Arbor Police Department through LIEN indicates the 2004 Nissan was reported stolen on February 13, 2004. A warrant was authorized for the arrest of Brandon Taylor concerning the stolen 2004 Nissan.

    6.    Pursuant to further investigation your affiant received information from Deputy Paul Worsley who interviewed a subject by the name of Jeramy Monroe (DOB 9-26-1980) on 2-19-04. The interview of Jeramy Monroe was conducted by Deputy Paul Worsley and Spring Arbor Police Officers Sue Adams and Joe Lentz. The interview was conducted in following up the investigation to arrest Brandon Taylor on the stolen vehicle warrant.

7.    Jeramy Monroe resides at 664 W. Dexter Trail, Mason, MI and stated that he knows Brandon Taylor as "sent." Monroe stated that Brandon Taylor, Anthony Smith and Tamara Sherlin were at his residence on February 17, 2004 prior to the accident. Monroe stated both Anthony Smith and Brandon Taylor were playing a video game "Grand Theft Auto" on his Play Station prior to the accident.

8.    Monroe stated Anthony Smith and Brandon Taylor were both bragging about driving recklessly on the roads and never getting caught by the police. Anthony Smith stated he drives just like they do on the video games and both of them were playing the game "for hours" before the accident. Monroe stated that Brandon Taylor told Anthony Smith that the car he was driving belonged to hi ex-girlfriend and had a passing gear just like the car they were driving in the video game and the car was very fast and he should try it.

9.    Jeramy Monroe stated Anthony Smith then left the residence in Brandon Taylor's vehicle (later found stolen). He then took off on Dexter Trail. Jeramy Monroe stated before he left the house, Anthony stated he was going to "drive crazy just like the video game."

10    On February 23, 2004, while the Ingham County Sheriff's Department was in the process of obtaining a search warrant contact was made with Tamara Sherlin a resident of 665 W. Dexter Trail, Mason, Michigan. Tamara indicated to Deputy Tim O'Neil that the video game deputies were looking for is currently located in the 665 address section of the house. The house having two addresses in the one residence a 664 W. Dexter address inhabited by Jeramy Monroe and a 665 address inhabited by Tamara Sherlin. Tamara Sherlin indicates the video game "Grand Theft Auto" is located in her 665 section of the house.

D.    Wherefore your affiant has probable cause to believe that a search of "1" above will find evidence concerning the evidence stated in "2" above.
This affidavit consists of 2 pages.

_Mark T. O'Farrell_
Affiant

| Reviewed on February 23, 2004 | Subscribed and sworn to before me on FEB 2 3 2004 |
| --- | --- |
| by _____ | _____ |
| Prosecuting Official | Judge/Magistrate |

| STATE OF MICHIGAN 55th JUDICIAL DISTRICT | SEARCH WARRANT | CASE NO. |
|---|---|---|

**TO THE SHERIFF OR ANY PEACE OFFICER**          MTP-03-7399

Dep Mark O' Farrell, Affiant, has sworn to the attached affidavit stating the following::
1. The person, place or thing to be searched is described as and is located at:

> 664 W. Dexter Trail, Mason MI 48854, more specifically described as a two story residential house located on the north side of W. Dexter Trail, with garages attached and detached. This house had two addresses a 664 W. Dexter Trail on the front of the house and a 665 address located in the back of the house. Two mail boxes are found in the front of the house.

2. The PROPERTY to be searched for and seized, if found, is specifically described as:

> Evidence concerning vehicular manslaughter and felony driving including but not limited to a Sony Play Station System and a Sony Play Station Video Game by the name of "Grand Theft Auto."

**IN THE NAME OF THE PEOPLE OF THE STATE OF MICHIGAN:** I have found that probable cause exists and you are commanded to make the search and seize the described property. Leave a copy of this warrant and a tabulation (a written inventory) of all property taken with the person from whom the property was taken or at the premises. You are further commanded to promptly return this warrant and tabulation to the Court.

Issued: ___FEB 2 3 2004___          _____          _P.33716_.
                  Date                                  Judge/Magistrate

### RETURN AND TABULATION

Search was made on ___2-23-04___ and the following property was seized:
                          Date

① Sony Play Station 2 serial number U7001244
② Sony Play Station 2 True Crime Streets of L.A.

☐ continued on reverse side

_Dep Mark O'Farrell_
Officer

COPY of warrant and tabulation served on: _Tamara Dee Sherlin_
                                                                      Name

Tabulation filed:_____
                          Date

INGHAM COUNTY SHERIFF'S OFFICE

# STANDARD INCIDENT REPORT
SF - UD - 104   REVISED 1988

PAGE _1_

[ ] ORIGINAL

[✗] SUPPLEMENT

STATUS

OPEN:
[ ] RETAINED BY INVEST OFFICER
[ ] TOT D.B.
[ ] TOT TRAFFIC
[✗] TOT *Dep. Officer 11*
[ ] PEND PROP. REL (6)
[ ] INACTIVE (4)

CLOSED:
[ ] UNFOUNDED (2)
[ ] EXC. CLEAR (3)
[ ] CLOSED (5)
[ ] TOT OTHER DEPT. (7)

| INCIDENT *Manslaughter* | INCIDENT # *04-2538* | FILE CLASS *0900-1* |
|---|---|---|

FORM ( *3* )   COUNTY ( )   CITY/TWP ( )   DOMESTIC ( )   PRIMARY CLASS ( )   ATTEMPT ( )
LOCAL ( )   ORI (MI3313300)   INCIDENT NUMBER ( *04 - 2538* )   ORIGINAL YEAR ( *04* )
STATUS ( )   DATE REPORTED ( *2-19-04* )   TIME OCCURRED ( )   SEQUENTIAL CLASS ( )
TOOL - 1 ( )   WEAPON - 2 ( )   VALUE PROP DAMAGE ( )   SCENE ( )   ABANDONED ( )
ARSON ( )   LARCENY ( )   VEHICLE STOLEN ( )   VEHICLE TYPE ( )   VEHICLE RECOVERED ( )
ASSIST ORI ( )   RELATED INCIDENT NUMBER ( )   YEAR ( )

| SUBJ | TYPE | DATE OF BIRTH | RACE | SEX | INJ | VOR | COUNT | CHARGE | DISPO |
|---|---|---|---|---|---|---|---|---|---|
| ( ) | ( ) | ( ) | ( ) | ( ) | ( ) | ( ) | ( ) | ( ) | ( ) |
| ( ) | ( ) | ( ) | ( ) | ( ) | ( ) | ( ) | ( ) | ( ) | ( ) |

| SUBJ | ITEM NO | STOLEN | RECOV | RFOJ | VALUE | CLASS |
|---|---|---|---|---|---|---|
| ( ) | ( ) | ( ) | ( ) | ( ) | ( ) | ( ) |
| ( ) | ( ) | ( ) | ( ) | ( ) | ( ) | ( ) |

LOCATION *664 W. Dexter Trail*   TIME: RECV. ___   DISPA *1845*   ARRIV. *1900*   CLEAR *2000*
OCCR. ON:   DAY *Thur*   DATE *2-19-04*   TIME *1900*   OR BTW: DATE ___   TIME ___   & DATE ___   TIME ___

CODE: *R*   NAME: LAST *MONROE*   FIRST *JEREMY*   MIDDLE *MACHEY*
ADDRESS *664 W. Dex. Trail*   CITY *MASON*   STATE *MI*   ZIP *48854*   TX *(517) 206-7084*
RACE *W*   SEX *M*   DOB *9/26/80*   HGT ___   WGT ___   HAIR ___   EYE ___   SSN ___   OPS ___
EMPLOYED ___   TX ___   ALIAS/CLOTHING/OTHER ___

CODE ___   NAME: LAST ___   FIRST ___   MIDDLE ___
ADDRESS ___   CITY ___   STATE ___   ZIP ___   TX ___
RACE ___   SEX ___   DOB ___   HGT ___   WGT ___   HAIR ___   EYE ___   SSN ___   OPS ___
EMPLOYED ___   TX ___   ALIAS/CLOTHING/OTHER ___

CODE ___   NAME: LAST ___   FIRST ___   MIDDLE ___
ADDRESS ___   CITY ___   STATE ___   ZIP ___   TX ___
RACE ___   SEX ___   DOB ___   HGT ___   WGT ___   HAIR ___   EYE ___   SSN ___   OPS ___
EMPLOYED ___   TX ___   ALIAS/CLOTHING/OTHER ___

| CODE | COLOR | MAKE / BRAND | MODEL / ITEM DESC. / YEAR | LIC / MODEL | VIN / SERIAL # | VALUE | LEIN |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

INCIDENT NUMBER / FILE CLASS NUMBER   *04-2538   0900-1*

VEHICLE - TOWED TO: ___   BY: ___

YES   NO
[✗] [ ] IS THERE A KNOWN SUSPECT?
[ ] [ ] CAN SUSPECT BE ID'ed?
[✗] [ ] HAS SUSPECT BEEN CONT.?
[✗] [ ] IS THERE A WITNESS?
[✗] [ ] HAS WITNESS BEEN CONT.?

ADDITIONAL / DETAILS / INFORMATION: *I ASSISTED SPRING ARBOR TWP. P.D. WITH A SEARCH FOR BRANDON James Taylor WHO WAS POSSIBLY AT 664 W.D.T. (SEE NARRATIVE)*

R REPORTS
[ ] CASE SUPERV.   [✗] NARRATIVE
[ ] CCH   [ ] OUIL FORMS
[ ] EVIDENCE FRM   [ ] PHOTOS
[ ] LEIN   [ ] PROS WK. SHEET
[ ] MIRANDA FRM   [ ] VICTIM RIGHTS

INVESTIGATING OFFICER: *Paul P. McLaughlin #538*   REVIEWED BY SUPERV *K.F. #502*   UCR ENT BY ___

| Ingham County Sheriff | Original Date<br>2-19-04 | Complaint No.<br>04-C-2538 | |
|---|---|---|---|
| ADDITIONAL COMPLAINT REPORT<br>Page No. __1__ | Date of Supplementary Report | | File Class<br>0900-1 |
| Complainant | Address<br>664 W. Dexter Trail | | |
| Nature of Complaint<br>Manslaughter | | Reporting Officer<br>Deputy Paul Worsley | |

This report is a supplemental report to Deputy O'Farrell's original report.

## INFORMATION:

I was advised by Sgt. Southwick that I would be assisting two Officer's from Spring Arbor Township Police Department with an attempt pickup at 664 W. Dexter Trail. I was informed we were looking for a suspect with the name of BRANDON JAMES TAYLOR, who was possibly residing at that residence.

We received information he possibly stole the vehicle that was driven by ANTHONY SHANTIL SMITH were he was involved in a fatal car accident that occurred on 2-17-04. I escorted Spring Arbor Township Officer's along with Deputy Brad Martin to the address. We spoke with two people living at the residence. We were not able to locate the suspect, BRANDON JAMES TAYLOR.

## VENUE:

This incident occurred at 664 W. Dexter Trail, Township of VeVay, County of Ingham, State of Michigan.

## DAY/DATE/TIME:

I met with Spring Arbor Township Officer's at 1845 hours on 2-19-04. I arrived on scene at 1900 hours and I cleared the scene at 2000 hours.

## REPORTING PARTY:

JERAMY MACHEY MONROE          WHITE/MALE          D.O.B. 9-26-80
664 W. Dexter Trail
Mason, MI 48854
517-206-0084

## INTERVIEW WITH REPORTING PARTY:

I spoke to JERAMY MONROE at his address of 664 W. Dexter Trail. After knocking on his door, I witnessed him turn the lights of in the residence and run up the stairs the to bedroom in a possible attempt to hide from us. Myself and the Spring Arbor Township Police Officer's went around to the back door of the residence and knocked. We stated we needed to talk to him. He then came to the side door and opened the door. He then let us in and advised there was only one other person in the residence who was his girlfriend. I advised MONROE we looking for a man by the name of BRANDON TAYLOR who had a felony warrant for his arrest. He stated he was not in the house and we could look if we wanted to. Myself and Officer Sue Adams, Officer Joe Lentz, and Deputy Brad Martin then searched the premises looking for BRANDON TAYLOR. We were unable to locate him.

COMPLAINT NO:   04-C-2538
FILE CLASS:        0900-1
ORIGINAL DATE:  2-19-04
SUPP. DATE:

I was advised by JERAMY MONROE a female by the name of TAMARA SHERLIN also resides in the residence and she was friends with the gentleman we were looking for. He stated he also has a street name of "Cent." MONROE stated that is all he knew about him. Officer Sue Adams showed a picture to JERAMY MONROE and asked if this was the man they referred to as "Cent." MONROE stated he was the person we were looking for and he was indeed at that residence of the day of the accident, 2-17-04. MONROE stated BRANDON TAYLOR was friends with the suspect that was arrested for manslaughter, ANTHONY SMITH. MONROE stated both parties were at their residence on 2-17-04 and TAMARA SHERLIN invited them over. MONROE stated both ANTHONY SMITH and BRANDON TAYLOR were playing Play Station, a game by the name of Grand Theft Auto prior to the accident.

MONROE stated ANTHONY and BRANDON were both bragging about driving recklessly on the roads and never getting caught by the police. He stated he drives just like they do in the video games. MONROE stated they played the game "for hours" before the accident. I asked MONROE if BRANDON or ANTHONY were drinking alcohol or doing drugs. He stated he did not know. MONROE stated BRANDON told ANTHONY that the car he was driving belonged to his ex-girlfriend and had a passing gear just like the car they were driving in the video game and the car was very fast and he should try it. JERAMY MONROE stated ANTHONY then left the residence in BRANDON TAYLOR'S vehicle (later found out was stolen). He then took off on Dexter Trail. JERAMY MONROE stated before he left the house, ANTHONY stated he was going to "drive crazy just like the video game."

I asked JERAMY MONROE what the video games entailed and what the video games theme was. JERAMY MONROE stated "in the game you get points for driving crazy and killing people." JERAMY MONROE stated they were playing the game all day and they have all been over before and they always play that game.

JERAMY stated shortly after BRANDON left, they received a phone call at the house from ANTHONY SMITH stating he was in an accident and to come get him. He stated TAMARA and BRANDON then left the house and went to the scene. He stated after that, TAMARA and BRANDON returned to the home and stated "ANTHONY was arrested and he was in shit ton of trouble." I asked JERAMY if he knew ANTHONY or BRANDON, he stated he did not know of them, he only knew of BRANDON being called "Cent." He did not know his real name until we showed him a picture and provided him with the information. He stated he believes BRANDON is a friend of TAMARA'S and he never saw ANTHONY there before but has heard he has been over there once or twice. He stated he is not familiar with either subjects and he has not hung out with them prior to the date.

We asked JERAMY MONROE when the last time he saw BRANDON TAYLOR, he stated the last time he knew BRANDON was over at the house was on 2-17-04 prior to the accident. JERAMY MONROE did provide us with TAMARA'S phone number and stated she is never around the house and only comes around every now and then. He stated she shows up every couple of weeks with her daughter and they stay the night. He stated he is unclear where she stays the rest of the time. JERAMY stated TAMARA is his cousin and she is purchasing the house on a land contract and they were paying her rent to stay there. JERAMY MONROE

COMPLAINT NO: 04-C-2538                                                    Page 3
FILE CLASS:        0900-1
ORIGINAL DATE:  2-19-04
SUPP. DATE:

stated he and his girlfriend would be moving out of the house within the next few weeks.

## ADDITIONAL INFORMATION:

I received a phone call at the Sheriff's Office from TAMARA SHERLIN at approximately 2100 hours on 2-19-04. I spoke to her over the phone. She stated she was in Detroit getting her hair done and she could not talk to me tonight, but she was very upset that we were at her housing searching it. I explained to her that I could be more than happy to explain the circumstances of the search and also advised we received permission to search the premises from JERAMY MONROE. She stated JERAMY called her after we left and told her we searched the house and she was upset because of the phone call. She stated she did not know why we would search her house. I asked her if she knew ANTHONY SMITH, she stated "I knew that was what you were calling for." I told her again I would like to talk to her in person and I would not discuss this case over the phone. I told her she could come to the Sheriff's Office or I could meet her at her residence. She stated she would talk to me on 2-20-04 at 1700 hours at the Ingham County Sheriff's Office in Mason. She never showed.

I was handed a copy of a felony warrant for BRANDON JAMES TAYLOR from Officer Sue Adams of Spring Arbor Township Police Department. The warrant was authorized on 2-19-04 and was not placed into LEIN per Office Adams. I advised Office Adams, I would be looking for BRANDON TAYLOR and if I found him, I would call her immediately. She stated her victim in the stolen vehicle report is an ex-girlfriend of BRANDON TAYLOR. The car belongs to Enterprise Rental Agency and is 2004 Nissan Maxima. She stated the car was rented by a female named, AMBER SCHOLL. She stated BRANDON TAYLOR does not have permission to have the vehicle.

## DISPOSITION:

A copy of the report will remain on file at the Ingham County Sheriff's Office/Central Records Division. A copy of this report will also be turned over to Deputy O'Farrell for his follow up. I will include the copy of the felony warrant for BRANDON TAYLOR.

## STATUS:
Open.

Respectfully Submitted,                            Reviewed by,

Deputy Paul Worsley # 5398
Ingham County Sheriff's Office

/nea

| ![] Ingham County Sheriff | Original Date | Complaint No. 04-C-2538 |
|---|---|---|
| ADDITIONAL COMPLAINT REPORT Page No. __1__ | Date of Supplementary Report 3-3-04 | File Class 0900 |

| Complainant | Address |
|---|---|

| Nature of Complaint Negligent Homicide | Reporting Officer Det. Billy Mitchell |
|---|---|

## INFORMATION

At approximately 1030 hours on 3-3-04 I went to the Jackson County Jail to interview JENNIFER HAYDEN in reference to a statement that was made to her by BRANDON TAYLOR who is the subject that had taken the vehicle from AMBER SCHOLL.

## IDENTIFICATION AND INTERVIEW WITH JENNIFER HAYDEN

JENNIFER LEE HAYDEN
White female, date of birth 11-5-84
Address 12307 W. Michigan Ave., Parma, MI 49269
Telephone (517) 531-4088

It should be noted that JENNIFER HAYDEN is currently incarcerated at the Jackson County Jail.

I advised JENNIFER HAYDEN that I wished to talk to her in reference to a statement that was made to her and that before doing so I would have to read the Ingham County Sheriff's Office Advise of Rights to her. I read the Advise of Rights to JENNIFER HAYDEN and she said that she understood all of her rights and that she wished to make a statement to me.

JENNIFER HAYDEN said at approximately 1730 hours she and her boyfriend, ADAM SCHOLL, who is AMBER SCHOLL's Brother, went to AMBER SCHOLL's residence the day after the fatal accident occurred. JENNIFER HAYDEN said BRANDON TAYLOR was at the residence at that time.

JENNIFER HAYDEN said upon entering the residence she asked BRANDON TAYLOR, was that you in the paper, referring to the accident, at which time BRANDON TAYLOR said, hell yeah that was me and laughed about it. JENNIFER HAYDEN said BRANDON TAYLOR then said that he was gonna have someone wreck her car but the plan wasn't to hit someone head-on, it was just to crash the car.

JENNIFER HAYDEN said at that time she made the statement, you must have good friends that really care for you to crash a car at which time BRANDON TAYLOR said, it's all about the money, as long as you have money anyone will do anything for you. JENNIFER HAYDEN said she then told BRANDON TAYLOR, so you paid that guy to crash your car and BRANDON TAYLOR said yes.

JENNIFER HAYDEN said BRANDON TAYLOR then said, I've got to get out of here, and he then got into a black vehicle and left the area.