COMPLAINT NO: 04-C-2538
FILE CLASS: 0900
ORIGINAL DATE:
SUPP. DATE: 3-3-04

Page 2

### IDENTIFICATION AND INTERVIEW WITH ADAM SCHOLL

ADAM SCHOLL
White male, date of birth 10-1-84
Address 12307 W. Michigan Ave., Parma, MI 49269
Telephone (517) 531-4088
Cell phone (517) 937-1622

It should be noted that I made telephone contact with ADAM SCHOLL.

I advised ADAM SCHOLL that earlier in the day I had made contact with his girlfriend, JENNIFER HAYDEN, in reference to the fatal accident. ADAM SCHOLL said he knew about the accident.

ADAM SCHOLL said the day after the accident occurred, he and JENNIFER HAYDEN went to his Sister's house. ADAM SCHOLL said upon entering the residence they noticed that BRANDON TAYLOR was at the residence.

ADAM SCHOLL said JENNIFER HAYDEN asked BRANDON TAYLOR if that was him that was involved in the crash and BRANDON TAYLOR said yeah, that was me. ADAM SCHOLL said he then heard JENNIFER HAYDEN say, you must have good friends to crash a car for you and BRANDON TAYLOR said, yeah, money talks.

I asked ADAM SCHOLL what he meant by that. ADAM SCHOLL said in his terminology, BRANDON TAYLOR was saying that he paid someone to crash the car.

ADAM SCHOLL said they told BRANDON TAYLOR, yeah but you killed a guy and BRANDON TAYLOR said yeah and his kid is on the way. ADAM SCHOLL said BRANDON TAYLOR was laughing about it nonchalantly.

ADAM SCHOLL said at this time BRANDON TAYLOR got some things together, got into a black vehicle and left the area.

### ADDITIONAL INFORMATION

After speaking with JENNIFER HAYDEN I made contact with BRANDON JAMES TAYLOR who was also incarcerated in the Jackson County Jail. This contact was made at approximately 1110 hours on 3-3-04.

### IDENTIFICATION AND INTERVIEW WITH BRANDON TAYLOR

BRANDON JAMES TAYLOR
Black male, date of birth 03-02-84
Address 102 Jonquil court. Parma, Mi. 49201
Telephone (517) 796-1307

It should be noted that I read the Advise of Rights to BRANDON TAYLOR and he said that he understood all of his rights and that he wished to make a statement to me.