UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ENTERTAINMENT SOFTWARE
ASSOCIATION, VIDEO SOFTWARE
DEALERS ASSOCIATION, and MICHIGAN
RETAILERS ASSOCIATION ,

   Plaintiffs,

v

JENNIFER GRANHOLM, in her official
capacity as Governor of the State of Michigan;
MICHAEL A. COX, in his official capacity as
Attorney General for the State of Michigan, et
al, and KYM L. WORTHY, in her official
capacity as Wayne County Prosecuting
Attorney,

   Defendants.

No. 05-73634

HON. GEORGE CARAM STEEH
MAGISTRATE JUDGE PEPE

Dennis J. Levasseur (P39778)
Alicia J. Blumenfeld (P67511)
Bodman LLP

Paul M. Smith
Jenner & Block LLP
601 Thirteenth Street, NW, Ste 1200
Washington DC 20005
(202) 639-6000

Denise C. Barton (P41535)
Ann Sherman (P67762)
Jason Evans (P61567)
Attorney for Defendants

## APPENDIX TO DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION (Docket # 29)

| Tab | Description |
| --- | --- |
| 1 | (Not attached) duplicate of Defendants' Response to Plaintiffs' Motion for a Preliminary Injunction |
| 2 | Enrolled Bill No. 416 (Tab 4 of Appendix Volumes) |
| 3 | House Journal Activity – 8/31/05 – Substitute (H-1) no adopted, substitute (H-2) adopted, placed on third reading, placed on immediate passage, passed; given immediate effect Roll Call #347 Yeas 104 Nays 3, title amended, returned to Senate – House Journal No. 71, p 1254 (Tab 8-C) |
| 4 | Other Material – Joint Statement on the Impact of Entertainment Violence on Children, Congressional public Health Summit, July 26, 2000, American Academy of Pediatrics (Tab 10-A) |

| 5 | Other Material – Testimony of Eugene F. Provenzo (Tab 10-AAA) |
|---|---|
| 6 | Other Material – References: Studies used in meta-analysis (Tab 10-DDD) |
| 7 | Other Material – Craig A. Anderson (Tab 10-F) |
| 8 | "Granholm Announces Investigation Reveals Children Have Wide Access to Violent Video Games" – Immediate Release of May 4, 2005 |
| 9 | Other Material – Craig A. Anderson (Tab 10-II) |
| 10 | Other Material – Jeanne B. Funk (Tab 10-N) |
| 11 | Other Material – L.Rowell Huesmann (Tab 10-P) |
| 12 | Other Material – William G. Kronenberger (Tab 10-R) |
| 13 | Other Material – William G. Kronenberger (Tab 10-S) |
| 14 | Other Material – Mark Singer (Tab 10-Y) *error noted – first 2 pages duplicated* |