UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ENTERTAINMENT SOFTWARE ASSOCIATION, VIDEO SOFTWARE DEALERS ASSOCIATION, and MICHIGAN RETAILERS ASSOCIATION , <br><br>　　　　　Plaintiffs,<br>v<br><br>JENNIFER GRANHOLM, in her official capacity as Governor of the State of Michigan; MICHAEL A. COX, in his official capacity as Attorney General for the State of Michigan, et al, and KYM L. WORTHY, in her official capacity as Wayne County Prosecuting Attorney,<br><br>　　　　　Defendants. | No. 05-73634<br><br>HON. GEORGE CARAM STEEH<br>MAGISTRATE JUDGE PEPE |

| | |
|---|---|
| Dennis J. Levasseur (P39778)<br>Alicia J. Blumenfeld (P67511)<br>Bodman LLP<br>100 Renaissance Center<br>Detroit MI 48243<br>(313) 393-7596 | Paul M. Smith<br>Katherine A. Fallow<br>Kathleen R. Hartnett<br>Amy L. Tenney<br>Jenner & Block LLP<br>601 Thirteenth Street, NW, Ste 1200<br>Washington DC 20005<br>(202) 639-6000 |
| Denise C. Barton (P41535)<br>Jason R. Evans (P61567)<br>Attorney for Defendants<br>Michigan Department of Attorney General<br>Public Employment, Elections & Tort Div.<br>P.O. Box 30736<br>Lansing MI 48909<br>(517) 373-6434 | |

**APPEARANCE**

　　　NOW COMES the undersigned Assistant Attorney General, and hereby enters his appearance on behalf of Defendants Governor Jennifer Granholm and Attorney General Michael A. Cox, in the above matter.

　　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

                MICHAEL A. COX
                Attorney General

                *s/ Jason R. Evans*
                Jason R. Evans (P61567)
                Assistant Attorney General
                Public Employment, Elections
Dated: October 19, 2005         & Tort Defense Division


## CERTIFICATE OF SERVICE

I hereby certify that on <u>October 19, 2005</u>, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing of the following: Appearance on behalf of Defendants Granholm and Cox.

                *s/ Jason R. Evans (P61567)*
                Dept of Attorney General
                Public Employment, Elections & Tort Defense Div.
                P.O. Box 30736
                Lansing, MI 48909-8236
                (517) 373-6434
                Email: bartond@michigan.gov