## INDEX OF EXHIBITS

| Exhibit | Description |
| --- | --- |
| A | Declaration of Jeffrey H. Goldstein |
| B | Declaration of Howard C. Nusbaum |
| C | FTC Report |

Detroit_653612_1

Dockets.Justia.com