# Exhibit

## "A"

Dockets.Justia.com

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| ENTERTAINMENT SOFTWARE ASSOCIATION, VIDEO SOFTWARE DEALERS ASSOCIATION, and ILLINOIS RETAIL MERCHANTS ASSOCIATION,<br><br>Plaintiffs,<br><br>vs.<br><br>ROD BLAGOJEVICH, in his official capacity as Governor of the State of Illinois; LISA MADIGAN, in her official capacity as Attorney General of the State of Illinois; and RICHARD A. DEVINE, in his official capacity as State's Attorney of Cook County,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) NO. 05C 4265<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DECLARATION OF JEFFREY H. GOLDSTEIN

Pursuant to 28 U.S.C. § 1746, I, Jeffrey H. Goldstein, under penalty of perjury state as follows:

### Biographical Information

1. I received a PhD in psychology from Ohio State University, following which I was professor of psychology at Temple University (Philadelphia) from 1969 to 1992. Since 1992 I have been with the Department of Social and Organizational Psychology at the University of Utrecht, the Netherlands. Among the books I have written or edited are *Aggression and Crimes of Violence* (Oxford University Press), *Toys, Play and Child Development* (Cambridge University Press), *Why We Watch: The Attractions of Violent Entertainment* (Oxford University Press), and the *Handbook of Computer Game Studies* (2005, MIT Press), for which I wrote a chapter on violent video games. My CV is attached to this Declaration (Exhibit A).

2. I am a Fellow of both the American Psychological Association and the American Psychological Society. I serve on advisory committees of the Netherlands Institute for the Classification of Audiovisual Media, responsible for rating films and television programs, and PEGI, the European video game rating system. I was co-organizer of the first international Digital Games Research Association congress in 2003

(www.digra.org). As a consultant, I summarize psychological research about play and media for clients.

3.    My research on aggression and entertainment tends to be conducted, not in an experimental laboratory with college students as participants, but in natural settings, in schools (Jukes & Goldstein, 1993), at movie theaters (Goldstein, Rosnow, Raday, Silverman, & Gaskell, 1975), at sports arenas (Russell & Goldstein, 1995), in prisons (Cooke & Goldstein, 1989), hospitals (Goldstein, Mantell, Derks & Pope, 1989), and a home for the elderly (Goldstein, Cajko, et al., 1997). This reflects my belief that entertainment cannot readily be studied in the experimental laboratory.

4.    This statement on the effects of video games was prepared at the request of Jenner & Block, Washington, D.C. in the case of Entertainment Software Association, et al., v. Rod Blagojevich, et al.

### Introduction and Purpose

5.    If one looks carefully at the methods and results of research on violent video games, there is little that is consistent or convincing. There is no compelling evidence that violent video games cause violent behavior. Many reviews concur that inconsistencies and ambiguities in the research prevent any sound conclusion about the effects of violent video games on aggression (Bensley & van Eenwyk, 2001; Cumberbatch, 2001; Federal Trade Commission, 2000; Goldstein, 2005; Griffiths, 1999; Gunter, 1998; Lager & Bremberg, 2005; Newman, 2004; Olson, 2004; Schechter, 2005; Unsworth & Ward, 2001; van Feilitzen, 2000).

6.    It is not the purpose of this statement to provide a comprehensive overview of research on violent video games. Rather, a number of studies and literature reviews are presented that cast doubt on the reliability, validity, and applicability of the research relied on in the declarations of Drs. Anderson, Murray, and Rich. Weak and inconsistent results, dubious assumptions, questionable methods, and overgeneralizations from the data are noted in the psychological research.

### *Problems of definition – violence and "violence"*

7.    When people refer to 'violent video games' or 'violence in the media' they rarely distinguish between real violence – people hurting one another as in war or a slap in the face – and symbolic or fantasy violence, in which characters engage in mock battle. Psychologists define violence or aggression as the intentional injury of another person. However, there is neither intent to injure nor a living victim in a video game. For example, the statement submitted by Dr. Michael Rich says that "*the best-selling video games awarded points for violence against others* (¶ 42)" and that in so-called first-person shooter games "*the player is rehearsed in and rewarded for committing a variety of crimes, including murder* (¶ 43)." But no crimes are committed here; there is no literal killing, only fantasy play. Aggressive themes have always been part of play and entertainment (Guttmann, 1998; Twitchell, 1989), and those who enjoy them are aware of

the difference between real aggression and fantasy violence (Holm Sorensen & Jessen 2000; Holmes & Pellegrini 2005).

8.    Studies of elementary school children often fail to distinguish between aggressive play and aggressive behavior (for example, Irwin & Gross, 1995). After playing a martial arts video game, children, boys especially, are likely to engage in martial arts play-fighting. To some adult observers, the children appear to be acting aggressively, when in fact they are playing, with no intent to injure anyone. An experiment by Cooper and Mackie (1986) of Princeton University found that, although violent video games influenced the post-game play of 10-11 year olds, the video games had no effect on interpersonal aggression. In their review of research on video games, Lager & Bremberg (2005) conclude that playing video games increases preference for aggressive toys, but has no effect on aggressive thoughts and no consistent effect on aggressive behavior.

### *How we know it is "violence" and not violence*

9.    The same features that inhibit an opera audience from rushing the stage to prevent 'murder' are present in video games. There are physical cues to the unreality of the violence before you, including the willing suspension of disbelief, and the knowledge that you have control over events, by pausing or stopping play altogether. In video games, there are sound effects, scorekeeping, a joystick or keypad in your hand, and often playmates commenting on the performance. Without background music, special effects, or fantasy characters, images of violence lose their appeal (McCauley, 1998). As with other forms of entertainment, such as film and literature, the violence in a video game is embedded in a fantasy narrative.[1]

10.    A meta-analysis by Sherry (2001) found that the effect size of violent video games on aggression was greater if the target in the game was an inanimate object rather than an image of a person. This evidence seems inconsistent with the notion that the growing realism of videogame images will strengthen the association between aggressive behavior and violent video games.

### *How is aggression measured?*

11.    It is not possible to observe real aggression in the laboratory, so researchers must improvise indirect indicators of potential aggressive behavior. For example, the following have been used in video game research as measures of aggression:

- hitting an inflatable 'bobo doll' (Schutte & others 1988)
- coding children's interpretations of ambiguous stories (Kirsh 1998)
- listing aggressive thoughts and feelings (Calvert & Tan 1994)

---

[1]  However, in laboratory experiments violent images are removed from the story context, and games are played for only a few minutes, thus depriving them of the play element.

3

- administering blasts of white noise to an unseen person, in the 'teacher-learner' paradigm[2] (Anderson & Dill 2000; Bartholow & Anderson 2002)
- withholding money from another (Winkel, Novak & Hopson 1987)
- 'killing' characters in a video game (Anderson & Morrow 1995; Ask, Autoustinos & Winefield 2000)
- time elapsed to recognize aggressive words (Anderson & Dill 2000).

In my professional opinion these are inadequate measures of aggressive behavior.

12.     According to Freedman (2001), it is difficult to do adequate experimental research on violent video games. It is difficult to find two video games that are equal in all respects except one of them contains violence and the other does not. Only then could we be sure that, if they have different effects, this is due to the violent content and not to some other feature of the games, such as their level of excitement, involvement, activity, or sound effects. Furthermore,

> *"when experimenters choose a violent game, they may be giving the message that they approve of such games and might therefore approve of or even expect the subjects to behave violently.... The possibility of [experimenter] demand causing the results is not unlikely or far-fetched. It is a well-known phenomenon in experimental research and a continual almost ubiquitous source of problems in interpretation... This leaves almost all of the results open to the alternative and uninteresting interpretation that they are caused by demand factors rather than the variable of interest, namely the direct effect of violence in the video game"* (Freedman 2001).[3]

### Selected reviews of research on violent video games

13.     Statements about the consistency of research data and consensus within the scientific community about the effects of media violence are incorrect. For example, Anderson (¶7) claims that "*There have been numerous reviews by a variety of expert panels and commissions, <u>all coming to the same conclusion that exposure to media violence is a risk factor for aggression and violence.</u>*" [emphasis added]

---

[2] The teacher-learner procedure involves telling research participants that they are 'teachers' who can use blasts of noise or electric shock as punishment to teach a task to an unseen 'learner.' A related procedure is the 'competitive reaction-time task' in which the research participant competes with an unseen 'opponent' and can set the level of noise the opponent will receive should he or she lose the competition. For criticisms of these methods see Tedeschi & Quigley (1996) and Ritter & Eslea (2005).

[3] It is possible to do videogame research of a high standard. One excellent example is the series of correlational and experimental studies by Green & Bavelier (2003) on violent video games and visual skills.

14.    Many reviews of research on violent video games have concluded that the evidence of a causal connection between violent video games and aggressive behavior is weak or non-existent: Bensley & van Eenwyk, 2001; Cumberbatch, 2001; Federal Trade Commission, 2000; Goldstein, 2005; Griffiths, 1999; Gunter, 1998; Lager & Bremberg, 2005; Newman, 2004; Olson, 2004; Sacher (1993) Schechter, 2005; Unsworth & Ward, 2001; van Feilitzen, 2000. Following are selected comments by reviewers.

15.    Anderson & Dill (2000) review published studies on video games and aggressive behavior, and note that every study suffers from flaws in methodology, ambiguous definitions, is open to alternative explanations, or reports inconsistent findings. *"In sum,"* write Anderson and Dill, *"there is little experimental evidence that the violent content of violent video games can increase aggression in the immediate situation."* [Compare this with Anderson ¶11, 12.]

16.    Washington State epidemiologists Bensley & van Eenwyk (2001) note: *"At present, it may be concluded that the research evidence is not supportive of a major public health concern that violent video games lead to real-life violence."* Because of mixed results, the research indicates that at this time *"it is not known whether video game play affects aggression or hostility in this age group."*

17.    Cumberbatch (2001) reviewed research on violent video games for the (British) Video Standards Council (www.videostandards.org.uk). He writes that it is *"difficult to attach much value to studies that have failed to control for demographic differences such as age, social class and ethnicity, which are related to both video habits and to delinquency patterns."*

> *"The real puzzle is that anyone looking at the research evidence in this field could draw any conclusions about the pattern, let alone argue with such confidence and even passion that it demonstrates the harm of violence on television, in film and in video games. While tests of statistical significance are a vital tool of the social sciences, they seem to have been used more often in this field as instruments of torture on the data until it confesses something to justify a publication in a scientific journal. If one conclusion is possible, it is that the jury is not still out. It's never been in. Media violence has been subjected to lynch mob mentality with almost any evidence used to prove guilt."*

18.    The Federal Trade Commission (2000) report, *Marketing violent entertainment to children*, contained a review of research on the impact of violence in entertainment media. Concerning violent video games, the FTC concludes:

> *"Most researchers are reluctant to make definitive judgments at this point in time about the impact of violent electronic games on youth because of the limited amount of empirical analysis that has so far taken place. Although some surveys of the literature lean toward seeing a detrimental effect from playing violent video games, others are more skeptical."*

19.    Griffiths (1999, pp. 209-210) concludes, "*The majority of studies on very young children tend to show that children become more aggressive after playing or watching a violent video game, but <u>these were all based on the observation of free play</u>.*" [emphasis added]

20.    In his overview of video game research, Gunter (1998, p. 109) concludes, "Even with experimental studies, there are problems of validity that derive from the fact that they do not measure 'real aggression' but rather simulated or pretend aggression."

21.    Child clinical psychologist and crime novelist Jonathan Kellerman calls media violence 'the scapegoat we love to hate.' Concerning juvenile crime he writes, "*If increased public safety is our goal, efficiency also dictates that we cease pouring money into research and clinical activities that have little direct impact upon rates of child criminality. A prime example of such diminished returns is the flood of studies conducted on the factor most often blamed for childhood criminality: media violence*" (1999, p. 71).

22.    A review by the Swedish Public Health Institute (Lager & Bremberg, 2005, www.fhi.se) examines research consisting of randomized controlled experiments, controlled experiments, and prospective longitudinal studies (these were studies of obesity). The following were studied in at least three experiments: spatial abilities, reaction time, aggressive play, aggressive thoughts/interpretations, aggressive feelings and aggressive behavior. The studies of spatial abilities and reaction time were of high quality and consistently showed positive effects. The studies give limited support for video game playing leading to a choice of aggressive toys, but it is unclear how to best interpret this since <u>the studies do not lend support for links between the players and aggressive feelings, thoughts or behaviors although many studies on this subject have been conducted</u>. In addition to toy selection, three aspects of aggression were studied: aggressive feelings, aggressive thoughts and aggressive behaviors. In the studies the experimental group has generally played a violent computer game in a laboratory for 10-45 minutes, and the participants have thereafter answered questions from standardized questionnaires or have been placed in a situation where the researchers have been able to study their behavior towards another person. The subjects have frequently had to punish the other person, for example, by playing loud sounds in his/her headphones.

"*These studies show expected effects only in studies where initial measurements have not been taken... An opposite effect has been shown on aggressive thoughts, i.e., a decrease in occurrences of aggressive thoughts in the group who played computer games*" (p.13)

"*This implies, all in all, limited support that video and computer game playing cause children to choose more aggressive toys afterwards – but no support for links between computer game playing and aggressive feelings, thoughts or behaviors although these outcomes are well studied. The fact that the choice of toys is affected, points to the fact that the contents of the games are not passing by unnoticed by the children, but whether the choice of toys in the studies primarily should be interpreted as an expression of aggressiveness could perhaps, in the light of the other*

*studies, be discussed"* (p.14)

23.     Newman (2004) writes that attempts to link videogames with horrific events such as shootings is political, as is the use of 'addiction' as a metaphor for repeated play.   Newman notes the "inconclusive and often contradictory" findings of research, and the fact that 'methodological flaws blight many of the studies,' for example, 'there is no consistency in the definitions' of violence and aggression.   *"Glib statements relating aggression to game playing, whether appearing in the mass media or scientific journals, seem totally unwarranted"* (pp.67-68).   The problem with research on violent videogames, says Newman, is the idea that you can understand the effects of a videogame from a superficial glance at its 'violent content' (p. 69).

24.     Olson (2004), of Harvard Medical School, challenges statements about the relation between violent video games and real-life violence.   She notes that between 1994 and 2001 there was a broad decline in juvenile arrest rates for violent crimes.   *"There is no indication that violence rose in lockstep with the spread of violent games"* (p. 146).

> *"Several academic studies (primarily experiments) have received broad coverage in the popular media and are cited by the press and some advocacy groups as evidence that video games create dangerous, aggressive thoughts, feelings, and behaviors.  Local, state, and federal legislation, including criminal penalties for selling or renting certain games to minors, have been introduced based on these studies"* (p. 146).

> *"Here are some of the <u>limitations of current studies as a basis for policy making...</u>*

- *<u>Vague definitions of aggression</u>.  "Aggressive play that follows exposure to games or cartoons containing violence is not distinguished from aggressive behavior intended to harm (Irwin & Gross, 1995; Silvern & Williamson, 1987).  Aggressive thoughts, feelings, and behaviors may be presented as equivalent in importance and treated as valid surrogates for real-life violence, with the assumption that reducing these factors will reduce harm"* (p. 146).

- *<u>"Use of violent media is not put into context with other known contributors to aggression or violence</u>.... According to public health and juvenile justice research, the strongest childhood predictors of violence are involvement in crime, male gender, illegal substance use, physical aggressiveness, family poverty, and antisocial parents"* (p. 147).  Another problem is that "*most children who are aggressive or engage in antisocial behavior do not grow up to be violent adolescents or adults*" (p. 147).

- *<u>"Test conditions that are difficult to generalize to the real world</u>."*  Subjects may have only 10 minutes to play a game in an experiment. Young people commonly play games with others.  (p. 147)

- *"Small, nonrandom, nonrepresentative samples"* (p. 147).

- Potentially "*moderating factors, such as age or developmental stage, are often not considered*" (p. 147).

- "*Study findings are combined in ways not appropriate for policy use*" (p. 147). Given the different populations, measures, and exposures, it is inadvisable to combine them in a single meta-analysis.

Olson speculates that violent video games may have indirect effects on more subtle forms of antisocial behavior, such as bullying. But this has not been studied. *"We might take a lesson from America's history of media hysteria.... As with the entertainment media of earlier generations, we may look back on some of today's games with nostalgia, and our grandchildren may wonder what the fuss was about"* (p. 149).

25.    In his article on video games, Provenzo (1997, p. 109) writes, *"The research simply doesn't exist to tell us whether or not the games – particularly their increasingly realistic and interactive modes – have a long-term effect on children."*

26.    Rhodes (2000) asks,

"*Is there really a link between entertainment and violent behavior? The American Medical Association, the American Academy of Pediatrics, and the National Institute of Mental Health all say yes. They base their claims on social science research that has been sharply criticized and disputed within the social science profession, especially outside the United States. In fact, no direct, causal link between exposure to mock violence in the media and subsequent violent behavior has ever been demonstrated, and the few claims of modest correlation have been contradicted by other findings, sometimes in the same studies.... If we want to reduce (violence) even further, protecting children from real violence in their lives – not the pale shadow of mock violence -- is the place to begin" (Rhodes, 2000).*

27.    Schechter (2005) in his history of violent entertainment notes,

*"Nearly all the studies that purport to show a link between exposure to media violence and aggressive behavior are afflicted with significant problems, ranging from methodological flaws to bizarre assumptions about the way the human imagination processes and makes use of fantasy. To begin with, they tend to be conducted under highly artificial conditions that bear no resemblance to a child's actual day-to-day experience.... There is an enormous difference between real aggression that is meant to inflict harm on another person and the kind of rough-and-tumble horseplay that young males have gleefully engaged in from the inception of the species" (pp. 151-152).*

One *"charge commonly made against video games – that they are far more insidious than old-fashioned juvenile pastimes because they are more 'interactive' – holds little water. Nothing was more interactive than the 'violent' play of my own 1950s boyhood, when our targets were not animated pixels but live human beings who would shoot back at us with cap pistols, dart guns, ping-pong-ball rifles, and rubber-tipped arrows"* (Schechter, 2005, p. 156).

28.    Southwell & Doyle (2004) write,

*"When pundits--and some researchers--proclaim electronic games either altogether good or altogether bad for society, they often miss theoretical subtleties that if considered would allow us to see both the boon and the burden of the emerging technology and point to important future possibilities. Most important, these critics often fail to recognize that variability exists at different levels of analysis and in the interactions: between players, between games, between contexts, and so forth"* (p. 391).

*"Are there unique aspects of electronic game use that negatively affect school performance? ... As is often the case with media studies, the cause-effect link is tenuous. Are there certain aspects of games themselves, or of some categories of games, that can affect cognitive functioning? Consideration of this question yields some surprising answers: There is reason to believe that interaction with electronic games actually might offer some positive benefits'* (p. 393).

*"What about violence? Several exhaustive reviews of available games literature reach somewhat different conclusions. Anderson & Dill (2000) and Anderson & Bushman (2001) highlighted a distinct role for electronic games in promoting violence. Anderson and Bushman's meta-analysis suggests that available experimental evidence supports the conclusion that violent video games encourage aggression. But the Federal Trade Commission (2000), Bensley & Van Eenwyk (2001), and others were more tentative in their conclusions, often arguing that the evidence is insufficient for either a yea or nay conclusion. Moreover, we should be mindful of the possibility that available literature is biased by the historical reticence of some journals to publish null findings'* (p. 394).

29.    Unsworth and Ward (2001) conclude,

*"The inconsistencies in the findings of a vast body of research and the rate of advancement in video game technology make it difficult to draw any firm conclusions about the relationship between exposure to video game violence and aggressive behavior."*

**Weak, null and inconsistent data**

30.    Since the 1980s many studies have failed to find statistically significant relationships between frequency of playing video games and emotional or behavioral problems (e.g., Colwell & Payne, 2000; Gibb, et al., 1983; Kestenbaum & Weinstein, 1985; McClure & Mears, 1986; Winkel, et al., 1987), or no significant relationship between the amount of time children spent playing video games and aggressive behavior (Funk, Hagan, et al., 2002; van Schie & Wiegman 1997).

31.    Experiments that fail to find any effects of violent video games on aggressive behavior include Ballard & Lineberger (1999); Graybill, Strawniak, Hunter & O'Leary (1987); Kirsh (1998); Winkel, et al. (1987); and Williams & Skoric (2005).

32.    Even research said to support a link between violent video games and aggressive behavior is not as convincing as sometimes portrayed. For example, Anderson (¶ 23) and Rich (¶34, 49) both refer to the study by Irwin & Gross (1995) as supporting the link between violent video games and aggression. In that research, boys played a violent or nonviolent video game for 20 minutes and were then observed during free play with another boy. Physical aggression was defined as hitting, shoving, pinching, pulling at clothes, kicking, pulling hair, and throwing or smashing objects. Verbal aggression included threats of physically aggressive acts. These were indeed greater after boys played a violent video game. However, it is not clear whether aggressive-play, in which boys pretend to kick and threaten, was distinguished from genuine threats and aggression. Nor did they examine the various aggressive acts separately, so we do not know whether there was any hitting, shoving, pinching, kicking, or hair pulling with intent to injure. Irwin & Gross (p. 347) write, "*Although specific forms of physical aggression were not measured, review of the video tapes suggested that many of these physically aggressive acts were direct imitations of the behavior modeled by the video game characters. Subjects often engaged in fantasy play, assuming the role of one of the video game characters and pretending to physically harm an evil villain or formidable opponent.*" About the increase in verbal aggression, they write (p. 348) "*apparently much of the verbal aggression toward the confederate during free-play was related to fantasy play.*" In other words, the boys were playing, not fighting.

33.    The Anderson & Dill (2000) studies are also cited as evidence of the effects of violent video games (Anderson ¶ 29, Rich ¶34, 50). Anderson & Dill (2000) examined both the correlates of playing violent video games, and conducted an experiment on the effects of violent video games. In their correlational study, a significant relationship was found between self-reported aggression and exposure to violent video games. This does not mean that video games cause aggression. It may be that aggressive individuals are drawn to violent video games, or that some unknown factor is responsible for both aggressive behavior and attraction to violent video games.

34.    In the experiment by Anderson & Dill, college students played a violent video game (*Wolfenstein 3D)* or a nonviolent game (*Myst*). Women and men played each assigned video game 3 times for 15 minutes per time. The researchers' measure of 'aggressive thoughts' was the time it took to recognize aggressive words (for example,

'murder') flashed on a computer screen. Aggressive thoughts were not measured directly in this experiment, only reaction time to words flashed on a screen.

35.    The average reaction time to aggressive words was faster among those who had played the violent video game. Anderson & Dill interpret this to mean that *"the violent video game primed aggressive thoughts. This result suggests one potential way in which playing violent video games might increase aggressive behavior, by priming aggressive knowledge structures" (p. 786).* Calling the recognition of aggression-related words 'aggressive cognition' and aggressive 'knowledge structures' does not mean that there is any connection with aggressive thoughts, beliefs, intentions or behaviors.

36.    Participants who had played *Wolfenstein 3D* delivered significantly longer noise blasts after lose trials than those who played the nonviolent game *Myst*. There was no effect on the intensity of noise blasts delivered to the 'opponent.' Yet Anderson & Dill conclude, *"Playing a violent video game increased the aggressiveness of participants after they had been provoked by their opponent's noise blast"* (p. 786). Anderson & Dill focus exclusively on the trivial finding that people who played the violent video game depressed a noise button longer than those who played *Myst*, and they ignore the fact that there was no difference in the intensity of noise delivered to the opponent.[4] This is hardly convincing evidence that violent video games cause aggressive behavior.

37.    Do these results justify the need to *"be concerned about the prevalence of violent video games in modern society, especially given recent advances in the realism of video game violence"*? (p. 787). The Anderson & Dill studies do not address the realism of video games, or identification, or the effects of rewards, or attitudes toward conflict resolution. Do players really learn that aggression is the solution to conflict? This experiment demonstrates none of these things.

38.    Experiments that measure hostility and a 'hostile attribution bias' after playing violent video games sometimes find no effects. Anderson & Ford (1986) did not find that university students who played a 'highly aggressive' video game were more hostile than a group that played a less aggressive game. Baldaro et al. (2004) failed to find an increase in hostility following play of a violent video game.

39.    Scott (1995) measured the aggressiveness of university students with the Buss-Durkee Hostility Inventory and the Eysenck Personality Questionnaire. No significant differences in aggressiveness were found between students after playing a nonaggressive, a moderately or a highly aggressive video game. Scott concludes that

---

[4] In contrast, a study using a similar research design by Bartholow & Anderson (2002) found significant effects for intensity of noise blasts but not for duration. In both studies the researchers conclude that violent video games affected aggressive behavior, but they could just as easily have concluded the opposite, since in each study one of these two measures was significant, while in the other it was not.

there is a *"general lack of support for the commonly held view that playing aggressive computer games causes an individual to feel more aggressive."*

40.    Other studies fail to find any significant relationship between playing violent video games and aggressive behavior or adjustment among adolescents (Colwell & Payne,  2000; Durkin & Barber, 2002).

41.    Three studies find an <u>inverse relationship</u> between violent video games and aggressive behavior.  Funk and her colleagues (1999) found no association between a preference for violent video games and any clinical problems.  Boys who played video games <u>low in violence</u> had <u>higher delinquency</u> scores than boys who played more violent video games.  A study in Japan found that a preference for aggressive video games was associated with <u>lower</u> aggression scores, *"and this raises questions for the causal hypothesis"* (Colwell & Kato 2003).

42.    A meta-analysis by Sherry (2001) found an inverse relationship between the amount of time spent playing video games and aggressive behavior -- <u>the more time spent playing violent video games, the less aggression</u>.  Sherry writes, *"The results suggest that playing even the most violent of games for extended times may not increase aggression…. Parents' intuitive reaction to limit playing time may actually be counterproductive, pulling the child from the game at a time when the largest aggressive effects are likely*."  If allowed to continue playing, Sherry implies, the aggression would subside.

43.    In a study by Funk, Buchman and others (2003), playing a violent versus a non-violent game did not affect aggression in a group of 5 to 12 year old boys and girls. Those children who played a violent video game did not differ in either aggression or empathy scores from children who played a nonviolent video game.  Neither was long-term exposure to violent video games associated with aggressive responses to the vignettes.

44.    The first published longitudinal study of violent video games is by Williams & Skoric (2005), who enlisted more than 200 people from 14 to 68 years old who had not previously played online multiplayer role-playing games.  Some of them were randomly assigned to play a violent computer game for at least 5 hours a week for one month.  Pre- and post-play measures included normative beliefs in aggression, and questions about aggressive social interactions (getting into a serious argument).  Based on Anderson's General Aggression Model, the researchers predicted increases in aggressive beliefs and aggressive behavior following one month of play.  *"Despite a robust exposure that averaged 56 hours over the month of the study, the results did not support the hypotheses.  Simple correlations between hours played and the three dependent variables were non-significant… <u>Game play – controlling for gender, age, and time one aggression scores – was not a significant predictor of aggressive cognitions.  Compared to the control group, participants after the experiment were not statistically different in their</u>*

*normative beliefs on aggression than they were before playing the game.  Similarly, game play was also not a predictor of aggressive behaviors"* (p. 226).[5]

45.    In an Australian experiment (Fleming & Rickwood 2001), boys and girls age 8 to 12 years played a violent or a nonviolent video game for 4 minutes.  Measures of arousal, heart rate, and aggressive mood were assessed.  According to the researchers, the results *"offer no support for the hypothesis that children will report more aggressive mood after playing violent video games.  There is also no statistical evidence to support the hypothesis that this effect would be stronger for boys than for girls."*   In fact, they found that *"mood was significantly more positive after playing the violent game than after the paper-and-pencil game."*

## Comparisons of the effect of video games to other media

46.    Research on television violence is sometimes applied to violent video games.  Anderson writes (¶39) that "there are strong theoretical reasons to believe that violent video game exposure could have a stronger impact on the player than violent television or movie exposure:" active involvement, identification with violent characters, reinforcement of violent actions, and greater exposure to the medium.  But he cites no evidence in support of this.  However, in Sherry's (2001) meta-analysis, the effect of violent video games on aggression was smaller than that of televised violence.

47.    As a unique medium, video games differ from television and film not only in their interactivity, but also in the nature of their stories, their open-endedness, and in their ability to satisfy different needs of their users.  Holm Sorensen & Jessen (2000, pp. 120-121) write,

> *"[Interactivity], which is usually described as a problem in relation to violent computer games – the fact that the player himself must conduct violent deeds – actually makes children aware that their actions take place in a fictitious universe.  For children, computer games are in fact 'games' with their own rules.  From an early age, they are aware that these rules do not apply outside the realm of the game, with the exception that children can include elements and rules from the games in their play."*

48.    Thus there are also compelling theoretical reasons to believe that video games may have <u>less</u> emotional impact on players because, in a video game, the player has control over the action and in many cases over the story line.  This sense of control may mitigate any negative effects that video game content might have.

---

[5] Anderson ¶30 claims that one month is not an appropriate period of time for a longitudinal study.  However, Williams & Skoric studied the effects of more than <u>50 hours</u> of play, compared with the average experiment where play is typically less than <u>30 minutes</u>.

*Control as a moderator of videogame effects*

49.     Video games begin, pause and end at the will of the player (with the exception of experiments in which people are compelled to play them).  One of the attractions of video games is the control afforded to players (Grodal, 2000).  Control buffers the reactivity associated with task performance under aversive conditions (Peters, Godaert, et al., 1998; Weinstein, Quigley & Mordkoff, 2002).

## What's missing from experiments on video games?

50.     Criticisms of the methods used in laboratory experiments of aggression have been made many times (for example, Freedman, 2002; Gauntlett, 2001; Ritter & Eslea, 2005; Tedeschi & Quigley, 1996).  For example, the cover stories given to participants about the nature of the experiment and exposing them to violent media could lead participants to give more shock or noise blasts for prosocial reasons (to help the experimenter, for example), and not in order to cause harm.  Ritter & Eslea (2005) suggest that future laboratory aggression researchers should consider: The perceptions and motivations of the aggressor; the apparent distance between the aggressor and the target; the availability of non-aggressive response options; the problems of demand characteristics and permissive cues.

*Play*

51.     Play is a voluntary, self-directed activity (Garvey 1991), an experience that probably cannot be duplicated in a laboratory experiment.  In video game research, the duration of play is too short for anything like the play experience to be replicated.  Being required to play a violent video game on demand for ten or twenty minutes is not 'playing.'  Experimental research does not recognize the fact that people who play violent video games freely engage in play, and are always free to pause or stop.  They enter an imaginary world with a playful frame of mind, something entirely missing from laboratory studies of video games.  One of the pleasures of play is this very suspension of reality.  Laboratory experiments cannot tell us what the effects of playing video games are, because there is no sense in which participants in these experiments are playing video games.

*Intention to harm*

52.     Researchers define aggression as the intention to harm another (Anderson ¶50), but we do not know the intentions of subjects in laboratory experiments (because no one asks them). In observational studies of children's play, it is unclear whether the verbal or physical aggression observed has an injurious intent or whether it is merely play-fighting (Irwin & Gross, 1995).

*The social character of video games*

53.     People play video and computer games in groups, and they talk about games with their friends.  Many boys play violent video games because it is expected of them by their peers, just as many adult men follow sports because it is socially useful to

14

do so. In *Video Kids*, Provenzo (1991, p. 58) notes, *"Pool, pinball, or video games allow a means by which to establish hierarchies of skill and ability, and ultimately leadership."* But participants in experiments are treated as individuals divorced from their social world.

54.    Nearly every media violence researcher says violence is multi-determined, but no attempt is made to put media violence in the context of other risk factors, such as living in a violent household, availability of firearms, or cruelty to animals. How important are media in relation to, or in combination with, these other factors?

### *Might video games help children cope with anger?*

55.    Olson (2004) noted the need for research on potential benefits of violent games for some children and adults. For everyone who may be influenced negatively by violent video games, there may be an equal number of people who use video games to distract themselves from anger, in the same way that an active sport, or counting to 10, can help a person cope with anger or other unpleasant emotions (van Salisch & Bretz, 2003).

56.    Jansz (2005) writes that violent video games provide *"a gratifying context for the experience of emotions. The fact that gamers are largely in control of the game implies that they can voluntarily select the emotional situations they confront. This freedom is attractive for adolescents who are in the midst of constructing an identity. For them, the violent game is a safe, private laboratory where they can experience different emotions, including those that are controversial in ordinary life."*

### Additional comments on declarations submitted in this case

### *Anderson, Murray, and Rich declarations*

57.    The generalizations about the effects of media violence in the statements of Craig A. Anderson (¶ 7, 9, 14, 16, 18, 19, 23, 24), John P. Murray (¶ 8, 9, 16, 17) and Michael O. Rich (¶ 23) are without nuance and demonstrate little understanding of who uses media under what conditions and for what purposes. In presenting a 'scientific' case for the effects of media violence, they overlook inconsistencies in the data, weaknesses in their methods, and alternative explanations for their results.

58.    The generalizations in the declarations of Drs. Anderson, Murray and Rich suggest that anyone exposed to media violence is negatively affected, since they fail to specify or identify differences between individuals that might result in different effects (Anderson ¶15). If this is the case, why aren't researchers themselves affected by their long-term cumulative exposure to media violence? I believe they can tolerate media violence because their exposure serves a higher purpose, namely, the advancement of science. Young people who play violent videogames (may) also have a higher purpose – to learn about a game because their peers talk about it, to become expert in a peer-valued activity, to experience excitement, to distract themselves from pain and suffering. In my professional opinion, people use violent entertainment for their own purposes, and these vary from person to person.

*Additional comments on Anderson declaration*

59.    Experiments that rely on college students as participants may be unable to tell us much about the effects of video games on those who typically play them, or their effects on youth.  Experiments with college students may be uninformative about the effects of video games on young people under the age of 18.  The heavy reliance on college students as subjects in experiments is regarded by some psychologists as a weakness of psychological research that limits its generalizability (Jaffe, 2005).

60.    Anderson implies that there is a dose-response relationship between exposure to violent video games and their aggressive effects, that repeated exposure should result in increased likelihood of aggressive behavior (¶14, 43).  However, in the Sherry (2001) meta-analysis, playing time emerged as a negative predictor of aggression (r = -.19).  That is, the more one played violent video games, the weaker the relation to aggressive behavior.  In studies by Ballard & Lineberger (1999), Scott (1995), and Winkel et al. (1987), the level of aggressive content in video games bore no relation to subjects' aggressive behavior.

61.    In describing the magnitude of media violence effects, Anderson (¶38) and Rich (¶25, 34) compare it to health hazards like smoking and cancer[6].  But more relevant would be the comparison of exposure to media violence and other factors known to affect youth violence – harsh and inconsistent parenting, peer rejection, antisocial peers, the availability of firearms (Ferguson, 2002; Leary et al. 2003; Pettit 2004).

62.    Anderson's response to criticisms of existing research on violent video games (¶46-50) does not address key criticisms.  What Anderson refers to as the better studies in terms of method (¶ 37) still contain significant flaws.  People cannot play on demand.  Using a video game not of your choosing, for 10 or 20 minutes, in an unfamiliar environment has little to do with playing video games.  Whatever it is that experiments

---

[6] A critique of the smoking-cancer : media violence analogy is presented by Ferguson (2002, p. 446):  "*Comparing media violence research with that on smoking is a powerful polemic.... However, it is not clear that research on media violence has reached the no-reasonable-doubt point that was reached by cigarette research. Cigarette smoking was demonstrated to be a necessary and sufficient cause of lung cancer. But is media violence a necessary and sufficient cause of violent behavior? ... 1. Humans are by nature a violent species and may demand violence in their entertainment.  Violent media, then, are not a necessary precursor to violent behavior.  2. Unlike lung cancer, which is rare outside of individuals not exposed to cigarette smoke or other inhaled carcinogens, violent behavior is common in the absence of violent media, whereas many who are exposed to violent media demonstrate no violent behavior.  Violent media, then, are not sufficient to cause violent behavior.  3. The effect sizes of media violence research are small. They account for only a small fraction of the variance in violent behavior.*"  Furthermore, medical research tends to use a double-blind procedure, where the researchers collecting the data are unaware of the study's hypotheses.

are studying it is not 'playing video games.' Some participants in experiments may resent being required to play violent video games.

63.    Anderson has stated (¶7) that media violence research literature is one of the "most well understood (by true experts) in all of social and behavioral science." I presume a 'true expert' (¶ 7) is a psychologist who agrees that the research methods used to date are sufficient to determine the effects of violent entertainment.

### Rich declaration

64.    Rich states that there are more than 2,000 scholarly papers reporting research on violent media, and at least 800 publications in peer reviewed scientific journals (¶ 22), and that meta-analyses have included data from several hundred papers (¶ 24). These are fanciful numbers. Freedman (2002) and Paik & Comstock (1994) could identify fewer than 300 empirical studies of media violence, and meta-analyses of video game research have included around 40 studies.

65.    Rich refers to the American Academy of Pediatrics policy statements on media violence. An editorial in the British medical journal *The Lancet* (1999, p. 525) commented:

> "*It is inaccurate to imply that the published work strongly indicates a causal link between virtual and actual violence. Experts are divided on the subject…. The American Academy of Pediatrics' concerns seem woefully misplaced…. While future research may prove the danger of the media to children, we know already the harm that poverty, abuse, and weapons can have. Forced to choose between facing a teenager holding a firearm or his classmate clutching a video of a Quentin Tarantino movie we would all opt for the latter.*"

66.    Rich (¶ 24) claims that the strongest effects of violent video games were observed in the youngest children, and he cites Griffiths (1999) in support. Here is what Griffiths said of this finding: *"The majority of studies on very young children tend to show that children become more aggressive after playing or watching a violent video game, but these were all based on the observation of free play.*" That is, researchers may be observing children engaged in rough-and-tumble play, and not in aggressive behavior.

### Concerning declarations of Kronenberger, Murray, Rich, and Kalnin on brain studies

67.    I have not been trained in the techniques and theories involved in brain scans and fMRI, and am not competent to comment on the technical aspects of these studies or what implications they may have for understanding youth violence. However, in the course of reading general psychology publications, I have read what others have written about the limits and cautions required in interpreting this research (Cacioppo, 2003; Uttal 2001; Wargo 2005). According to psychologist Carole Wade (in Wargo 2005), neuroimaging research, although undeniably promising, still has a number of

17

methodological and conceptual problems to overcome.  Sample sizes in studies are often quite low, numerous confounds can affect results, and images are often manipulated in arbitrary ways to accentuate or deemphasize differences between brains.  "*Small contrasts can be made to look dramatic, larger ones to look trivial,*" Wade said.  There is little general agreement as to how to interpret results.

### Conclusions

68.    Existing research on violent video games is inconsistent, ambiguous, and insufficient to allow one to draw conclusions concerning the effects of violent video games on the aggressive behavior of young people.   Correlational studies cannot guide us in reaching conclusions about the causal effects of violent video games, and experiments are unable to capture what is most relevant to the discussion, namely, play, the social nature of video games, and aggressive behavior.  Longitudinal studies, although few, have already produced contradictory results (Anderson, unpublished; Williams &  Skoric, 2005).

69.    I remain unconvinced that the evidence to date points to the conclusion that violent video games cause aggressive behavior, and doubt whether the research tools available to social psychologists are capable of providing an answer.  The continued controversy over the effects of media violence in the scientific community attests to the fact that the data are not conclusive.  In my professional opinion the evidence is insufficient to conclude that minors who play violent video games are more likely to exhibit violent behavior or experience feelings of aggression.

# References

Anderson, C.A., &. Dill, K.E. (2000). Video games and aggressive thoughts, feelings, and behavior in the laboratory and in life. *Journal of Personality and Social Psychology, 78*, 772-790.

Anderson, C.A., & Bushman, B.J. (2001). Effects of violent video games on aggressive behavior, aggressive cognition, aggressive affect, physiological arousal, and prosocial behavior: A meta-analytic review of the scientific literature. *Psychological Science, 12*, 353-359.

Anderson, C.A., & Ford, C.M. (1986). Affect of the game player: Short-term effects of highly and mildly aggressive video games. *Personality and Social Psychology Bulletin, 12*, 390-402.

Anderson, C. A., & Morrow, M. (1995). Competitive aggression without interaction: Effects of competitive versus cooperative instructions on aggressive behavior in video games. Personality and Social Psychology Bulletin, vol. 21, 1020-1030.

Ask, A., Autoustinos, M., & Winefield, A. H. (2000). To kill or not to kill: Competitive aggression in Australian adolescent males during videogame play. In C. van Feilitzen & U. Carlsson (Eds.), Children in the New Media Landscape. Goteborg, Sweden: UNESCO International Clearinghouse on Children and Violence on the Screen. (pages 83-92)

Baldaro, B., et al. (2004). Aggressive and nonviolent videogames: Short-term psychological and cardiovascular effects on habitual players. *Stress and Health: Journal of the International Society for the Investigation of Stress*, 20 (4), 203-208.

Ballard, M.E., & Lineberger, R. (1999). Video game violence and confederate gender: Effects on reward and punishment given by college males. *Sex Roles, 41*, 541-558.

Bartholow, B.D., & Anderson, C.A. (2002). Effects of violent video games on aggressive behavior: Potential sex differences. *Journal of Experimental Social Psychology, 38*, 283-290.

Bensley, L., & Van Eenwyk, J. (2001). Video games and real-life aggression: Review of the literature. *Journal of Adolescent Health, 29*, 244-257.

Bloom, R. (2002). On media violence: Whose facts? Whose misinformation? *American Psychologist,*

Cacioppo, J.T., Berntson, G.G., Lorig, T.S., Norris, C.J., Rickett, E., Nusbaum, H. (2003). Just because you're imaging the brain doesn't mean you can stop using your head: A primer and set of first principles. *Journal of Personality & Social Psychology. 85*(4), Oct, 650-661.

Calvert, S.L., & Tan, S. (1994). Impact of virtual reality on young adults' physiological arousal and aggressive thoughts. *Journal of Applied Developmental Psychology, 15*, 125-139.

Colwell, J., & Kato, M. (2003). Investigation of the relationship between social isolation, self-esteem, aggression and computer game play in Japanese adolescents. *Asian Journal of Social Psychology, 6*, 149-158.

Colwell, J., & Payne, J. (2000). Negative correlates of computer game play in adolescents. *British Journal of Psychology, 91*, 295-310.

Cooke, M., & Goldstein, J. (1989). Social isolation and violent behavior. *Forensic Reports, 2*, 287-294.

Cooper, J., & Mackie, D. (1986). Video games and aggression in children. *Journal of Applied Social Psychology,16*, 726-744.

Cumberbatch, G. (2001). *Video violence: Villain or victim? A review of the research evidence concerning screen violence (video and computer games) and violence in the real world*. London: Video Standards Council. www.videostandards.org.uk

Durkin, K., & Barber, B. (2002). Not so doomed: Computer play and positive adolescent development. *Journal of Applied Developmental Psychology, 23*, 373-392.

Federal Trade Commission. (2000). *Marketing violent entertainment to children. Appendix A: A review of research on the impact of violence in entertainment media.* Washington, D.C.: Federal Trade Commission. http://www.ftc.gov/opa/2000/09/youthviol.htm

Ferguson, C. J. (2002). Media violence: Miscast causality. *American Psychologist, 57*, 446-447.

Fleming, M.J., & Rickwood, D.J. (2001). Effects of violent versus nonviolent video games on children's arousal, aggressive mood, and positive mood. *Journal of Applied Social Psychology, 31*, 2047-2071.

Freedman, J. (2001). Evaluating the research on violent video games. Cultural Policy Center. University of Chicago. Available at http://culturalpolicy.uchicago.edu/

Freedman, J. (2002). *Media violence and its effect on aggression: Assessing the scientific evidence.* Toronto: University of Toronto Press.

Funk, J.B., Buchman, D.D., Jenks, J., & Bechtoldt, H. (2003). Playing violent video games, desensitization, and moral evaluation in children. *Journal of Applied Developmental Psychology, 24*, 413-436.

Funk, J.B., Hagan, J., & Schimming, J. (1999). Children and electronic games: A comparison of parents' and children's perceptions of children's habits and preferences in a United States sample. *Psychological Reports, 85*, 883-888.

Funk, J.B., Hagan, J., Schimming, J., Bullock, W.A., Buchman, D.D., & Myers, M. (2002). Aggression and psychopathology in adolescents with a preference for violent electronic games. *Aggressive Behavior, 28*, 134-144.

Gauntlett, David. (2001). The worrying influence of 'media effects' studies. In M. Barker & J. Petley, Ill Effects: The Media/Violence Debate. (2nd ed.) London & New York: Routledge.

Gibb, G.D., Bailey, J.R., et al. (1983). Personality differences between high and low electronic video game users. *Journal of Psychology, 114*, 159-165.

Goldstein, J. (2005). Violent video games. In J. Raessens & J. Goldstein (eds.), *Handbook of computer game studies.* Cambridge, MA: MIT Press. (pages 341-357).

Goldstein, J. (1999). The attractions of violent entertainment. *Media Psychology, 1*, 271-282.

Goldstein, J. (1998). Immortal Kombat: The attractions of video games with violent themes. In J. Goldstein (Ed.), *Why We Watch: The Attractions of Violent Entertainment.* New York: Oxford University Press. (pages 53-68)

Goldstein, J., Cajko, L., et al. (1997). Video games and the elderly. *Social Behavior and Personality, 25*, 345-352.

Goldstein, J., Mantell, M., Derks, P., & Pope, B. (1989). Humor and the coronary-prone behavior pattern. *Current Psychology, 7*, 115-121.

Goldstein, J., Rosnow, R., Raday, T., Silverman, I., & G.D. Gaskell. (1975). Punitiveness in response to films varying in content: A cross-national field study of aggression. *European Journal of Social Psychology*, 5, 149-165.

Graybill, D., Strawniak, M., Hunter, T., & O'Leary, M. (1987). Effects of playing vs. observing violent vs. non-violent video games on children's aggression. *Psychology: A Quarterly Journal of Human Behavior, 24*, 1-8.

Green, C. Shawn & Bavelier, Daphne. (2003). Action video game modifies visual selective attention. Nature, 423, 534-537.

Griffiths, M. (1999). Violent video games and aggression: A review of the literature. *Aggression & Violent Behavior, 4*, 203-212.

Grodal, T. (2000). Video games and the pleasures of control. In D. Zillmann & P.

Vorderer (eds.), *Media Entertainment*. Mahwah, NJ: Erlbaum.

Gunter, B. (1998). *The effects of video games on children: The myth unmasked*. Sheffield, UK: Sheffield Academic Press.

Guttmann, A. (1998). The appeal of violent sports. In J. Goldstein (ed.), *Why We Watch: The Attractions of Violent Entertainment*. New York: Oxford University Press. (pages 7-26)

Holm Sorensen, Birgitte; & Jessen, Carsten. (2000). It isn't real: Children, computer games, violence and reality. In C. van Feilitzen & U. Carlsson (eds.), *Children in the new media landscape: Games, pornography, perceptions*. Unesco.

Holmes, R.M., & Pellegrini, A.D. (2005). Children's social behavior during video game play. In J. Raessens & J. Goldstein (eds.), *Handbook of computer game studies*. Cambridge, MA: MIT Press. (pages 133-144).

Irwin, A.R., & Gross, A.M. (1995). Cognitive tempo, violent video games, and aggressive behavior in young boys. *Journal of Family Violence, 10*, 337-350.

Jansz, J. (2005). The emotional appeal of violent video games for adolescent men. *Communication Theory, 15*, 219-241.

Jaffe, E. (2005). How random is that? American Psychological Society *Observer, 18*, Sept.

Jukes, J., & Goldstein, J. (1993). Preference for aggressive toys. *International Play Journal, 1*, 81-91.

Holm Sorensen, B. & Jessen, C. (2000). It isn't real: Children, computer games, violence and reality. In C. van Feilitzen & U. Carlsson (eds.), *Children in the New Media Landscape: Games, Pornography, Perceptions. Children and Media Violence, Yearbook 2000*. Goteborg, Sweden: UNESCO International Clearinghouse on Children and Violence on the Screen. (pages 119-122).

Kellerman, J. (1999). *Savage Spawn: Reflections on Violent Children*. New York: Ballantine.

Kestenbaum, G.I., & Weinstein, L. (1985). Personality, psychopathology and developmental issues in male adolescent video game use. *Journal of the American Academy of Child Psychiatry, 24*, 329-337.

Kirsh, S.J. (1998). Seeing the world through Mortal Kombat-colored glasses: Violent video games and the development of a short-term hostile attribution bias. *Childhood, 5*, 177-184.

Lancet. (1999). Guns, lies, and videotape. *The Lancet, 354*, 525. [editorial] www.thelancet.com/search.isa

Lager, A., & Bremberg, S. (2005). *Health effects of video and computer game playing: A systematic review of scientific studies.* Stockholm: National Swedish Public Health Institute. www.fhi.se

Leary, M.R., Kowalski, R.M., Smith, L., & Phillips, S. (2003). Teasing, rejection, and violence: Case studies of the school shootings. *Aggressive Behavior, 29*, 202-214.

McCauley, C. (1998). When screen violence is not attractive. In J. Goldstein (Ed.), *Why We Watch: The Attractions of Violent Entertainment.* New York: Oxford University Press. (pages 144-162)

McClure, R.F., & Mears, F.G. (1986). Videogame playing and psychopathology. *Psychological Reports, 59*, 59-62.

Moeller, T.G. (2005). How 'unequivocal' is the evidence regarding television violence and children's aggression? American Psychological Society *Observer, 18* (Sept.).

Newman, J. (2004). *Videogames.* New York: Routledge.

Olson, C.K. (2004). Media violence research and youth violence data: Why do they conflict? *Academic Psychiatry, 28*(2), 144-150.

Peters, M.L., Godaert, G.L., Ballieux, R.E., van Vliet, M., Willemsen, J.J., Sweep, F.C., & Heijnen, C.J. (1998). Cardiovascular and endocrine responses to experimental stress: Effects of mental effort and controllability. *Psychoneuroendocrinology, 23*, 1-17.

Pettit, G.S. (2004). Violent children in developmental perspective: Risk and protective factors and the mechanisms through which they (may) operate. *Current Directions in Psychological Science, 13*, 194-197.

Provenzo, E.F., Jr. (1991). *Video kids.* Cambridge MA: Harvard University Press.

Rhodes, R. (2000). Hollow claims about fantasy violence. *New York Times*, Sept. 17.

Ritter, D., & Eslea, M. (2005). Hot sauce, toy guns, and graffiti: A critical account of current laboratory aggression paradigms. *Aggressive Behavior, 19*, 407-419.

Russell, G.W., & Goldstein, J. (1995). Personality differences between Dutch football fans and nonfans. *Social Behavior & Personality, 23*, 199-204.

Sacher, W. (1993). Jugendgefährdung durch Video- und Computerspiele? [Is there a danger to youth from video and computer games?] *Zeitschrift für Pädagogik, 39*, 313-333.

Savage, J. (2004). Does viewing violent media really cause criminal violence? A methodological review. *Aggression & Violent Behavior, 10,* 99-128.

Schechter, H. (2005). *Savage pastimes: A cultural history of violent entertainment.* New York: St. Martins Press.

Schutte, N.S., Malouff, J.M., Post-Gorden, J.C., & Rodasta, A.L. (1988). Effects of playing video games on children's aggressive and other behaviors. *Journal of Applied Social Psychology, 18,* 454-460.

Scott, D. (1995). The effects of video games on feelings of aggression. *Journal of Psychology, 129,* 121-132.

Sherry, J. (2001). The effects of violent video game on aggression. *Human Communication Research, 27,* 409-431.

Silvern, S.B., & Williamson, P.A. (1987). The effects of video game play on young children's aggression, fantasy, and prosocial behavior. *Journal of Applied Developmental Psychology, 8,* 453-462.

Southwell, B.G., & Doyle, K.O. (2004). The good, the bad, or the ugly? A multilevel perspective on electronic game effects. *American Behavioral Scientist, 48*(4), 391-401

Tedeschi, J., & Quigley, B. (1996). Limitations of laboratory paradigms for studying aggression. *Aggression & Violent Behavior, 1,* 163-177.

Twitchell, J. (1989). *Preposterous violence.* New York: Oxford University Press.

Unsworth, G., & Ward, T. (2001). Video games and aggressive behavior. *Australian Psychologist, 36,* 184-192.

Uttal, W.R. (2001). *The new phrenology. The limits of localizing cognitive processes in the brain.* Cambridge, MA: MIT Press.

van Feilitzen, C. (2000). Electronic games, pornography, perceptions. In C. van Feilitzen & U. Carlsson (eds.), *Children in the new media landscape.* Goteborg, Sweden: Unesco International Clearinghouse on Children and Violence on the Screen. (pp. 9-12).

von Salisch, M., & Bretz, H.J. (2003). Ärgerregulierung und die Nutzung von (gewalthaltigen) Bildschirmspielen bei Schulkindern. [Anger regulation and the use of (violent) electronic games by school-age children.] *Zeitschrift fur Medienpsychologie, 15,* 122-130.

van Schie, E.G.M., & Wiegman, O. (1997). Children and video games: Leisure activities, aggression, social integration, and school performance. *Journal of Applied*

*Social Psychology, vol. 27*, 1175-1194.

Weinstein, S.E., Quigley, K.S., & Mordkoff, J.T. (2002). Influence of control and physical effort on cardiovascular reactivity to a video game task. *Psychophysiology, 39,* 591-598.

Williams, D., & Skoric, M. (2005). Internet fantasy violence: A test of aggression in an online game. *Communication Monographs*, *72*, 217-233.

Winkel, M., Novak, D.M, & Hopson, H. (1987). Personality factors, subject gender, and the effects of aggressive video games on aggression in adolescents. *Journal of Research in Personality, 21*, 211-223.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on October 15, 2005.

Jeffrey H. Goldstein