UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ENTERTAINMENT SOFTWARE
ASSOCIATION, VIDEO SOFTWARE
DEALERS ASSOCIATION, and MICHIGAN
RETAILERS ASSOCIATION ,

    Plaintiffs,

v

JENNIFER GRANHOLM, in her official
capacity as Governor of the State of
Michigan; MICHAEL A. COX, in his official
capacity as Attorney General for the State of
Michigan, et al, and KYM L. WORTHY, in
her official capacity as Wayne County
Prosecuting Attorney,

    Defendants.

No. 05-73634

HON. GEORGE CARAM STEEH
MAGISTRATE JUDGE PEPE

Dennis J. Levasseur (P39778)
Alicia J. Blumenfeld (P67511)
Bodman LLP

Paul M. Smith
Katherine A. Fallow
Kathleen R. Hartnett
Amy L. Tenney
Jenner & Block LLP

Denise C. Barton (P41535)
Attorney for Defendants
Michigan Department of Attorney General
Public Employment, Elections & Tort Div.

### ORDER ACCEPTING RESPONSE

This matter having come before the court upon Defendants' Ex Parte Motion to accept their Response in Excess of the Page Limit, and, the court being otherwise advised;

IT IS HEREBY ORDERED, Defendants' Response to Plaintiffs' Motion for Preliminary Injunction is accepted for filing.

Dated: 10/26/05

               s/George Caram Steeh
               United States District Judge