## INDEX OF EXHIBITS

| Exhibit | Description |
| --- | --- |
| 1 | *Entertainment Software Ass'n v. Blagojevich*, No. 05C4265, 2005 WL 344810 (N.D. Ill. Dec. 2, 2005) |
| 2 | *Video Software Dealers v. Schwarzenegger*, No. 05-04188, ___ F. Supp. 2d ____ (N.D. Cal. Dec. 21, 2005) |
| 3 | Transcript of Testimony of Dr. Craig A. Anderson, *Blagojevich*, 11/15/05 |
| 4 | William Kronenberger, et al., *Media Violence Exposure in Adolescents*, 31 AGGRESSIVE BEHAVIOR 213 (2005) |
| 5 | Transcript of Testimony of Dr. Craig A. Anderson, *Blagojevich*, 11/14/05 |
| 6 | Mark I Singer, et al., *Exposure to Violence, Parental Monitoring, and Television Viewing as Contributors to Children's Psychological Trauma*, Journal of Community Psychology, September 2004, page 489. |
| 7 | Transcript of Preliminary Injunction Hearing |

Detroit_665540_1

dockets.Justia.com