UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ENTERTAINMENT SOFTWARE
ASSOCIATION, VIDEO SOFTWARE
DEALERS ASSOCIATION, and MICHIGAN
RETAILERS ASSOCIATION ,

        Plaintiffs,

v

JENNIFER GRANHOLM, in her official
capacity as Governor of the State of
Michigan; MICHAEL A. COX, in his official
capacity as Attorney General for the State of
Michigan, et al, and KYM L. WORTHY, in
her official capacity as Wayne County
Prosecuting Attorney,

        Defendants.

No. 05-73634

HON. GEORGE CARAM STEEH
MAGISTRATE JUDGE PEPE

Dennis J. Levasseur (P39778)
Alicia J. Blumenfeld (P67511)
Bodman LLP

Paul M. Smith
Katherine A. Fallow
Kathleen R. Hartnett
Amy L. Tenney
Jenner & Block LLP

Denise C. Barton (P41535)
Attorney for Defendants
Michigan Department of Attorney General
Public Employment, Elections & Tort Div.
P.O. Box 30736
Lansing MI 48909
(517) 373-6434

## **STIPULATED ORDER**

      The parties hereby stipulate and agree that Defendants may have until January 23, 2006 to

serve a response to Plaintiffs' Motion for Summary Judgment.

*s/Denise C. Barton*
Michigan Dept of Attorney Granheral
P.O. Box 30736
Lansing, MI 48909

w/consent Paul Smith
601 Thirteenth Street, NW
Twelfth Floor
Washington, DC 20005

1

Phone: (517) 373-6434            (202) 639-0606
Primary E-mail: BartonD@michigan.gov
(P41535)

## ORDER

At a session of said Court, on this 13th day of January, 2006

PRESENT: HON. GEORGE CARAM STEEH
U.S. District Court Judge

This matter having come before this Court upon stipulation of the parties hereto, and the Court being fully advised in the premises:

IT IS HEREBY ORDERED that Defendants shall have until January 23, 2006, to file a response pleading to Plaintiffs' Motion for Summary Judgment.

s/George Caram Steeh
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

Dated: January 13, 2006

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record on January 13, 2006, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Case Manager/Deputy Clerk

2