UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ENTERTAINMENT SOFTWARE ASSOCIATION, VIDEO SOFTWARE DEALERS ASSOCIATION, and MICHIGAN RETAILERS ASSOCIATION, <br><br> Plaintiffs, <br><br> v <br><br> JENNIFER GRANHOLM, in her official capacity as Governor of the State of Michigan; MICHAEL A. COX, in his official capacity as Attorney General for the State of Michigan, et al, and KYM L. WORTHY, in her official capacity as Wayne County Prosecuting Attorney, <br><br> Defendants. | No. 05-73634 <br><br> HON. GEORGE CARAM STEEH <br> MAGISTRATE JUDGE PEPE |

| | |
|---|---|
| Dennis J. Levasseur (P39778) <br> Alicia J. Blumenfeld (P67511) <br> Bodman LLP <br> 100 Renaissance Center <br> Detroit MI 48243 <br> (313) 393-7596 | Paul M. Smith <br> Katherine A. Fallow <br> Kathleen R. Hartnett <br> Amy L. Tenney <br> Jenner & Block LLP <br> 601 Thirteenth Street, NW, Ste 1200 <br> Washington DC 20005 <br> (202) 639-6000 |
| Denise C. Barton (P41535) <br> Jason R. Evans (P61567) <br> Ann Sherman (P67762) <br> Attorneys for Defendants <br> Michigan Department of Attorney General <br> Public Employment, Elections & Tort Div. <br> P.O. Box 30736 <br> Lansing MI 48909 <br> (517) 373-6434 | |

**DEFENDANTS' EX PARTE MOTION TO ACCEPT
RESPONSE IN EXCESS OF THE PAGE LIMIT**

Defendants move this court to accept their Response to Plaintiffs' Motion for Summary

Judgment, in excess of the page limit and say in support:

1.       This is matter of great importance to the State and its public and requires thorough briefing and argument which could not be contained in the allotted 20 pages.

2.       A full discussion of the issues in the Response may further assist the court and the parties narrow the issues that need to be considered at oral argument.

Defendants, therefore, prays the Court grant this Motion and enter its Order accepting the Defendants' Response to Plaintiffs' Motion for Summary Judgment in excess of the 20 page limit.

Respectfully submitted,

MICHAEL A. COX
Attorney General

*s/ Denise C. Barton*
P.O. Box 30736
Lansing, MI 48909
Primary E-Mail: Bartond@michigan.gov
(P41535)

Dated:  January 18, 2006

### CERTIFICATE OF SERVICE

I hereby certify that on January 18, 2006, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing of the following: Defendants' Ex Parte Motion to Accept Response in Excess of Page Limit.

*s/ Denise C. Barton (P41535)*
Dept of Attorney General
Public Employment, Elections & Tort Defense Div.
P.O. Box 30736
Lansing, MI 48909-8236
(517) 373-6434
Email: bartond@michigan.gov