UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ENTERTAINMENT SOFTWARE
ASSOCIATION, VIDEO SOFTWARE
DEALERS ASSOCIATION, and MICHIGAN
RETAILERS ASSOCIATION ,

             Plaintiffs,

v

JENNIFER GRANHOLM, in her official
capacity as Governor of the State of Michigan;
MICHAEL A. COX, in his official capacity as
Attorney General for the State of Michigan, et
al, and KYM L. WORTHY, in her official
capacity as Wayne County Prosecuting
Attorney,

             Defendants.

No. 05-73634

HON. GEORGE CARAM STEEH
MAGISTRATE JUDGE PEPE

Dennis J. Levasseur (P39778)
Alicia J. Blumenfeld (P67511)
Bodman LLP
100 Renaissance Center
Detroit MI 48243
(313) 393-7596

Denise C. Barton (P41535)
Jason R. Evans (P61567)
Ann Sherman (P67762)
Attorneys for Defendants
Michigan Department of Attorney General
Public Employment, Elections & Tort Div.
P.O. Box 30736
Lansing MI 48909
(517) 373-6434

Paul M. Smith
Katherine A. Fallow
Kathleen R. Hartnett
Amy L. Tenney
Jenner & Block LLP
601 Thirteenth Street, NW, Ste 1200
Washington DC 20005
(202) 639-6000

**DEFENDANTS' EX PARTE MOTION FOR LEAVE TO FILE
EXHIBITS IN THE TRADITIONAL MANNER**

    NOW COME Defendants and pursuant to the Electronic Filing Policies and Procedures, seeks leave of this Court to file exhibits in the traditional manner.

The exhibits to Defendants' Response to Plaintiffs' Motion for Summary Judgment cannot be authentically converted to electronic form for the following reasons: One is VHS tape and the other is a CD-ROM.

For the foregoing reasons, the undersigned respectfully requests that this Court grant the leave sought in this motion.

          Respectfully submitted,

          MICHAEL A. COX
          Attorney General

          *s/ Denise C. Barton*
          P.O. Box 30736
          Lansing, MI 48909
          Primary E-Mail: Bartond@michigan.gov
          (P41535)

Dated: January 18, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that on January 18, 2006, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing of the following: Defendants' Ex Parte Motion for Leave to File Exhibits in the Traditional Manner.

          *s/ Denise C. Barton (P41535)*
          Dept of Attorney General
          Public Employment, Elections & Tort Defense Div.
          P.O. Box 30736
          Lansing, MI 48909-8236
          (517) 373-6434
          Email: bartond@michigan.gov