UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ENTERTAINMENT SOFTWARE
ASSOCIATION, VIDEO SOFTWARE
DEALERS ASSOCIATION, and MICHIGAN
RETAILERS ASSOCIATION ,

        Plaintiffs,

v

JENNIFER GRANHOLM, in her official
capacity as Governor of the State of
Michigan; MICHAEL A. COX, in his official
capacity as Attorney General for the State of
Michigan, et al, and KYM L. WORTHY, in
her official capacity as Wayne County
Prosecuting Attorney,

        Defendants.

No. 05-73634

HON. GEORGE CARAM STEEH
MAGISTRATE JUDGE PEPE

Dennis J. Levasseur (P39778)
Alicia J. Blumenfeld (P67511)
Bodman LLP

Denise C. Barton (P41535)
Jason R. Evans (P61567)
Ann Sherman (P67762)
Attorneys for Defendants
Michigan Department of Attorney General
Public Employment, Elections & Tort Div.

Paul M. Smith
Katherine A. Fallow
Kathleen R. Hartnett
Amy L. Tenney
Jenner & Block LLP

**ORDER ACCEPTING RESPONSE  IN EXCESS OF PAGE LIMIT**

This matter having come before the court upon Defendants' Ex Parte Motion to Accept their Response in Excess of the Page Limit, and, the court being otherwise advised;

IT IS HEREBY ORDERED, Defendants' Response to Plaintiffs' Motion for Summary Judgment may be in excess of the page limit, but no more than 30 pages.

1

Dockets.Justia.com

2

IT IS HEREBY FURTHER ORDERED, Defendants' Response to Plaintiffs' Motion for Summary Judgment is accepted for filing.

s/George Caram Steeh  
GEORGE CARAM STEEH  
UNITED STATES DISTRICT JUDGE

Dated: January 20, 2006

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record on January 20, 2006, by electronic and/or ordinary mail.

s/Marcia Beauchemin  
Case Manager/Deputy Clerk