UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ENTERTAINMENT SOFTWARE ASSOCIATION, VIDEO SOFTWARE DEALERS ASSOCIATION, and MICHIGAN RETAILERS ASSOCIATION, | No. 05-73634 |
| Plaintiffs, | HON. GEORGE CARAM STEEH<br>MAGISTRATE JUDGE PEPE |
| v | |
| JENNIFER GRANHOLM, in her official capacity as Governor of the State of Michigan; MICHAEL A. COX, in his official capacity as Attorney General for the State of Michigan, et al, and KYM L. WORTHY, in her official capacity as Wayne County Prosecuting Attorney, | |
| Defendants. | |

| | |
|---|---|
| Dennis J. Levasseur (P39778)<br>Alicia J. Blumenfeld (P67511)<br>Bodman LLP | Paul M. Smith<br>Katherine A. Fallow<br>Kathleen R. Hartnett<br>Amy L. Tenney<br>Jenner & Block LLP |
| Denise C. Barton (P41535)<br>Jason R. Evans (P61567)<br>Ann Sherman (P67762)<br>Attorneys for Defendants<br>Michigan Department of Attorney General<br>Public Employment, Elections & Tort Div. | |

**ORDER ALLOWING DEFENDANTS' TO FILE EXHIBITS
IN THE TRADITIONAL MANNER**

This matter having come before the court upon Defendants' Ex Parte Motion for Leave to File Exhibits in the Traditional Manner, and, the court being otherwise advised;

IT IS HEREBY ORDERED, that Defendants may file their two (2) exhibits referenced in their motion dated January 18, 2006 (one VHS tape and a CD-ROM) in the traditional manner.

1

2

        s/George Caram Steeh
        GEORGE CARAM STEEH
        UNITED STATES DISTRICT JUDGE

Dated: January 20, 2006

## CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record on January 20, 2006, by electronic and/or ordinary mail.

        s/Marcia Beauchemin
        Case Manager/Deputy Clerk