UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ENTERTAINMENT SOFTWARE ASSOCIATION, VIDEO SOFTWARE DEALERS ASSOCIATION, and MICHIGAN RETAILERS ASSOCIATION , <br><br>      Plaintiffs, <br><br> v <br><br> JENNIFER GRANHOLM, in her official capacity as Governor of the State of Michigan; MICHAEL A. COX, in his official capacity as Attorney General for the State of Michigan, et al, and KYM L. WORTHY, in her official capacity as Wayne County Prosecuting Attorney, <br><br>      Defendants. | No. 05-73634 <br><br> HON. GEORGE CARAM STEEH <br> MAGISTRATE JUDGE PEPE |
| Dennis J. Levasseur (P39778) <br> Alicia J. Blumenfeld (P67511) <br> Bodman LLP | Paul M. Smith <br> Katherine A. Fallow <br> Kathleen R. Hartnett <br> Amy L. Tenney <br> Jenner & Block LLP |
| Denise C. Barton (P41535) <br> Jason R. Evans (P61567) <br> Ann Sherman (P67762) <br> Attorneys for Defendants <br> Michigan Department of Attorney General <br> Public Employment, Elections & Tort Div. | |

**INDEX OF EXHIBITS TO DEFENDANTS' MOTION IN OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AND DEFENDANTS' CROSS-MOTION FOR SUMMARY JUDGMENT**

| Exhibit No. | Description |
|---|---|
| 1 | Legislative History, Enrolled Senate Bill No. 416 |
| 2 | Postal II and Grand Theft Auto screen clips on VHS Tape (will be submitted in its traditional manner) |
| 3 | Joint Statement on the Impact of Entertainment Violence on Children, Congressional Public health Summit, July 26, 2000 |
| 4 | Ruben C. Gur testimony in *Patterson v State of Texas* |

| | |
|---|---|
| 5 | Anderson testimony in Illinois litigation pgs. 213, 215-232, 262-264, 267, 270-272, 276-277, 279-280 |
| 6 | Army CD-Rom |
| 7 | Kronenberger testimony in Illinois litigation, pgs. 10-11, 26, 37-53, 68-71 |
| 8 | Kronenberger, *Media Violence Exposure* |
| 9 | GEL lab publication with affidavit |
| 10 | Testimony of Eugene F. Provenzo, pg 3-4 |
| 11 | *Blagojevich* trial transcripts, pp. 22, 25, 63, 266-268, 328. |
| 12 | Legislative History - "Granholm Announces Investigation Reveals Children Have Wide Access to Violent Video Games" – Immediate Release of May 4, 2005 |
| 13 | 2004 FTC Report, pp. 20-28 |
| 14 | ESRB Ratings |
| 15 | Legislative History - Mark I. Singer, et al, Exposure to Violence, p, 499 |
| 16 | *Mut Ins Co of Am v Royal Appliance Mfr Co*, 2004 US App LEXIS 17805 (6th Cir, 2004 (unpublished decision) |
| 17 | *Video Software Dealers, et al v Schwarzenegger*, US Dist ND CA |
| 18 | Funk, *Violence Exposure in real-life, videogames, television* |
| 19 | Anderson 2001 Metastudy |
| 20 | Order Granting Plaintiffs' Motion for a Preliminary Injunction dtd 12/21/05 |

2005/entertainment/opposition mtn-index