# *Entertainment Software – Defendants'*

# *Exhibit 2*

Postal II and Grand Theft Auto screen clips on VHS Tape (will be submitted in its traditional manner)