1          Please raise your right hand.

2      (Witness duly sworn.)

3          THE COURT:  Please have a seat.

4          MR. KASPER:  Your Honor, I'm going to use

5    demonstrative exhibits.  Should I just set it up over there?

6          THE COURT:  Whatever you want to do.

7          CRAIG ANDERSON, PLAINTIFFS' WITNESS, SWORN

8                    DIRECT EXAMINATION

9    BY MR. KASPER:

10   Q    Dr. Anderson, would you please state your name for the

11   record?

12   A    Craig Allen Anderson.

13   Q    And what do you do for a living, Dr. Anderson?

14   A    I am a distinguished professor of psychology at Iowa State

15   University.

16   Q    And how long have you been at Iowa State?

17   A    This is my seventh year at Iowa State.

18   Q    And what did you do before that?

19   A    I was at the University of Missouri Columbia for eleven

20   years, and then I was at Rice University for eight years.  One

21   year of that actually was spent as a visiting faculty member at

22   Ohio State University.

23   Q    Okay.  And, Dr. Anderson, do you have an opinion regarding

24   the relationship between violent video games and aggression?

25   A    Yes, I do.

1    Q    And do you hold that opinion to a reasonable degree of

2    scientific certainty?

3    A    Yes, I do.

4    Q    And what is that opinion?

5    A    Based on all of the research and also to some extent on the

6    much more extensive research literature on television violence,

7    it seems clear that exposure to violent video games increases

8    aggressive behavior, aggressive thinking, physiological

9    arousal, aggressive feelings, and is also associated with a

10   decrease in prosocial behavior.

11   Q    Okay.  And when you say aggression, how do you define the

12   term aggression?

13   A    Aggression in social psychology is defined as behavior that

14   is intended to harm another individual, and the assumption also

15   is that that other individual wishes to avoid that harm.

16   Q    Okay.  And then how do you define violence?

17   A    We conceive of aggression as being along a continuum from

18   fairly mild to very severe, and violence is thought of

19   basically as aggression at the high end of this sort of

20   severity dimension.

21   Q    Okay.  And how do you define aggressive cognition or

22   aggressive thinking?

23   A    Aggressive cognition, aggressive thinking -- we've sort of

24   used those interchangeably -- has to do with in some sense

25   beliefs about aggression, maybe attitudes towards aggression.

1      aggression?

2      A    Yes.  Somewhere around 30 publications on video game or

3      that included discussion of video games and aggression.

4      Q    And how many of those were peer-reviewed?

5      A    Let me think.  It was probably 20 on video games and

6      aggression.  Probably in the low 20s, not 30.  I was thinking

7      media violence.  And of those 20, probably around ten or so in

8      peer-reviewed journals.

9      Q    Thank you.

10            MR. KASPER:  I'm going to tender Defendants' Exhibit

11     Number 4, which is a copy of your C.V.

12            THE COURT:  Is this the same one that's attached to

13     his declaration?

14            MR. KASPER:  Yes

15            THE COURT:  I don't need another one.

16     BY MR. KASPER:

17     Q    Dr. Anderson, would you describe the general aggression

18     model?

19     A    Yes.  A general aggression model is an integration of a

20     number of other theories and data basically relating to the

21     sort of development, learning, instigation, and expression of

22     human aggression.

23     Q    Okay.  And when did you develop the model?

24     A    We started working on that in the early 1990s.  The first

25     publication that's clearly part of that model would have come

1    out in the mid-1990s when we were doing mostly at that time

2    research on temperature effects on aggression.

3    Q    And did you do a study with Dr. Bushman regarding the

4    general aggression model?

5    A    We've developed -- Dr. Bushman has played an important part

6    in a couple of publications very specifically focused on

7    general aggression model.  So has Professor Huesmann at

8    University of Michigan.

9    Q    I'm going to hand you a copy of what has been marked as

10   Defendants' Exhibit Number 5.  This is a copy of an article you

11   published -- it appears in the record -- called Effects of

12   Violent Video Games on Aggressive Behavior, Aggressive

13   Cognition, Aggressive Affect, Physiological Arousal, and

14   Prosocial Behavior that you published with Dr. Bushman; is that

15   correct?

16   A    Yes, that is correct.

17           MR. KASPER:  And the purpose of this, your Honor, is

18   on Page 355 of this article.  The charts that Dr. Anderson is

19   going to be relying on appear in this publication.

20   BY MR. KASPER:

21   Q    Would you briefly explain your general aggression model,

22   Dr. Anderson?

23   A    Sure.

24           MR. KASPER:  Your Honor, may he approach?

25           THE COURT:  You can go down there, if you want, but

 1    you're really going to have to struggle to keep your voice up

 2    because you're soft-spoken, and you're not in front of a

 3    microphone.

 4              THE WITNESS:  It's my allergies.

 5              THE COURT:  Okay.

 6              THE WITNESS:  Very few of my students would say I'm

 7    soft-spoken.

 8    BY THE WITNESS:

 9    A    Okay.  There are sort of two major sort of segments to the

10    general aggression model.  And, again, this is an attempt to

11    integrate social learning theory.

12    BY MR. KASPER:

13    Q    Excuse me.  What is social learning theory?

14    A    Social learning theory is a theory about how people in

15    general, especially children, but adults, as well, learn lots

16    of their behaviors, attitudes, beliefs, and so on by observing

17    events around them, including watching television and so on.

18    Al Bandura is most closely identified with that work, and that

19    theory goes back to the 1960s, actually, some of that work.

20              So, again, the model is an attempt to kind of

21    integrate the insights from social learning theory and a number

22    of other sort of social cognitive theories in this domain,

23    including work by Leonard Berkowitz, who is an emeritus

24    professor at the University of Wisconsin, Ken Dodge and his

25    work on social information processing, and Russ Geen and his

1    work on affect aggression.

2              Again, the idea was to try to pull together a number

3    of theories that really seemed to have many of the same

4    underlying ideas and to try to pull it together in a way that

5    would be useful to researchers as a way of organizing lots of

6    information and lots of theoretical thoughts.

7              What this figure illustrates here, this is what we

8    call an episode, a social episode of some kind, of a social

9    encounter.  And we can start at the top where we talk about

10   what kind of input variables we have, and we have person

11   variables and situation variables.

12             By person variables we mean things that the person

13   brings to the situation with them.  So, it would be their

14   personality traits, their attitudes, their skills, beliefs, and

15   so on, but it would also include temporary mood states, things

16   like that.  Situation variables would include whatever is

17   present in the situation.  So, are there other people around or

18   is this person alone, are they in a bar, are they in a church,

19   have they been recently provoked, have they recently played a

20   violent video game, things like that.  And these variables then

21   combine to influence a person's present internal state, which

22   is represented by cognition, cognitive variables of one kind or

23   another, affects, and arousal.

24             So, if I can get concrete, imagine a situation where a

25   child is in a lunchroom and while carrying their lunch tray,

1   someone bumps into them causing them to spill their milk or

2   juice or whatever it is they're drinking in lunchrooms these

3   days.  One way the person variables can come into play here is

4   some children have this tendency to attribute such ambiguous

5   kind of events to hostile intent on the part of the person that

6   bumped them.  So, there's a tendency for them to say, oh, that

7   was done on purpose, whereas others are less likely to draw

8   that kind of a conclusion, and this happens pretty quickly and

9   automatically.  This is not necessarily a thoughtful process.

10          So, anyway, that can again influence this present

11   internal state.  They may think this person did this on

12   purpose.  They may get angry as a result of that.  And down

13   here at this stage what we're talking about is a host of what

14   we call appraisal and decision processes.  I think appraisal is

15   spelled wrong.

16          THE COURT:  You need two "P"s.  That's okay.  So,

17   you'll get graded down.

18          THE WITNESS:  Yes.

19          MR. KASPER:  The lawyers will note that the mistake is

20   in the original, not in the blowup.

21          THE WITNESS:  That's right.

22          THE COURT:  So much for peer review.

23          THE WITNESS:  That's right.

24   BY THE WITNESS:

25   A    Okay.  Some of these appraisal decision processes occur

1   very quickly without much awareness or thought.  Some take more

2   time and thought.  The idea, though, is that as a result of

3   these processes, at some point some kind of thoughtful action

4   emerges or some kind of impulsive action emerges, which in turn

5   then, of course, influences in some sense the outcome of this

6   social encounter.  But, of course, that's not the end of the

7   story because what happens -- I mean, if a child interprets

8   this bump as intentional and then responds aggressively in some

9   way, then that becomes a provocation that enters into sort of

10  the next part of this continuing interaction cycle.

11          So, the way that aggression or nonaggression sort of

12  occurs here is dependent on, again, person variables, as well

13  as what's going on in the immediate situation.  And in a sense

14  we can think of each time one of these events occurs, it is in

15  some sense a learning trial where one can learn what are the

16  consequences of certain kinds of actions, attitudes, beliefs,

17  things like that.

18  BY MR. KASPER:

19  Q   And will you describe the concept of priming as it relates

20  to that?

21  A   Yes.  Priming in this context refers to the case where

22  certain kinds of situational cues can increase the likelihood

23  or increase the accessibility of certain kinds of thoughts or

24  certain kinds of knowledge structures.

25          Not in a video context, but in a somewhat different

1    aggression context, there's research showing that simply seeing

2    a photo of a gun -- a handgun, a rifle, whatever -- primes

3    aggressive thoughts, that is, it increases the accessibility of

4    aggressive thoughts, and that priming itself can lead to an

5    increase in the likelihood that aggressive behavior will occur

6    sometime fairly shortly after the prime took place.

7    Q    Okay.  And how many of these episodes that you're talking

8    about does a person have every day?

9    A    Well, a lot of these kind of interactions take place very,

10   very quickly.  And so, it could easily be thousands, certainly

11   hundreds, sort of depending on how big a scale you want to

12   draw.

13   Q    And how does repeated exposure to media and video game

14   violence affect long term propensity for aggression?  I think

15   that requires us to move over here.

16          THE COURT:  Let me ask you this.  If using this other

17   chart is going to take more than a few minutes, I'd rather hold

18   it until tomorrow morning.

19          MR. KASPER:  This is probably a good place to stop.

20          THE COURT:  Let's hold it until tomorrow.

21          MR. KASPER:  Okay.

22          THE COURT:  Okay.  We'll be able to start at 9:45.

23   So, I'll see you then.

24          MR. SMITH:  Thank you, your Honor.

25          THE COURT:  This is Mr. Dryjanski.  She wasn't there

1    when we gave the names.  Give your name for the record.

2          MR. DRYJANSKI:  Andrew Dryjanski.  I represent

3    Attorney General Madigan and the Governor.

4          Earlier you had talked a little bit about the motions

5    to dismiss and how you might deal with those after this.  Are

6    you --

7          THE COURT:  No.  I said as part of.

8          MR. DRYJANSKI:  Are you going to hear --

9          THE COURT:  Together with.  I expect people to argue

10   whatever they want to argue at the end of this.

11         MR. DRYJANSKI:  Okay.  Thank you.

12         (Whereupon, the within trial was adjourned to Tuesday,

13         November 15, 2005, at 9:45 o'clock a.m.)

14

15

16

17

18

19

20

21

22

23

24

25

1                    IN THE UNITED STATES DISTRICT COURT
                        NORTHERN DISTRICT OF ILLINOIS
2                             EASTERN DIVISION

3
    ENTERTAINMENT SOFTWARE                )
4   ASSOCIATION, et al.,                  )
                                          )
5                      Plaintiffs,        )   No. 05 C 4265
                                          )
6            v.                           )   Chicago, Illinois
                                          )   November 15, 2005
7   ROD BLAGOJEVICH, et al.,              )   9:45 a.m.
                                          )
8                      Defendants.        )

9

10                      TRANSCRIPT OF PROCEEDINGS
             BEFORE THE HONORABLE MATTHEW F. KENNELLY
11
    APPEARANCES:
12
    For the Plaintiffs:   JENNER & BLOCK, LLC
13                         One IBM Plaza
                           330 North Wabash Avenue
14                         40th Floor
                           Chicago, IL  60611, by
15                         MS. KATHERINE A. FALLOW
                           MS. KATHLEEN R. HARTNETT
16                         MR. DAVID P. SANDERS

17                         JENNER & BLOCK, LLP
                           601 13th Street
18                         1200 South
                           Washington, D.C.  20005, by
19                         MR. PAUL M. SMITH

20
    For the Defendants:   FLETCHER, TOPOL, O'BRIEN & KASPER, P.C.
21                         222 North LaSalle Street
                           Suite 300
22                         Chicago, IL  60601, by
                           MR. MICHAEL J. KASPER

23

24

25

RECEIVED

JAN 2 0 2006

PUBLIC EMPLOYMENT,
ELECTIONS & TORT

224

1              HOGAN MARREN, LTD.
               180 North Wacker Drive
2              Suite 600
               Chicago, IL    60606, by
3              MR. PATRICK E. DEADY
               MS. LAURA C. LIU
4
               OFFICE OF THE ILLINOIS ATTORNEY GENERAL
5              100 West Randolph Street
               13th Floor
6              Chicago, IL    60601, by
               MR. ANDREW L. DRYJANSKI
7              MS. ELLECIA L. PARSELL-BURKE

8              COOK COUNTY STATE'S ATTORNEY
               500 Richard J. Daley Center
9              Chicago, IL    60602, by
               MR. STEPHEN L. GARCIA

10

11
    COURT REPORTER:     LAURA M. BRENNAN
12                      219 South Dearborn Street, Room 2102
                        Chicago, IL    60604
13                      (312) 427-4393

14

15

16

17

18

19

20

21

22

23

24

25

1      (The following proceedings were had in open court:)

2              THE CLERK:  05 C 4265, Entertainment v. Blagojevich.

3              THE COURT:  Well, so much for 9:45.

4              All right, can the lawyers please give your names for

5   the record?

6              MR. SMITH:  Paul Smith for the plaintiffs.

7              MS. FALLOW:  Katherine Fallow for the plaintiffs.

8              MS. HARTNETT:  Kathleen Hartnett for the plaintiffs

9              MR. SANDERS:  David Sanders for the plaintiffs.

10             MR. KASPER:  Michael Kasper for defendant Blagojevich.

11             MR. DEADY:  Patrick Deady for defendant Blagojevich.

12             MR. DRYJANSKI:  Andrew Dryjanski for defendants

13  Madigan and Blagojevich.

14             MR. GARCIA:  And Stephen Garcia for defendant Devine.

15             THE COURT:  Are we ready to resume with Professor

16  Anderson?

17             MR. KASPER:  Yes, we are.

18             THE COURT:  Come on right back up here and we will get

19  going.

20             Do you understand you are still under oath?

21             THE WITNESS:  Yes.

22             THE COURT:  Okay, you can start.

23                   CRAIG ANDERSON, DEFENDANTS' WITNESS

24                        PREVIOUSLY SWORN

25                CONTINUED DIRECT EXAMINATION

1   BY MR. KASPER:

2   Q    Professor Anderson, as you recall yesterday, we were

3   talking about the general aggression model before we broke, and

4   in particular we were talking about this concept of priming.  I

5   was wondering if you could just begin by describing the concept

6   once again.

7   A    Priming is the phenomenon in which some sort of cue in the

8   environment -- it can be a visual cue, auditory, it doesn't

9   matter -- leads to an increase in the accessibility of a

10  particular kind of thought or cognition.

11        So, for example, a photo of a gun for many people

12  automatically primes thoughts about violence.

13  Q    How long does the priming effect take?

14  A    There are kind of different types of priming, some of which

15  take place very, very quickly, less than a second in some

16  cases.

17        In the kind of situation that we are talking about

18  here, exposure to violent video games, it presumably would take

19  somewhat longer, somewhere on the order of maybe 5 minutes, 10

20  minutes, maybe even as long as 15 minutes or so.  But it

21  certainly wouldn't take a really long time.

22  Q    How does that relate to this concept of duration of play

23  that Dr. Williams was talking about yesterday?

24  A    Well, what it really means is that there is no particular

25  reason to expect -- in a short-term experimental context, there

1    is no real reason to expect that the effects of playing a

2    violent versus a nonviolent video game would get bigger over

3    time.

4    Q    Why is that?

5    A    Because the priming would take place and, in some sense,

6    reach maximal level fairly quickly.  No one has really done the

7    studies to see exactly how long in this context is optimal.

8    But certainly 75 minutes, for example, of playing is much

9    longer than what it would be reasonable to expect that priming

10   would require.

11   Q    Turning your attention to the second chart over here --

12   A    Yes.

13   Q    -- how does violent video game exposure affect the

14   long-term propensity for aggression?

15   A    If I may?

16            THE COURT:    That is fine.

17            THE WITNESS:    The top part here that is labeled in

18   this version Repeated Violent Game Playing really contains an

19   awful lot of sort of history of psychological research from

20   several different domains.  Social learning theory is in there,

21   cognitive psychology type processes, developmental processes,

22   and so on.

23            But basically the idea is that what one is really

24   doing is learning different kinds of knowledge structures,

25   rehearsing a particular way of thinking and decision-making,

1   and, in addition, getting reinforced, that is rewarded, for

2   making decisions such as decisions about how to deal with

3   conflict by use of force.

4   Q    So what is a knowledge structure?

5   A    A knowledge structure is sort of a broad label for a

6   variety of kinds of basically variables that are thought to

7   exist internally, things like beliefs, attitudes, perceptual

8   schemata.

9         We can think of knowledge structures as ranging from

10  fairly -- what we might think as fairly simple kinds of ideas

11  such as how do you identify a chair. Well, someone has to

12  learn with experience what a chair is, how to perceive what a

13  chair is, or how does one learn how to read.

14        As Dr. Kronenberger kind of illustrated when he was

15  talking about Stroop effects, where color words are presented

16  sometimes in ink colors that don't match the words, so the word

17  "red" maybe printed in blue, and that turns out to be a

18  difficult kind of task to do because there is a conflict

19  between this automatic reading response. Well, it's automatic

20  in people who have learned how to read.

21        So this kind of a knowledge structure, in this case

22  about what a particular formation of letters and what that

23  means, happens -- takes place over time with practice and

24  eventually gets automatized.

25  Q    You used the word "rehearsal" in the top box there. What

1  types of behaviors are rehearsed in video games, in violent

2  video games?

3  A    In violent video games, you rehearse really the whole

4  sequence.  You rehearse, you practice being vigilant, that is,

5  looking for sources of threat.  You practice identifying

6  sources of threat.  You practice making decisions about how to

7  respond to that threat.  And eventually you actually carry out

8  some form of action, typically a violent action to deal with

9  that threat, clicking a mouse button or something on the

10  keyboard or a pretend sort of gun of some kind.

11  Q    Yesterday Dr. Williams used the term, hostile attribution

12  bias.  Where does that fit into that chart?

13  A    A hostile attribution bias is probably best thought of as a

14  type of fairly high level perceptual schemata, sort of a

15  propensity to see threat, see intentional harm in ambiguous

16  situations where harm may or may not have actually been

17  attendant.

18  Q    And what happens as you go down further in the chart?

19  A    The idea in developmental psychology, personal psychology,

20  and so on is that -- and that is why this model isn't really

21  just a model of video game playing; it is a much more general

22  model than that.

23        The idea is that with practice, these types of

24  schemata, knowledge structures and so on, essentially become

25  more chronically accessible or available for the person to use

1   in situations that seem to fit that particular schemata.

2   Q   Give me an example.

3   A   Well, in terms of, like, hostile attribution bias, someone

4   who has developed this idea that when bad things happen to

5   them, it is probably caused by someone else, this idea of you

6   are looking for threat or, you know, insults or something along

7   that line.

8           What that means is that when one then gets in an

9   ambiguous situation where some kind of harm has been done, that

10  person is more likely to decide very quickly, in some cases

11  automatically, without even realizing they are making a

12  decision, but they are more likely to decide that the harm was

13  intentional.

14          And as a consequence of that, they are more likely to

15  respond, say, to that bump in the lunchroom that we talked

16  about yesterday with some kind of aggressive behavior on their

17  own.

18  Q   How does that relate to the third box?

19  A   Increase in aggressive personality.  Basically these are

20  different ways that one's propensity to behave aggressively in

21  a variety of situations can be increased.

22          One thing I guess I should point out here is the

23  general aggression model does not specifically say that playing

24  a violent video game will influence each and every single one

25  of these.  That actually is an empirical question, and there

1  are studies showing some of these linkages in the video game

2  literature.

3         Again, the general aggression model was designed to be

4  general, not just a media violence model. But the idea, again,

5  is that these kind of rehearsals and practice and so on can

6  lead to an increase in aggressive personality, sort of loosely

7  defined, which in turn then can influence person variables and

8  actually situation variables.

9  Q    What does that mean, the increase in the aggressive

10  personality regarding -- how does that relate to the bottom two

11  boxes?

12  A    Well, there are lot of different ways of measuring

13  aggressive personality, but basically it's usually defined as a

14  tendency to respond more aggressively than what sort of non-

15  aggressive individuals or sort of normal individuals would

16  respond in a variety of situations.

17  Q    And the two boxes down at the bottom, do they equate to the

18  top two boxes on the first chart?

19  A    Yes.  That is actually how one gets from all this learning

20  aspect of the model back to any particular episode is an

21  increase in aggressive personality over time.

22         Well, first of all, that is a person variable, so that

23  any situation that one goes into, they are sort of bringing

24  these now well-rehearsed knowledge structures with them.  So if

25  the situation happens to be one that involves a provocation of

1    some kind or an ambiguous provocation of some kind, it

2    increases the likelihood that the person will interpret it and

3    act on it as if it was an intentional action that requires an

4    aggressive response.

5        It is also the case that as children, for example,

6    become more aggressive, the kind of situations that they find

7    themselves in also tends to change; that is, their social

8    relationships with say, parents, or peers or teachers tend to

9    deteriorate, and so they start interacting with a -- or there

10   is a tendency for them to start hanging out more with other

11   kids who have in some sense become social rejects from the

12   classroom or wherever they are.

13   Q    And you talked also in your research about the concept of

14   pro social behavior.  How does that apply in this situation?

15   A    It's -- that hasn't seen as much research, but there is

16   some research suggesting that if one --

17       Well, let me back up a second.  The one way in which

18   exposure to violent media in general, exposure to violent video

19   games can decrease pro social behavior is through this

20   aggression desensitization box.  And desensitization here

21   really refers to a decrease in negative emotional reactions to

22   violence or scenes of violence.

23       Typically when children and both adults as well see a

24   scene of violence or see someone being injured or in pain or

25   whatever, they have a fairly strong emotional reaction to it.

1  you ever done a meta-analysis involving video games?

2  A    Yes, I have.

3  Q    And when did you do your first meta-analysis?

4  A    The first one was published in 2001 with Brad Bushman, who

5  is now at the University of Michigan.

6  Q    Again, Dr. Williams talked about this briefly, but can you

7  just very briefly describe the meta-analysis?

8  A    Yes.  Basically meta-analysis is a set of statistical

9  procedures used to combine the results of studies of, let's

10  say, the same hypothesis, so that you can get an overall view

11  of what does this research literature in general tend to show

12  us.

13  Q    What were the results of your 2001 meta-analysis?

14  A    The 2001 meta-analysis found that exposure to violent video

15  games was associated with increases in aggressive behavior,

16  aggressive thinking or cognitions, aggressive affect and

17  physiological arousal and was also associated with a decrease

18  in pro social behavior.

19  Q    Have you done any other meta-analyses?

20  A    Yes.

21  Q    When was the next one?

22  A    The next one would have been published in 2003.

23  Q    What was the difference between the second one and the

24  first one?

25  A    One of the things in the 2003 meta-analysis that we did --

1          Well, first of all, there were a few more studies

2    added because a few more studies had come out.  And, in

3    addition, we did a separate breakdown of studies that used

4    participants, I believe it was 18-years-old or younger.

5    Q    What was your finding in the 2003 meta-analysis?

6    A    As I recall, we had essentially the same findings.  If I

7    remember right, there weren't enough studies of physiological

8    arousal that had used younger populations.

9          But the other four effects were essentially the same

10   as in the 2001 meta-analysis.

11   Q    Have you done any other meta-analyses?

12   A    We have in 2004 published an updated meta-analysis.

13   Q    What was the difference between the 2004 and the 2003

14   version?

15   A    One of the key differences is that we went in and

16   identified what we call best practices or violations of best

17   practices in this area and then calculated average effect

18   sizes, basically meta-analysis, for studies that are considered

19   best practices studies versus those that had at least one of

20   these kind of not best practices features.

21   Q    What are some of the best practices?

22   A    One of the best practices features involves, particularly

23   like in correlational studies, using a measure of time spent

24   playing any kind of video game as a predictor variable instead

25   of something that more specifically focused on video game

1   violence exposure.

2   Q    What were the results of that meta-analysis?

3   A    The results were essentially that, when you combine all the

4   studies, that you get significant effects, the same five

5   significant effects, but that those effect sizes are somewhat

6   larger in the best practices studies than they are in the not

7   best practices studies.

8   Q    Yesterday we heard a lot about Dr. Williams' study.    Are

9   you familiar with his study?

10  A    Yes, I am.

11  Q    What were his findings?

12  A    His basic finding was no appreciable change in arguments

13  over the course of this -- over this one-month study as a

14  function of playing what was Asheron's Call 2.

15  Q    Were you surprised by those findings?

16  A    No, not at all, not once I read the methodology.

17  Q    Why not?

18  A    There are a number of problems with that study, one of

19  which is the age, you know, the average age of 27.    You know,

20  would you really expect major changes in personality

21  essentially involving fights and whatnot to occur after playing

22  a violent game for one month?

23          Another problem is all of these participants, or at

24  least it looked like all of these participants, certainly a

25  huge portion of them, are very experienced computer users and

1  A    The measure of aggression is suspect in a couple of ways.
2  One is that measurement of argument is essentially a measure of
3  verbal aggression. At least that is how it would usually be
4  coded in the research literature.

5         And video games typically, for the most part, are
6  modeling physical aggression. And as we have seen in some of
7  the correlational studies, violent video game exposure tends to
8  correlate better with measures of physical aggression than with
9  measures of verbal aggression. So the measure itself is a
10 little bit strange.

11        Using whether or not you had a fight in the last month
12 creates somewhat of a problem, not insurmountable, in some
13 ways, but basically people who had reported that they had been
14 in an argument at time one could not show an increase in
15 aggression across time no matter what. I mean, the most they
16 could do at time two was show that they had another argument.

17        Similarly, we know one of the other measures, argument
18 with a spouse, boyfriend, whatever, but we don't know what
19 portion of the subjects didn't have a spouse, boyfriend,
20 significant other, girlfriend, I mean, whatever the measure
21 was.

22        I guess I would also like to point out that this
23 argument, this whole bit about reliability of measures, you can
24 -- in this dissertation, you essentially have two measures of
25 aggression, and this was arguments with friends, arguments with

1  all is that, again, these are experimental studies, subjects

2  randomly assigned to play a violent game or a nonviolent game.

3  So the effect size depends not only on the characteristics of

4  the violent game, but also on the characteristics of the

5  nonviolent game.

6         They used two very different nonviolent games.  The

7  game that Hoffman used, Sonic 2, actually has some aggressive

8  behavior in it whereas the game that Ballard and Weist used was

9  a game call Corner Pocket that is basically a billiards game.

10  So the studies really aren't comparable at all.

11         And, realistically, if you really want to know what

12  the time course is, what are the time effects, the way to do it

13  is not by comparing studies in some kind of meta-analysis that

14  way because the methods are different, the subject populations

15  are different and so on; the right way to do that is to do a

16  study where you randomly assign people to play either a violent

17  or nonviolent game, and then you have some of them randomly

18  assigned to play the game for 10 minutes and some for 20 and

19  some for 30 and so on.

20  Q   Okay.

21  A   That study hasn't been done.

22  Q   Dr. Anderson, in your opinion, are there characteristics of

23  violent video games that differentiate them from television?

24  A   Yes, there are, and actually Dr. Williams, I believe,

25  talked a little bit about them.

1    One of the big differences is that in a violent video

2    game, you have to identify with the violent -- with one of the

3    violent characters; that is, the character that you control.

4    You in some sense become that character. And that is a little

5    bit different from what happens when watching a t.v. show, not

6    to say that people don't identify with characters, but they

7    don't have to. They don't become that person.

8    Q    Do you rely on any research in making that study?

9    A    Pardon?

10   Q    Do you rely on any research or any authority in making that

11   statement about the identification?

12   A    There is research showing that, in the television violence

13   literature, that children who identify more strongly with

14   aggressive characters tend to show bigger effects of television

15   violence across time.

16   Q    Are there any other characteristics of video games?

17   A    One is, in a video game, as an active participant as

18   opposed to a passive participant.

19   Q    What do you mean by that?

20   A    By that you basically are determining the course of the

21   game. Again, this gets back to you're looking for threats and

22   deciding how to deal with them and deciding how to accomplish

23   whatever goals you have in the game.

24   Q    Are there any others?

25   A    You also get to, or have to, rehearse sort of the entire

1  aggression sequence.

2  Q    What do you mean by that, the entire aggression sequence?

3  A    That goes back to this idea that you are perceptually sort

4  of looking for sources of threat or enemies and making

5  decisions about how to deal with it and then actually carrying

6  out that action.

7  Q    How does that relate to this chart here?

8  A    In a sense what you are really doing is sort of a virtual

9  social encounter. You are practicing all the pieces in the

10  computer world, but you're practicing social behaviors or anti-

11  social behaviors and the decision processes and so on that go

12  along with it.

13  Q    Dr. Anderson, would you please summarize your professional

14  opinion on the effects of violent video game exposure on

15  aggression?

16  A    Yes. Based on all the research literature, based on other

17  theories and data involving personality, cognitive development,

18  and so on, it is my opinion that in fact -- and based on the

19  t.v. movie violence literature as well, that exposure to

20  violent video games increases aggression, increases aggressive

21  thoughts, increases aggressive affect. I am less concerned

22  about increases in physiological arousal, but in terms of the

23  pieces that matter to this case, those are my conclusions.

24  Q    You have used the term "effect size" throughout your

25  testimony. In terms of the effect size of video game violence

1    exposure dissipate fairly quickly?

2    A    No.   This section specifically refers to short term

3    effects.

4    Q    Okay.  Let's turn over then to the next section, which

5    refers to the long term effects.   That would be paragraph 14.

6    And you say there that the most relevant long term effects of

7    repeated exposure to violent media are an increase in

8    aggressive behavior, an increase in positive attitudes,

9    beliefs, and thought processes, and a reduction of normal

10   inhibitions against aggression; is that right?

11   A    Yes.

12   Q    Okay.  So, now, we understand the increase in aggressive

13   behavior.  The other two are effectively mechanisms that lead

14   to an increase of aggressive behavior?  Is that fair to say?

15   A    Yes.

16   Q    And essentially what those are are part of your model over

17   here, the part that reflected how exposure to particular media

18   lead to a more aggressive set of attitudes or beliefs or

19   perceptions about the word, right?

20   A    Yes.

21   Q    Okay.  So, just so I understand it, ultimately all of that

22   part of your testimony, in terms of attitudes and beliefs and

23   perceptions, effectively those are all things which you

24   ultimately say are harmful because those ways of thinking and

25   feeling lead to aggressive behavior; is that right?

1    A    Yes and no.  Yes in the sense that they are what seems to

2    lead to increases in aggressive behavior.  What's less -- I

3    guess the part that I wouldn't necessarily agree with is

4    whether or not that's the only harm.

5    Q    I guess that's what I'm trying to isolate, if I could, so

6    we know what's at stake here, Professor.

7              Is there some long term serious effect of playing

8    video games other than this behavioral effect which you're

9    telling us about that the court should be taking into account?

10   A    If, in fact, one views thinking of the world in a more

11   aggressive kind of way as harmful and getting into more fights,

12   what does that impact -- what impact does that have on other

13   sort of psychological things, presumably there could be other

14   harms, as well.

15   Q    So, just so I understand it, you've now identified in

16   addition to aggressive behavior thinking about the world in a

17   more aggressive way --

18   A    Aggressive cognitions.

19   Q    -- and then the psychological effects of getting into

20   fights?  What did you mean by that?

21   A    Again, this is hypothetical.  We don't have -- well, there

22   is at least one study, correlational study, showing

23   increased -- showing an association between violent video game

24   play and problems, sort of psychological problems.

25   Q    You mean clinical problems?

1    people in your field are about the same on both sides of that

2    line?

3    A    Yes, for the most part.

4    Q    So, that's about a .2 correlation, you said --

5    A    Right.

6    Q    -- is roughly where we are?

7    A    Yeah, roughly.

8    Q    Or about 4 percent of the variance; is that right?

9    A    Four percent of the variance here is a statistical concept.

10   It's not easily translated into understandable terms, but yes.

11   Q    But that is, in fact, the statistical concept.  You square

12   the correlation, and you get the R squared, and that gives you

13   the 4 percent of the variance.  Now, you were about to clarify

14   that that's --

15            THE COURT:  Hang on just one second, Mr. Smith.

16            (Brief pause.)

17            THE COURT:  Go ahead.

18   BY MR. SMITH:

19   Q    That 4 percent of the variance, roughly speaking, doesn't

20   mean that exposure to violent media causes 4 percent of the

21   aggression among people who'd had that exposure, does it?

22   A    Right.  It does not mean that.

23   Q    What it means is if you could somehow -- for example, in

24   the experimental context, if you expose a pool of people to

25   games, either a violent game or a less violent game, and then

1    you give them sort of a test, like the noise blast, you're

2    going to have a vast range of difference in terms of how long

3    they hold that button down or how hard they push it, and of

4    that vast range, only 4 percent of that variation is in any way

5    statistically linked to the fact that they've just either

6    played a violent game or a nonviolent game?

7    A    Yes.

8    Q    96 percent of that variation has to do with something else

9    altogether in what they brought into the room?

10   A    Yes.

11   Q    And, in fact, just so we understand it, if you look at the

12   research overall, in your judgment, if you're trying to predict

13   not immediate aggressive behavior like noise blasts, but long

14   term criminal behavior, serious violence, the effect size is

15   actually quite a bit less than .2; isn't that right?

16   A    If you're trying to predict -- yeah.  It tends to go down

17   the more severe form of aggressive behavior one is looking at,

18   and that would be true of any predictor.

19   Q    Right.  Because it's farther away and because it's a rare

20   event?

21   A    Essentially, yes.

22   Q    Now, just so I understand it, this .1 or -- it's more like

23   .1 for the more serious violence?

24   A    It ranges from about .13 to a little bit larger, but the

25   .13 is one estimate that gets used a lot.

1    A    That is correct.

2    Q    Now, you mentioned a couple of times that there are other

3    kinds of stimuli other than video games that can kind of

4    trigger this GAM model that you have, and I think you've

5    mentioned a couple times that just viewing a picture of a gun

6    can lead somebody in experimental research to be more

7    aggressive?

8    A    Yes, that's true.

9    Q    In fact, you did a study like that and published it, right?

10   A    Yes.

11   Q    And what that illustrates is that there are probably almost

12   an infinite number of stimuli that you could give somebody in

13   one of these experimental situations and show some immediate

14   priming of slightly more aggressive behavior in the aftermath,

15   right?

16   A    Infinite is very big, but yes.  Stimuli that are associated

17   with aggressive thinking.

18   Q    Yes.

19   A    It would be a very large number.

20   Q    So, the fact that you have focused on video games is

21   largely a matter of your choice rather than some suggestion

22   that they're different from the large number of other things

23   that could have exactly the same effect in the experimental

24   context, right?

25   A    Yes.