# EXHIBIT 6 –

# ARMY CD-ROM

# To be supplied in traditional manner

