1          MR. KASPER:  The first witness is William

2   Kronenberger, who is one of the state's --

3          THE COURT:  Is he here?

4          MR. KASPER:  Yes.

5          THE COURT:  Is there a motion to exclude witnesses or

6   is there not a motion to exclude witnesses?

7          MR. SMITH:  There is no motion from us.  They are all

8   experts, your Honor.

9          THE COURT:  So nobody is asking me to do that, okay.

10          So we will start with Dr. Kronenberger.

11          The first thing I have to do is get water.  Come on up

12   here.

13      (Brief interruption.)

14          THE COURT:  Go ahead.

15     WILLIAM G. KRONENBERGER, DEFENDANTS' WITNESS, DULY SWORN

16                    DIRECT EXAMINATION

17   BY MS. LIU:

18   Q   Good morning, Dr. Kronenberger.  Could you state your name

19   for the full record?

20          Could you state your full name for the record, please?

21   A   My name is William George Kronenberger.

22   K-r-o-n-e-n-b-e-r-g-e-r.

23          THE COURT:  Keep your voice up.  Even though there is

24   a microphone, pretend there's not one.

25   BY MS. LIU:

1  Q    Could you give us a brief history of your educational

2  background?

3  A    Yes.  I have a bachelor's degree in psychology from Xavier

4  University.  I have a master's degree in clinical psychology

5  from Duke University where I was a James B. Duke Fellow.

6         I have a PhD in clinical psychology from Duke

7  University as well.

8  Q    Do you have any training in any specialty area of

9  psychology?

10 A    Yes.  I am trained in pediatric psychology, which is the

11 study of children's essentially biology and illness and how

12 that interfaces with behavior in children.

13 Q    Do you have any particular training in any other areas of

14 psychology?

15 A    Well, I did complete an internship as a part of my

16 training, which is -- it is not didactic schooling per se, but

17 you go and you do a practical on-site training.  As part of

18 that internship, I did rotations in pediatric psychology and in

19 neuropsychology.

20        As part of my training in pediatric psychology in

21 graduate school at Duke University, I also did rotations in

22 child clinical psychology and neuropsychology in hospital

23 settings and in pediatric psychology hospital settings.

24 Q    Dr. Kronenberger, where do you presently work?

25 A    I am --

1            MS. LIU:  These are all documents that either have

2       been attached to his declaration, including the declaration, or

3       part of the pleadings.

4            THE COURT:  Okay.  Is there any objection to the use

5       of any of those?  Fine.

6            MS. LIU:  May I approach the witness, your Honor?

7            THE COURT:  That's fine.  No need to ask.  Just go

8       ahead and do it.

9       BY MS. LIU:

10      Q    Dr. Kronenberger, I'm handing you what's been marked as

11      Defendants' Exhibit Number 1.  Would you take a look at the

12      document and let me know if you've seen this before?

13      A    Yes.  This is my declaration.

14      Q    Could you identify for the record what it is?

15      A    This is my declaration, and there's attachments in the

16      back, and I can't say whether they were -- I assume they were

17      part of my declaration before

18            THE COURT:  They were.

19      BY THE WITNESS:

20      A    And should I check to see if all of the key articles are

21      here or -- I mean, it looks like it's the key articles that are

22      here.

23      BY MS. LIU:

24      Q    Now, you mentioned that there's some articles attached or

25      presentations.  Can you just identify for the record what those

 1    into the emotional area because there had also been writing and

 2    research about aggression in emotional areas -- I should say

 3    areas of the brain that were associated with emotional

 4    functioning.

 5            Phase three is experimental study where -- I can talk

 6    about that.

 7    Q   Now, you were involved in the design of -- let's talk about

 8    phase one.  Let's start with phase one.

 9    A   Okay.

10    Q   You were involved in the design of the study?

11    A   Yes.

12    Q   How did your team select subjects?

13    A   We advertised widely.  We wanted to get a broad set of

14    subjects.  We received numerous phone calls, probably in the

15    low one hundreds.  We do a screening process, and the screening

16    process is to make sure that they meet criteria that we set for

17    study entry.

18            So, probably most relevant was we wanted to look at

19    two clinical groups in phase one.  One was again this DBD group

20    which I've talked about before, disruptive behavior disorder.

21    So, these are kids with either oppositional defiant disorder or

22    conduct disorder, which I described earlier.  But we also

23    required that they have what was called aggressive features,

24    and this was one of, I forget, seven or nine criteria that are

25    specified in conduct disorder that we identified as being

1    reflecting aggression.  So, we had that group.  They had to

2    have the DBD diagnosis and the aggressive feature.

3          The other group was the control group, and that group

4    had to have no diagnosis using the Diagnostic and Statistical

5    Manual that's used in psychiatry.  It's called the DSM-IV.  So,

6    they had to have no diagnosis and no visit to a mental health

7    professional in the past three years.  So, those were our two

8    groups.

9          When people called in, we screened them for one or the

10   other, and, as a result, some got screened out, and there's

11   other reasons.  They don't need screening.  Sometimes when they

12   find out the time demands of the study, they say no.  We ended

13   up with 71 participants that actually showed up for a visit.

14   It was a two-visit protocol.  We ended up with 71 that showed

15   up for visit one.

16   Q    How do you screen for this DBD group in your subject

17   selection?

18   A    Well, there's a two-stage process.  When we say screening,

19   what we mean is they call in on the phone, and we hate to have

20   them drive all the way down to find out that they can't

21   participate in the study.  So, there's a very brief screen that

22   takes place on the phone.  We don't really use that in our

23   research.  That's more for the convenience of the subject.

24         Then when they come down, we establish the diagnosis

25   of -- we look at three diagnoses very carefully, ADHD, conduct

1    disorder, and oppositional defiant disorder, and we use a

2    measure called the Kiddie SADS, which is -- it's called a

3    semistructured diagnostic interview.  It's K-i-d-d-i-e S-A-D-S.

4    Actually, K-SADS is another abbreviation for it, which may be

5    easier.

6          The Kiddie SADS essentially takes the diagnostic

7    criteria in the diagnostic manual and operationalizes them so

8    that the individual who's making the diagnosis, they will make

9    a highly reliable diagnosis.  And Kiddie SADS is considered a

10   gold standard of diagnosis.  For example, Kiddie SADS is used

11   in studies when you're looking at disorders and in medication

12   and you're submitting them to the FDA.  So, it's considered a

13   high standard.

14         For all other diagnostic criteria besides ADHD,

15   conduct disorder, and oppositional defiant disorder, we used a

16   questionnaire that essentially has many other criteria from

17   many other disorders, and then when the parents finish

18   completing that questionnaire saying whether they were present

19   or absent, if there were patterns where they said things were

20   present or absent, then we sat down and conducted more of an

21   unstructured clinical interview with them in order to establish

22   whether their report on the questionnaire seemed to fit.  So,

23   that was for the other diagnosis.

24   Q    Now, during the selection process for your subjects, do you

25   control or match for any particular variables?

1    A    Yes.  Well, in phase one and -- well, actually, I believe

2    in all of our studies thus far we have matched for age plus or

3    minus two years, IQ plus or minus a half standard of deviation,

4    which works out to about seven or eight IQ points, and gender,

5    and we match our DBD and control groups on that so that there

6    is not a systematic difference between the DBD and control

7    group.

8         So, as a result, only though 71 might show up at our

9    door at visit one, the amount we use in analysis might be lower

10   because we can't be confident -- of course, you can't know

11   ahead of time that everybody's going to have a match.

12   Q    Do you have to make any assumptions about the subjects that

13   you're selecting?

14   A    Assumptions.

15   Q    About the control group or the DBD group related to your

16   research.

17         THE COURT:  He's wondering what you're looking for.

18   So, be more specific.

19   BY MS. LIU:

20   Q    Do you need to make any assumptions about why you would use

21   the DBD group for this research?

22   A    Well, the reason that we sampled it, yeah.  We're doing

23   high versus low media violence exposure, so the questions were

24   why use the DBD group.  The reason we're doing the DBD group is

25   if you remember our logic of progressing from media violence

1    exposure, aggressive behavior, and brain functioning, we wanted

2    a group that had that aggressive disruptive behavior so we

3    could look at them in the context of the brain functioning

4    studies, as well. There's not a lot of literature out there on

5    fMRI and aggressive adolescents, and so we felt like it was

6    important to include that sample in our research. You know, we

7    also wanted to look at -- we also wanted to see whether

8    aggressive history made any difference in terms of our

9    findings.

10   Q    Now, how do you measure media violence exposure in this

11   experiment?

12   A    We have a measure called the MEM, the media exposure

13   member, M-E-M, and the MEM -- it's a complex measure, but it

14   boils down to essentially six scores that you get at the end

15   point. I should say as long as you all understand that we're

16   simplifying here. But there's six scores. There's a measure

17   of television violence exposure reported by the adolescent in

18   the past week, and we do that by literally taking the

19   adolescent through their past week and asking them exactly

20   which television shows they watched, asking them what they saw

21   on the television shows in terms of different kinds of violence

22   and injury and things like that.

23         We do a similar thing with video games over the past

24   week from the report of the adolescents. You have television

25   past week adolescent report, video game past week adolescent

1       report. Then we ask the adolescents to make an estimate of the

2       past year. So, in general how many hours of television do you

3       watch during the week in the past year. Then we go through the

4       same kind of steps with like the levels of injury or violence

5       on television in the past year. So, then you get an adolescent

6       estimate past year report. You do the same thing with video

7       games. You get an adolescent past year video game.

8              And then we go to the parents, and we ask them for the

9       past year how much violence their adolescent has been exposed

10      to in television, in video game from the parents' perspective.

11      So, you get six measures. Television past week adolescent,

12      video game past week adolescent, television past year

13      adolescent, video game past year adolescent, television past

14      year parents, video game past year parents. So, you have these

15      six indexes. Oh, I should say the reason we don't do past week

16      parent is the past week thing, remember, is like a daily diary,

17      and parents simply don't have that level of knowledge about

18      what their adolescent is doing every minute.

19             Then what we did is we looked at do these -- assuming

20      that there is this thing called media violence exposure, there

21      should be some correlation between some of these, and we used a

22      technique called factor analysis and looked at how well these

23      six things hung together, and what we found was that five of

24      them hung together fairly well, well enough for us to add them

25      together. A sixth one, parent report of adolescent television

1      violence exposure during the past year did not hang together

2      with the first five sufficiently well for us to include it on

3      the media violence measure.

4              I know it's a long explanation, but since it's kind of

5      our measure of media violence, it's kind of important to know.

6      So, it's those six things, but not the sixth, not the parent

7      television violence exposure.  So, we add together the five to

8      get a media violence exposure index.

9              And then in our fMRI studies what we do is we go one

10     step further and we divide the adolescents into high and low

11     media violence exposure by essentially just cutting right down

12     the middle.  Anybody above is high.  Anybody below is low.

13     Mostly that's for convenience of the fMRI results.

14             In the neurocognitive study, which is the Kronenberger

15     one, the statistics that I run, I can just use the media

16     violence exposure index as a continuum, just exactly as we add

17     it together and calculate it.

18     Q    So, you mentioned you use the MEM, the violence index for

19     fMRI when you're doing scanning, and you also use it in the

20     neurocognitive testing?

21     A    Right.  We used it as our measure of media violence

22     exposure.  We don't do it in the fMRI, but yeah.  I mean, we

23     don't do it in the scanner.  You know what I'm saying.

24     Q    What are the tasks that you use in the fMRI scanning?

25     A    In phase one, which again phase one you can think of more

 1    as our phase where we tended to look at frontal lobe

 2    functioning and anterior cingulate functioning.  In phase one

 3    we used what's called a counting Stroop in the scanner, and I

 4    described the Stroop color-word before where the interference

 5    is between the words you read and the color of ink that the

 6    word is printed in.  Well, in the scanner we opted to use

 7    what's called a counting Stroop, which has been used by other

 8    people, too, but -- or versions of it have been used by other

 9    people.

10              THE COURT:  Say again.  A counting --

11              THE WITNESS:  Counting Stroop.

12    BY THE WITNESS:

13    A   So, you still try to get the interference, but --

14              THE COURT:  Stroop.

15              THE WITNESS:  Stroop.  It's not a great -- Stroop

16    basically means you kind of -- it's easier to do one thing, but

17    you got to hold back and do the other.  So, it's easier to read

18    the word, but you got to hold back and do the color.

19              THE COURT:  Okay.

20    BY THE WITNESS:

21    A   The counting Stroop what happens is you might see -- the

22    stimulus might be one, one, one, the numeral one three times,

23    and you have to push a button corresponding to three.  And then

24    it might be two.  So, the numeral two, but it's only one time.

25    You have to push a button corresponding to one.

1           The easier task, obviously, when you see a numeral is

2      just to name the numeral, but in the counting Stroop, in the

3      key part of the task, what happens is you have to push the

4      button that's for the harder thing to do, which is say the

5      number of numerals that you see.

6           THE COURT:  How many times you've seen it, in other

7      words.

8           THE WITNESS:  Well, it's how many numerals are there.

9      So, if it's two, two, two, the answer is three, not two.

10          THE COURT:  Got it.

11     BY THE WITNESS:

12     A    And what you'll find is some subjects will hit two because,

13     you know, that's kind of like "Two.  Oh, sorry," you know.

14     "That was a mistake."  Because again the easier response is the

15     numeral identification.  So, we use the counting Stroop.

16          As an aside, the reason we use the counting Stroop in

17     the scanner is people are pretty good at identifying one, two,

18     and three with certain fingers, but red, green, and blue don't

19     go with fingers quite as easily.  It's not that you can't do it

20     in the scanner, but it's not as intuitive, and our concern was

21     that we would get other patterns of brain activation that might

22     interfere with our results a bit.  You can still do it, but,

23     anyway, we like the counting Stroop better.

24          So, that was one of our measures that we used, and

25     that was what was used in the Matthews study.  What we used in

1    the Wang study, which was a presentation -- and I should say

2    I'm calling them different studies, but you're talking about

3    the same project.

4    BY MS. LIU:

5    Q    We're still on phase one.

6    A    Phase one.

7         In the Wang study it was a little bit different.  We

8    used a comparison of two video game -- simulated video game

9    play, basically.  We couldn't have the subjects play the video

10   game in the scanner because of the technology.  You can't have

11   metal, you know, in a real powerful magnetic field.  It

12   interferes with the magnet, and it can be dangerous.  And so,

13   they've made some joysticks that you can get in there, but we

14   weren't comfortable and actually at the time we ran this data

15   may not have even had them yet.  So, we tried to find the best

16   way we could to simulate video game play.

17        The other thing that we wanted to make sure happened

18   was that everybody did the same video game while they were in

19   the scanner.  Of course, the only way to do that is to have

20   some videotape that you run.  So, when I call it video game

21   play, I should clarify.  I hate to make mistakes or be inexact.

22   I really don't mean video game play.  I mean simulated video

23   game play.  It wasn't just video game watching because what we

24   told them was you're going to see a video in the scanner, and

25   it's either going to be a James Bond video game, which is a

1       first person shooter game where you go through these kind of

2       hallways and you shoot people, and or it's going to be a car

3       racing game, which is kind of a competitive racing game. And

4       we told them we want you to watch it, but we also want you to

5       simulate play. We want you to push a button if you want to

6       shoot. We want you to push a right or left button if you want

7       to turn. Again, I freely acknowledge that, you know, it's

8       simulation and not actual play. On the other hand, the fact

9       that we had them doing something we felt was more accurate than

10      just having them watch the video game play. So, that was the

11      Wang study.

12              And what we did was we subtracted out the activation

13      during the James Bond game from the activation during the car

14      racing game because otherwise you end up with -- you know, you

15      don't know if it's video games in general or whatever. You try

16      to match them as closely as you can.

17              I should say in the Stroop task you do the same thing.

18      So, even though you have the one, one, one or two, two, you

19      have a subtraction task where -- because they also have to

20      watch or push buttons, you have a subtraction task, and for

21      that it's just X, X or X, X, X. So, there are no numerals, but

22      they're just responding to the number.

23              THE COURT: Pause for a second.

24              THE WITNESS: I'm sorry.

25              THE COURT: When you say in the scanner, what does

1   this equipment look like?  Physically what's it like?

2              THE WITNESS:  It looks just like an MRI.  So, it's a

3   tube.

4              THE COURT:  It's a tube.

5              THE WITNESS:  They lay down on a -- kind of a moving

6   table.  Different fMRIs are done different ways.  In our fMRI,

7   they have like a prism where we can show things on a computer

8   screen and -- a mirror, you know, and they can see it on the

9   mirror, and then we watch the computer screen so we can, you

10  know, make sure that the task is actually going on.  And then

11  there's like this -- their hand is down, and it's on like a pad

12  where they can push buttons.

13             THE COURT:  So, in other words, the person is prone,

14  as they would be in a normal MRI test.

15             THE WITNESS:  Absolutely.

16             THE COURT:  And what they're seeing, they're seeing it

17  on a mirror that's reflecting a computer screen, and they've

18  got some sort of a keypad at their hand that they're using to

19  push as you described.

20             THE WITNESS:  That's exactly what happens.  And while

21  the -- I mean, it is an MRI.  There's like computer programming

22  and physics, and this is why I work with a team.

23             THE COURT:  I just wondered if it was a different type

24  of device altogether.  Okay.  Go ahead.

25  BY MS. LIU:

1    Q    So, in your MRI study, what are you looking for when you're

2    scanning the brain?

3    A    So, we wanted to look at two things in phase one.  As a

4    first part of our studies, looked at differences between the

5    control group and the disruptive behavior disorder group to see

6    if we were getting differences in brain activation between a

7    group that was known not to have aggressive behavior and a

8    group that was known to have persistent aggressive behavior,

9    and we looked in candidate brain regions that we had identified

10   based on our earlier understanding, and in phase one those

11   candidate brain regions were the dorsolateral prefrontal cortex

12   and the anterior cingulate cortex.  If it's too inconvenient,

13   I'll spell them out every time, but DLPFC is dorsolateral

14   prefrontal cortex, and ACC is anterior cingulate cortex.

15        So, we compared control and DBD groups on their

16   activation in those regions.  And I should say if I say

17   functioning, what I mean is activation.  This is essentially

18   based on that blood oxygen level thing that I talked about

19   before.

20        So, you have these two groups.  You're comparing them

21   on their functioning.  You have these candidate regions that

22   have been shown in other studies of aggression and brain

23   functioning to be potentially important areas associated with

24   differences between groups.

25

1          Then the second level of differences is high versus

2     low media violence exposure. So first we look at control

3     versus DBD to help us understand the brain regions. Then we

4     look at high versus low media violence exposure.

5     Q    Why are you choosing the dorsolateral prefrontal cortex and

6     the anterior cingulate cortex?

7     A    There are two regions -- two reasons.

8          One reason is that individuals who have summarized the

9     literature on brain functioning and aggressive and violent

10    behavior have said the prefrontal cortex, including the

11    anterior cingulate cortex, is an important region of the brain

12    in this type of behavior. It tends to be associated --

13    actually lower activation or deficits or injuries to that

14    region tend to be associated with aggressive or violent

15    behavior.

16         They also identify some regions that they think are

17    more related to emotional functioning or anger. Now, that

18    wasn't the purpose of phase one, but I can talk about that when

19    we get to phase two.

20         So the prefrontal cortex is a large area. The

21    anterior cingulate cortex, you know, is an area. And then you

22    design, you know, tasks that you think your subjects can do and

23    that you think are good tasks for them to do in the scanner and

24    that relate to the real world.

25         So we chose the Stroop because it had been widely

1   used, it related to real world behavior, you know, and we knew
2   from prior study that the Stroop tended to result in
3   activations of the anterior cingulate cortex and a subregion of
4   the prefrontal cortex called the DLPFC. Now, there are other
5   regions of the prefrontal cortex, but we did not expect -- this
6   is based --

7           Actually I do mean we, the team, did not expect based
8   on our experience that we would see activation broadly outside
9   of the dorsolateral prefrontal cortex and the anterior
10  cingulate cortex. So those were our regions of interest within
11  the broader prefrontal cortex.
12  Q   If we just look at what the results from the published
13  finding under the Matthews 2005 article were, can you tell me
14  what were the findings?
15  A   Yes. In Matthews 2005, and, again, that was the study that
16  used the counting Stroop, when we did the first comparison of
17  controls compared to DBDs, we found activation of the anterior
18  cingulate cortex, the ACC, and activation of the left
19  dorsolateral prefrontal cortex in the control group.

20          In the dorsolateral prefrontal cortex, the key areas
21  there are the middle frontal gyrus and the inferior frontal
22  gyrus. These are two key areas of the dorsolateral prefrontal
23  cortex. So you have the dorsolateral prefrontal cortex and
24  then subareas, the middle frontal gyrus, inferior frontal
25  gyrus. That was in the controls.

1        In the DBD group, we did not find the anterior
2   cingulate activation.  We found activation on both sides of the
3   brain bilaterally of the middle frontal gyrus.  So this is a
4   part of the dorsolateral prefrontal cortex.

5        Now, based on prior research and our expectations, our
6   interpretation of that was that the control sample showed
7   increased activation in the anterior cingulate cortex and in
8   certain important regions of the dorsolateral prefrontal
9   cortex; namely, the inferior frontal gyrus that was different
10  from the DBD group.

11       So then we looked at high versus low media violence
12  exposure.  In that article really our focus was on -- we
13  decided to focus on control, the control sample with high
14  versus low media violence exposure.  There are a few reasons
15  for that.

16       Actually we also did look at all high versus all low
17  media violence exposure, but if you look at all high and all
18  low media violence exposure, while it is an important
19  comparison, in your low media violence exposure group, you are
20  going to have some kids that have DBDs and are aggressive.  So
21  you have -- you just have to be aware that you have got kind of
22  a mix of people there.

23       If you use your control sample, you know that you have
24  an all nonDBD group.  Then you can compare high and low media
25  violence exposure within the control group.  When we did that,

1  we found that the low media violence exposure control group
2  showed activation in the anterior cingulate cortex, ACC, and
3  the left inferior frontal gyrus, that part of the dorsolateral
4  prefrontal cortex.

5        That matched up to a large extent the increased act-
6  -- or the activation of the anterior cingulate cortex and the
7  activation of the left inferior frontal gyrus matched up with
8  what we had seen in controls and we didn't see that in DBDs.

9        When we then turned our attention and looked at the
10  controls with high media violence exposure, we found that they
11  showed activation in the left middle frontal gyrus.  Again,
12  that is a part of the dorsolateral prefrontal cortex, but it's
13  the part also that we saw activation in the DBD sample.

14        So in terms of -- you know, you start a study, you
15  have your expectations, your candidate areas, you're looking.
16  You might get exactly what you expect and you might have some
17  deviations.

18        And so to kind of characterize it, where do we get
19  exactly what we expected?  Anterior cingulate cortex, we found
20  low media violence exposure and controls associated with
21  anterior cingulate cortex activation.  That was consistent with
22  that line of reasoning that I talked about.

23        We also found for a key region of the dorsolateral
24  prefrontal cortex; namely, the inferior frontal gyrus -- we
25  found low media violence exposure and controls associated with

1  your studies with your IU research team.

2  A    Correct.

3  Q    Can you describe what the hypothesis that you set out to

4  test in that phase was?

5  A    Yes. I alluded to these -- our literature view and

6  background knowledge had -- we had looked at media violence

7  exposure and aggressive behavior and then aggressive behavior

8  and brain functioning and looking at the parts of brain

9  functioning that were associated with aggressive behavior. The

10 parts of brain functioning that were associated with aggressive

11 behavior, one group had been the prefrontal cortex that we had

12 looked at in phase one.

13          The other group of structures were brain structures

14 that had been hypothesized and it had been suggested that they

15 were associated with emotional functioning and in particular

16 what we call threat arousal stimuli. And these parts of the

17 brain have been grouped under the name limbic system,

18 l-i-m-b-i-c, system.

19          And the particular area that has been talked about

20 quite a bit is the amygdala, a-m-y-g-d-a-l-a.

21          And the amygdala has been talked about as sort of a

22 threat processing or as important in threat processing. And

23 there is research that shows amygdala activation in situations

24 that involve threat or when stimuli are presented that involve

25 fear or distress or negative emotion. So we wanted to look at

1  those regions of the brain.

2        In order to do that, we developed a paradigm called

3  emotional Stroop.  So here we have Stroop again, but this one

4  is different.  In emotional Stroop, we have the colors, okay,

5  and unlike counting Stroop where we had an easy way to do

6  numbers, we had to go to colors at this point.

7        In emotional Stroop we had colors, and there were

8  words that were printed in different colors.  And in the

9  activation part, or the part that we were looking at, the words

10  were things that involved aggression or harm, things like hit,

11  kill, murder, rape, so words that would connote that.

12        In the --

13        Now, remember, you always subtract out a control

14  condition from the -- so they are still doing color naming, but

15  the control condition was verbs that were not aggressive: run,

16  jump, things like that.  So in one part of the test they would

17  have these aggressive words, and in the other part of the test,

18  they would have these nonaggressive verbs.  Their task was to

19  say what color of ink the word was printed in.

20        And our expectation was that because those aggressive

21  words would involve aggression, threat, that we would see

22  activation in the limbic system and, again, in particular the

23  amygdala.

24        Now, I should say this is phase two.  So this is a new

25  sample.  Everything that I have been talking about up until now

1   was phase one. In phase two we recruited a whole new sample of

2   adolescents. Essentially the DBD control, the recruitment

3   procedure, et cetera, for all intents and purposes was the

4   same, but we are doing emotional tasks. When we did the

5   emotional Stroop in the scanner, what we found --

6        And, again, remember you start with comparing control

7   and DBD. We found that the control group showed activation of

8   the anterior cingulate cortex, and I believe also the

9   dorsolateral prefrontal cortex. The DBD group showed increased

10  activation of the amygdala.

11       Actually I have been talking about so many studies, if

12  you don't mind, I am going to refer to this just to keep me on

13  point, if that is all right.

14       Do I need to say the Matthews study?

15  Q   Just for the record, you know, which?

16  A   I am looking in my declaration at the back here where --

17  Q   Are you referring --

18  A   I am sorry, Kalnin.

19  Q   The Kalnin 2005 paper?

20  A   Yes.

21  Q   It's attached to your declaration.

22  A   And this is a paper presentation out of phase two, right.

23       So the first comparison, again, controls and DBDs.

24  The DBDs show more activation in the amygdala which, again, is

25  one of those limbic, l-i-m-b-i-c, system structures, and the

1   parahippocampal, p-a-r-a-h-i-p-p-o-c-a-m-p-a-l, gyrus, which is

2   another structure that I believe is part of the limbic system.

3   My interest was more in the amygdala.

4          Individuals with high media violence exposure when

5   they did those tasks also showed activation of the

6   parahippocampal gyrus and the amygdala, and individuals with

7   low media violence exposure did not. They showed dorsolateral

8   prefrontal cortex activation.

9   Q    Now, even though --

10  A    I do have to say, as I look at this, I don't see Kalnin

11  reporting the ACC and DLPFC activation in the control group on

12  this presentation. So I may be going from recollections of our

13  discussions or I may be in error. I believe he has submitted

14  his own declaration that people can refer to to see what he

15  says.

16  Q    Does this emotional Stroop task, in particular phase two

17  test, are these results consistent with any of the phase one

18  findings even though it is a different paradigm?

19  A    In terms of the fact that the individuals with high media

20  violence exposure showed a pattern of brain functioning -- a

21  pattern of brain activation, I should say, in amygdala and

22  parahippocampal gyrus regions that was similar, the high media

23  violence exposure and the DBD groups showed similarities there.

24          Remember, that was a pattern of similarities that we

25  had also seen in our phase one studies. I think it is

 1  important to remember that this is sort of the -- one of the
 2  kind of down-the-line results that you look at. It is not like
 3  we just kind of took brains and said, wherever they are
 4  similar, that's what we are going to say.

 5        Remember, this is built on a mountain of other
 6  research and theory that had us looking in certain candidate
 7  brain regions that were associated with certain things. And
 8  people were saying, you know, when you do this certain task,
 9  you get activation of this certain brain region, not just some,
10  well, we are going to look generally within the brain and
11  wherever they both show activation. So there is a progression
12  from the literature to a theory to then actually looking at the
13  brain functioning.

14  Q   Now, you indicate that there has been support or literature
15  for the fact that there is certain activation in an area when
16  you look at that brain area and associate with a task. Is that
17  exclusive of all other areas that could be activated?
18  A   No. When I say "certain," what I mean is a long time ago,
19  there was this discussion about whether, you know, different
20  brain areas can have certain functions or whether the whole
21  brain was involved in everything.

22        And what I am saying is that there is a certain task
23  that you do in the scanner, and then you look at a certain
24  brain area for activation, and you choose that brain area based
25  on a theory. And then you have this theory, and then you look