Entertainment Software Association et al v. Granholm et al — Doc. 49 Att. 10
Case 2:05-cv-73634-GCS-SDP   Document 49-11   Filed 01/23/2006   Page 1 of 4
11/10/2005 10:21 FAX 916 324 5567    Att Gen Office-16th Flr    @002

1  BILL LOCKYER
   Attorney General of the State of California
2  LOUIS R. MAURO
   Senior Assistant Attorney General
3  CHRISTOPHER E. KRUEGER
   Supervising Deputy Attorney General
4  SUSAN K. LEACH
   Deputy Attorney General
5  ZACKERY P. MORAZZINI, State Bar No. 204237
   Deputy Attorney General
6   1300 I Street, Suite 125
    P.O. Box 944255
7   Sacramento, CA 94244-2550
    Telephone: (916) 445-8226
8   Fax: (916) 324-5567
    Email: Zackery.Morazzini@doj.ca.gov
9
   Attorneys for Defendants
10 Governor Arnold Schwarzenegger and
   Attorney General Bill Lockyer
11

12                    IN THE UNITED STATES DISTRICT COURT

13                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

14                              SAN JOSE DIVISION

15
   VIDEO SOFTWARE DEALERS and            CASE NO. C 05 4188 RMW RS
16 ENTERTAINMENT SOFTWARE ASSOCIATION,
                                         DECLARATION OF ADAM
17                        Plaintiffs,    KEIGWIN

18        v.

19 ARNOLD SCHWARZENEGGER, in his official
   capacity as Governor of the State of California;
20 BILL LOCKYER, in his official capacity as
   Attorney General of the State of California; et al.,
21
                          Defendants.
22

23

24      I, ADAM KEIGWIN, declare as follows:

25      1.  I have personal knowledge of the following and if asked to testify thereto could do so

26 competently. I am presently employed as a Special Assistant to Assembly Member Leland Yee.

27 I have held this employment since October of 2003. As part of my employment I regularly attend

28 committee hearings on bills authored by or of interest to Assembly Member Yee. I also handle

KEIGWIN DECLARATION                                        VSDA v. Schwarzenegger, et al.
                                                           Case No. C 05 4188 RMW RS

1

1  all communication and media matters for Assembly Member Yee.

2. I was personally present on February 19, 2005, at the Assembly Judiciary Committee hearing on AB 450. At the request of Assembly Member Yee, the video tape titled "Video Game Violence Sampler TRT: 5min.," [sic] which I provided to the Committee on behalf of Assembly Member Yee, was played for the members present at the hearing.

3. On or about October 25, 2005, Zackery Morazzini personally appeared at Assembly Member Yee's office at the State Capitol where I am employed. I personally delivered to Mr. Morazzini a true and correct copy of the video tape played at the February 19, 2005, Assembly Judiciary Committee hearing on AB 450, titled ":Video Game Violence Sampler TRT: 5min."

I declare under penalty of perjury that the foregoing is true and correct, executed this 10 day of November, 2005, at San Francisco, California.

ADAM KEIGWIN

10203019.wpd

KEIGWIN DECLARATION

VSDA v. Schwarzenegger, et al.
Case No. C 05 4 88 RMW RS

2


# Games for Entertainment & Learning (GEL) Lab

The mission of the Games for Entertainment and Learning (GEL) Lab at Michigan State University is to design innovative prototypes, techniques, and complete games for entertainment and learning and to advance state of the art knowledge about social and individual effects of digital games.

The GEL Lab is an association of game research and design faculty and students at Michigan State University, primarily in the College of Communication Arts and Sciences.

### Lab Directors

**Brian Magerko**
Asst. Professor of Telecommunication

**Brian Winn**
Asst. Professor of Telecommunication

### Lab Principal Investigators

**Brad Greenberg**
University Distinguished Professor

**Carrie Heeter**
Professor of Telecommunication

**Bill Punch**
Professor of Computer Science

**John Sherry**
Asst. Professor of Communication

**Ron Tamborini**
Professor of Communication

**Ethan Watrall**
Asst. Professor of Telecommunication

**Rene Weber**
Asst. Professor of Communication



**Life Preservers** is a National Science Foundation funded learning game created to meet educational, game design, and research goals. The game is designed to teach middle and high school science standards on adaptation and evolution, to appeal to girls, and to accommodate competitive and exploration play styles.



**Interactive Drama Architecture (IDA)** is an ongoing research project in the issues involved in creating an interactive drama. IDA's uses a real-time story director agent, which coordinates the game world in response to authored story content, player actions in the world, and an intelligent hypothesis of future player behavior.



**The Fantastic Food Challenge (FFC)** contains a series of digital games designed to teach key concepts from basic food-nutrition curricula in a fun, engaging manner, thereby increasing the participants' interest and motivation in learning. FFC is being used in research to test the efficacy of various health care information delivery approaches.



**Interactive Storytelling Architecture for Training (ISAT)** explores artificial intelligence techniques for providing individualized training experiences in a dramatic setting using computer game technology. ISAT dynamically alters the game environment to provide training content that is tailored to the individual trainee's needs.



**Mudcraft** is a real-time strategy game that foregoes the violence associated with most RTS games. Mudcraft illustrates it is possible to create games with greater quality and complexity than those found on the web today and the Internet is a viable delivery medium for independent games which explore new aspects of current game genres.



**The Cognitive Games** project goal is to create and research a series of web-based computer games designed to exercise various cognitive functions (attention, memory, language, visual/spatial functions, executive functions) for individuals hoping to preserve neurocognitive functions as they move from middle to late adulthood.



**Virtual Beijing** simulates a first business trip to Beijing, China. It utilizes the advantages of digital games, such as engagement, motivation and interactivity to teach players crucial information about business travel to China.

**Playtester Insights About Play Styles.** Interviews are being conducted with 25 experienced playtesters of commercial and educational games to collect and synthesize anecdotes and insights about player types and play styles.

**Video Game Player Types and Quality Indicators.** Player motivations that define player types and video game evaluation criteria are integral to understanding video game players. By linking specific player types to quality indicators, both researchers and developers will gain key insight into what is important to different groups of people and how games may affect these groups differently.

**Does Playing Violent Video Games Incite Aggression?** This study aims to advance the media effects debate concerning violent video games. In a novel, event-related functional magnetic resonance imaging (fMRI) study, 13 male research participants were observed playing a latest-generation violent video game. We discuss the applicability of neuroscience methodology in media effects studies, with a special emphasis on the assumption of virtuality prevalent in video game play.

**FUGA** is a European Commission funded project on the human experience of video game enjoyment.

**Mobile, Alternate Reality Games and Learning.** Mobile phone-based alternate reality games and simulations using SMS and mobile phone cameras are being developed to enhance and expand informal science learning activities for field trips to the Michigan 4H Children's Garden and to study their impact on child engagement and learning.

**Girls as Game Designers.** This suite of studies, funded by the National Science Foundation, looks at gender and games through quantitative and qualitative research including 1) observational data of game play attitudes and play style, 2) content analysis comparing games envisioned by girls and boys, and 3) an experiment to test whether girls and boys prefer games designed by others of their same gender, even if they are not told the gender of the design team.

**Character attachment to video games.** In this research we develop the new concept attachment to a video game character (CA) and propose CA as a moderator for various video game effects. Research will be conducted to first validate the character attachment instrument itself and then to demonstrate a link between game success and video game player's self-esteem as moderated by character attachment.

**Non-linear story editors.** Exploring the art, science, and process of creating fully detailed fictional storytelling realities that act as "sandboxes" in which any number of multiplatform stories can be told.

**Intra-video and intra-player content analysis of violent response actions.** This project is interested in how people play specific violent video games, i.e. how exactly player interact violently in a violent video game. Intra-player and intra-video games content analyses are needed to better understand the effects they may have on video game players. To answer this question we conducted an inductive, time-based content analysis of a modern violent video game. 14 players played the multiplayer-ego-shooter "Tactical Operations" for about one hour.



GEL Lab
253 Comm Arts Bldg.      517.353.5497 (voice)
Michigan State University   517.353.5498 (fax)
East Lansing, MI 48824      http://gel.msu.edu