UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ENTERTAINMENT SOFTWARE
ASSOCIATION, VIDEO SOFTWARE
DEALERS ASSOCIATION, and MICHIGAN
RETAILERS ASSOCIATION ,

           Plaintiffs,

v

JENNIFER GRANHOLM, in her official
capacity as Governor of the State of Michigan;
MICHAEL A. COX, in his official capacity as
Attorney General for the State of Michigan, et
al, and KYM L. WORTHY, in her official
capacity as Wayne County Prosecuting
Attorney,

           Defendants.

No. 05-73634

HON. GEORGE CARAM STEEH
MAGISTRATE JUDGE PEPE

---

Dennis J. Levasseur (P39778)
Alicia J. Blumenfeld (P67511)
Bodman LLP
100 Renaissance Center
Detroit MI 48243
(313) 393-7596

Denise C. Barton (P41535)
Jason R. Evans (P61567)
Ann Sherman (P67762)
Attorneys for Defendants
Michigan Department of Attorney General
Public Employment, Elections & Tort Div.
P.O. Box 30736
Lansing MI 48909
(517) 373-6434

Paul M. Smith
Katherine A. Fallow
Kathleen R. Hartnett
Amy L. Tenney
Jenner & Block LLP
601 Thirteenth Street, NW, Ste 1200
Washington DC 20005
(202) 639-6000

## NOTICE OF FILING EXHIBITS IN THE TRADITIONAL MANNER

Please take notice that the undersigned has filed exhibits to the following paper in the

traditional manner.

Leave of the Court was previously granted on January 20, 2006 by the above judicial officer.

Title of Paper: **"Order Allowing Defendants' to File Exhibits In the Traditional Manner"**

The exhibits have been served in hardy copy on all parties pursuant to the federal and local rules.

>Respectfully submitted,
>
>MICHAEL A. COX
>Attorney General
>
>*s/ Denise C. Barton*
>P.O. Box 30736
>Lansing, MI 48909
>Primary E-Mail: Bartond@michigan.gov
>(P41535)

Dated:  January 23, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on January 23, 2006, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing of the following: Notice of Filing Exhibits in the Traditional Manner.

>*s/ Denise C. Barton (P41535)*
>Dept of Attorney General
>Public Employment, Elections & Tort Defense Div.
>P.O. Box 30736
>Lansing, MI 48909-8236
>(517) 373-6434
>Email: bartond@michigan.gov