UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ENTERTAINMENT SOFTWARE
ASSOCIATION, et al.,

         Plaintiffs,

         Case No. 05-73634

vs.

         HON. GEORGE CARAM STEEH

JENNIFER GRANHOLM, et al.,

         Defendants.
_____/

ORDER REGARDING DEFENDANTS' MOTION IN OPPOSITION
TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AND
DEFENDANTS' CROSS-MOTION FOR SUMMARY JUDGMENT [DOCUMENT # 49]

     Defendants electronically filed their response to plaintiffs' motion for summary judgment combined with a cross-motion for summary judgment on January 23, 2006, document number 49. The court will not consider defendants' cross-motion for summary judgment as filed in combination with their response brief. Defendants can correct the record by filing a separate cross-motion for summary judgment that relies on the arguments contained in their response to plaintiffs' motion for summary judgment.

     It is so ordered.

                                     s/George Caram Steeh
                                     GEORGE CARAM STEEH
                                     UNITED STATES DISTRICT JUDGE

Dated: January 25, 2006

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record on January 25, 2006, by electronic and/or ordinary mail.

                                     s/Josephine Chaffee
                                     Secretary/Deputy Clerk