# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

ENTERTAINMENT SOFTWARE, et al,
             Plaintiff(s),

v.                                CASE NUMBER: 05-73634

                                     HON. GEORGE CARAM STEEH

JENNIFER GRANHOLM, et al,
                Defendant(s).
_____/

### NOTICE OF MOTION HEARING AND SCHEDULING CONFERENCE

        You are hereby notified to appear before the Honorable George Caram Steeh, United States District Judge for the above proceeding on **MARCH 22, 2006 at 2:30 P.M., PROMPTLY**, in Courtroom 236, Theodore Levin U.S. Courthouse and Federal Building, 231 W. Lafayette, Detroit, Michigan 48226. The following motion(s) are scheduled for hearing:

                  Cross Motions for Summary Judgment[1]

### CERTIFICATE OF MAILING

      I certify that a copy of this notice was mailed to all attorneys of record on this date February 1, 2006 by electronic and/or ordinary mail.

Date: <u>February 1, 2006</u>                      <u>s/Marcia Beauchemin</u>
                                             Case Manager to the
                                             Hon. George Caram Steeh
                                             (313) 234-5175

---

       [1] The court strictly adheres to the filing time requirements set forth in the Local Rule 7.1 (E.D. Mich.). A response shall be filed within 21 days after service of the motion, (L.R.7.1(d)(1)(B). A reply to the response shall be filed within 7 days after receipt of the response; but not less than 3 days before oral argument, (L.R.7.1 (d)(1)(C). (See Fed.R.Civ.P. Rule 6 for time computation.) Untimely briefs may not be considered by the Court.