# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

ENTERTAINMENT SOFTWARE ASSOCIATION, VIDEO SOFTWARE DEALERS ASSOCIATION, and MICHIGAN RETAILERS ASSOCIATION,

        Plaintiffs,

vs.

JENNIFER M. GRANHOLM, in her official capacity as Governor of the State of Michigan; MICHAEL A. COX, in his official capacity as Attorney General of the State of Michigan; and KYM L. WORTHY in her official capacity as Wayne County Prosecuting Attorney,

        Defendants.                /

Case No: 05-cv-73634

Hon. George Caram Steeh

Magistrate Judge Steven D. Pepe

---

BODMAN LLP
By:   Dennis J. Levasseur (P39778)
       Alicia J. Blumenfeld (P67511)
100 Renaissance Center, 34th Floor
Detroit, Michigan 48243
Telephone: (313) 259-7777
Facsimile: (313) 393-7579

        and

JENNER & BLOCK LLP
By:   Paul M. Smith
       Katherine A. Fallow
       Amy L. Tenney
601 Thirteenth Street, N.W., Suite 1200
Washington, DC 20005
Telephone: (202) 639-6000
Facsimile: (202) 639-6066
                      /

MICHIGAN DEPARTMENT OF
     ATTORNEY GENERAL
By:   Denise C. Barton (P41535)
P.O. Box 30736
Lansing, Michigan 48909
(517) 373-6434
Attorney for Defendants Governor Jennifer A. Granholm and Attorney General Michael A. Cox

## STIPULATED ORDER EXTENDING DEADLINE FOR PLAINTIFFS' REPLY BRIEF IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT TO FEBRUARY 21, 2006

Dockets.Justia.com

In accordance with the parties' stipulation through their undersigned counsel:

IT IS ORDERED that plaintiffs are granted leave to file their reply brief supporting plaintiffs' motion for summary judgment no later than February 21, 2006.

s/George Caram Steeh  
Hon. George Caram Steeh  
United States District Judge

DATED: FEBRUARY 7, 2006

Approved for entry:

| BODMAN LLP | MICHIGAN DEPARTMENT OF THE ATTORNEY GENERAL |
|---|---|
| /s/ Alicia J. Blumenfeld | /s/ with consent of Denise C. Barton |
| By:   Dennis J. Levasseur (P39778) | By:   Denise C. Barton (P41535) |
|        Alicia J. Blumenfeld (P67511) | P.O. Box 30736 |
| 100 Renaissance Center, 34th Floor | Lansing, Michigan 48909 |
| Detroit, Michigan 48243 | Telephone: (517) 373-6434 |
| Telephone: (313) 259-7777 | Facsimile: (517) 373-2454 |
| Facsimile: (313) 393-7579 | bartond@michigan.gov |
| ablumenfeld@bodmanllp.com | Attorneys for Defendants |
| Attorneys for Plaintiffs | |
| Dated: February 6, 2006 | Dated: February 6, 2006 |