UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ENTERTAINMENT SOFTWARE ASSOCIATION, VIDEO SOFTWARE DEALERS ASSOCIATION, and MICHIGAN RETAILERS ASSOCIATION, <br><br> Plaintiffs, <br><br> v <br><br> JENNIFER GRANHOLM, in her official capacity as Governor of the State of Michigan; MICHAEL A. COX, in his official capacity as Attorney General for the State of Michigan, et al, and KYM L. WORTHY, in her official capacity as Wayne County Prosecuting Attorney, <br><br> Defendants. | No. 05-73634 <br><br> HON. GEORGE CARAM STEEH <br> MAGISTRATE JUDGE PEPE |
| Dennis J. Levasseur (P39778) <br> Alicia J. Blumenfeld (P67511) <br> Bodman LLP <br> 100 Renaissance Center <br> Detroit MI 48243 <br> (313) 393-7596 | Paul M. Smith <br> Katherine A. Fallow <br> Kathleen R. Hartnett <br> Amy L. Tenney <br> Jenner & Block LLP <br> 601 Thirteenth Street, NW, Ste 1200 <br> Washington DC 20005 <br> (202) 639-6000 |
| Denise C. Barton (P41535) <br> Attorney for Defendants <br> Michigan Department of Attorney General <br> Public Employment, Elections & Tort Div. <br> P.O. Box 30736 <br> Lansing MI 48909 <br> (517) 373-6434 | |

## NOTICE OF FILING EXHIBITS IN THE TRADITIONAL MANNER

Please take notice that the undersigned has filed exhibits to the following paper in the traditional manner.

Leave of the Court was previously granted on January 20, 2006 by the above judicial officer.

<u>Title of Paper</u>: Defendants Granholm and Cox's Motion in Opposition to Plaintiffs' Motion for Summary Judgment and Defendants' Cross-Motion for Summary Judgment (docket number 49).

The two exhibits were been served in hardy copy on all parties pursuant to the federal and local rules on January 23, 2006.

>Respectfully submitted,
>
>MICHAEL A. COX
>Attorney General
>
>*s/ Denise C. Barton*
>P.O. Box 30736
>Lansing, MI 48909
>Primary E-Mail: Bartond@michigan.gov
>(P41535)

Dated:  February 8, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on February 8, 2006, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing of the following: Notice of Filing Exhibits in the Traditional Manner.

>*s/ Denise C. Barton (P41535)*
>Dept of Attorney General
>Public Employment, Elections & Tort Defense Div.
>P.O. Box 30736
>Lansing, MI 48909-8236
>(517) 373-6434
>Email: bartond@michigan.gov