## INDEX OF EXHIBITS

| Exhibit | Description |
| --- | --- |
| 1 | November 14, 2005 Transcript |
| 2 | November 15, 2005 Transcript |

Detroit_676703_1

Dockets.Justia.com