# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

ENTERTAINMENT SOFTWARE
ASSOCIATION, VIDEO SOFTWARE
DEALERS ASSOCIATION, and MICHIGAN
RETAILERS ASSOCIATION,

        Plaintiffs,

vs.

JENNIFER M. GRANHOLM, in her official
capacity as Governor of the State of Michigan;
MICHAEL A. COX, in his official capacity as
Attorney General of the State of Michigan; and
KYM L. WORTHY in her official capacity as
Wayne County Prosecuting Attorney,

        Defendants.

        /

Case No: 05-73634

Hon. George Caram Steeh

Magistrate Judge Steven D. Pepe

BODMAN LLP
By:   Dennis J. Levasseur (P39778)
       Alicia J. Blumenfeld (P67511)
100 Renaissance Center, 34th Floor
Detroit, Michigan 48243
Telephone: (313) 259-7777
Facsimile: (313) 393-7579

        and

JENNER & BLOCK LLP
By:   Paul M. Smith
       Katherine A. Fallow
       Amy L. Tenney
       Matthew S. Hellman
601 Thirteenth Street, N.W., Suite 1200
Washington, DC 20005
Telephone: (202) 639-6000
Facsimile: (202) 639-6066
        /

MICHIGAN DEPARTMENT OF
ATTORNEY GENERAL
By:   Denise C. Barton (P41535)
P.O. Box 30736
Lansing, Michigan 48909
(517) 373-6434
Attorney for Defendants Governor
Jennifer A. Granholm and Attorney
General Michael A. Cox

## **REPLY IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

2

Plaintiffs respectfully submit this reply in support of their motion for summary judgment. Plaintiffs filed their motion for summary judgment and memorandum in support on December 23, 2005. Defendants Granholm and Cox ("State Defendants"), after obtaining an extension of time and leave to file excess pages, filed a 30-page consolidated response and cross-motion for summary judgment on January 23, 2006. On January 25, 2006, this Court ordered the State Defendants to file a separate cross-motion for summary judgment that incorporated the arguments made in the State Defendants' response.

Because the arguments in Plaintiffs' reply and cross-response are essentially identical, and in light of this Court's January 25, 2006 order, Plaintiffs are filing separately a Reply in Support of Plaintiffs' Motion for Summary Judgment, and a Cross-Response to the Defendants' Cross-Motion for Summary Judgment. Plaintiffs hereby adopt in this Reply the arguments made in their Response to Defendants' Cross-Motion for Summary Judgment.

Respectfully submitted,

ENTERTAINMENT SOFTWARE ASSOCIATION,
VIDEO SOFTWARE DEALERS ASSOCIATION,
and MICHIGAN RETAILERS ASSOCIATION

By:   /s/ Alicia J. Blumenfeld
       Dennis J. Levasseur (P39778)
       Alicia J. Blumenfeld (P67511)
100 Renaissance Center, 34th Floor
Detroit, Michigan 48243
Telephone:  (313) 259-7777
Facsimile:  (313) 259-7579
dlevasseur@bodmanllp.com
ablumenfeld@bodmanllp.com

and

JENNER & BLOCK LLP
By:   Paul M. Smith
       Katherine A. Fallow
       Amy L. Tenney
       Matthew S. Hellman
601 Thirteenth Street, N.W., Suite 1200
Washington, DC 20005
Telephone: (202) 639-6000
Facsimile:  (202) 639-6066

February 21, 2006

2

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| ENTERTAINMENT SOFTWARE ASSOCIATION, VIDEO SOFTWARE DEALERS ASSOCIATION, and MICHIGAN RETAILERS ASSOCIATION,<br><br>        Plaintiffs,<br><br>vs.<br><br>JENNIFER M. GRANHOLM, in her official capacity as Governor of the State of Michigan; MICHAEL A. COX, in his official capacity as Attorney General of the State of Michigan; and KYM L. WORTHY in her official capacity as Wayne County Prosecuting Attorney,<br><br>        Defendants.           / | Case No: 05-73634<br><br>Hon. George Caram Steeh<br><br>Magistrate Judge Steven D. Pepe |

## PROOF OF SERVICE

Alicia J. Blumenfeld certifies that she is an employee of Bodman LLP, that on February 21, 2006 she caused to be served a copy of **REPLY IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT** and this Proof of Service upon the person(s) listed below via electronic filing:

> Denise C. Barton, Esq.
> Jason R. Evans, Esq.
> Assistant Attorney General
> Department of Attorney General
> 525 W. Ottawa Street, Floor 5
> P.O. Box 30736
> Lansing, Michigan 48909

I declare under penalty of perjury that the foregoing statement is true and correct to the best of my information, knowledge and belief.

                                                                /s/ Alicia J. Blumenfeld
                                                                  Alicia J. Blumenfeld