UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ENTERTAINMENT SOFTWARE
ASSOCIATION, VIDEO SOFTWARE
DEALERS ASSOCIATION, and MICHIGAN
RETAILERS ASSOCIATION,

              Plaintiffs,

vs.

                                                        Case No. 05-73634

                                                        HON. GEORGE CARAM STEEH

JENNIFER M. GRANHOLM, in her official
capacity as Governor of the State of Michigan;
MICHAEL A. COX, in his official capacity as
Attorney General of the State of Michigan; and
KYM L. WORTHY, in her official capacity as
Wayne County Prosecutor,

              Defendants.
_____/

## J U D G M E N T

The above entitled matter has come before the court on cross motions for summary judgment, and in accordance with the court's order granting plaintiffs' motion for summary judgment, denying defendants' motion for summary judgment, and permanently enjoining the Act from becoming law, entered on March 31, 2006,

      IT IS ORDERED AND ADJUDGED that judgment hereby is GRANTED in favor of plaintiffs.

                                                DAVID J. WEAVER
                                                CLERK OF THE COURT

                                                BY: s/Josephine Chaffee
                                                      DEPUTY COURT CLERK

Dated: March 31, 2006