## INDEX OF EXHIBITS

| Exhibit | Description |
| --- | --- |
| 1 | Declaration of Katherine A. Fallow |
| 2 | Affidavit of Dennis J. Levasseur |

Detroit_688168_1

dockets.Justia.com