# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

ENTERTAINMENT SOFTWARE
ASSOCIATION, VIDEO SOFTWARE
DEALERS ASSOCIATION, and MICHIGAN
RETAILERS ASSOCIATION,

           Plaintiffs,

vs

JENNIFER M. GRANHOLM, in her official
capacity as Governor of the State of Michigan;
MICHAEL A. COX, in his official capacity as
Attorney General of the State of Michigan; and
KYM L. WORTHY in her official capacity as
Wayne County Prosecuting Attorney,

           Defendants.

_____/

Case No: 05-73634

Hon. George Caram Steeh

Magistrate Judge Steven D. Pepe

## AFFIDAVIT OF DENNIS J. LEVASSEUR IN SUPPORT OF
## APPLICATION FOR ATTORNEYS' FEES AND COSTS

Detroit_686016_2

Dockets.Justia.com

STATE OF MICHIGAN     )
                      )ss
COUNTY OF WAYNE       )

Dennis J. Levasseur, first being duly sworn, deposes and says that he is competent to testify about and has personal knowledge of the following matters:

1.    I am a partner in the Detroit, Michigan law firm of Bodman LLP ("Bodman"), which is local counsel for the plaintiffs in the above-captioned case.

2    I submit this affidavit in support of plaintiffs' application for fees and costs under 28 U.S.C. §1920, 42 U.S.C. §1988, and Fed.R.Civ.P. 54(d).

3.    I have primary responsibility for this firm's representation of plaintiffs and I was assisted by Alicia Blumenfeld and Michelle Carter. Our work for plaintiffs consisted primarily of taking responsibility for the filings and other logistical matters, preparation of certain motions (including the motion for expedited hearing), coordinating hearing dates with the Court, and counseling with lead counsel on plaintiffs' legal strategy.  Consistent with Fed.R.Civ.P. 11, Bodman attorneys also needed to become familiar with the Act being challenged by plaintiffs and the legal and factual basis for that challenge.

4.    I graduated from Wayne State Law School in 1985, where I served as an editor on the Wayne Law Review.  After law school, I served for two years as a clerk for the Honorable Stewart A. Newblatt of the United States District Court for the Eastern District of Michigan.

5.    I joined Bodman LLP in August 1987 as an associate attorney. I became a partner in January 1993.

6.    In addition to Michigan, I am admitted to the United States District Court for both the Eastern and Western Districts of Michigan, the United States Court of Appeals for the Sixth Circuit, and the United States Federal Circuit Court of Appeals.

7    Throughout my entire career at Bodman I have concentrated my practice on complex commercial and corporate litigation and arbitration matters for clients such as the Archdiocese of Detroit, Booth Newspapers (which owns the Ann Arbor News, the Flint Journal and other publications), Burger King Corporation, Comerica Bank, the International Union, United Automobile, Aerospace & Agricultural Impliment Workers of America, National Football League, the John E. Fetzer Institute, Motorola, Symantec Corporation, and Toshiba American Business Solutions

8.    I have handled First Amendment and defamation matters for the Archdiocese of Detroit, the City of Grosse Pointe Park, Garnett Outdoor, and Hillsdale College.

9.    Alicia Blumenfeld is an associate in Bodman's Detroit office. She is a member of Bodman's Litigation and Alternative Dispute Resolution Practice Group who provided assistance in this matter. She graduated cum laude in 2004 from Harvard Law School. Ms. Blumenfeld is admitted to practice before the United States District Courts for the Eastern and Western Districts of Michigan and the Sixth Circuit Court of Appeals. Ms. Blumenfeld is a member of the Lawyers Committee of the Metropolitan Chapter of the ACLU.

10.    Michelle A. Carter is a mid-level associate in Bodman's Detroit office. She is a member of Bodman's Litigation and Alternative Dispute Resolution Practice Group. She graduated in 2002 from Rutgers – Camden School of Law. Prior to joining Bodman in the fall of 2005, Ms. Carter was an associate with the New Jersey law firm of Brown & Connerry. Ms. Carter is admitted to practice in Pennsylvania and New Jersey as well as in the United States District Court of New Jersey. Her application to the Michigan bar is pending.

11. Bodman charges for the services of its attorneys on the basis of hourly rates that reflect, among other things, their years of practice and experience. The hourly rates for the relevant attorneys are as follows:

| Attorney | Date (2005) | Date (2006) |
|---|---|---|
| Dennis J. Levasseur | $320.00 | $335.00 |
| Alicia J. Blumenfeld | $155.00 | $165.00 |
| Michelle A. Carter | $165.00 | N/A |

These hourly rates are the same rates customarily charged clients for services by the listed attorneys at the time that these services were rendered on behalf of plaintiffs in this case. Those hourly rates are at or below those rates charged at the time of other comparable law firms in Detroit, Michigan for services by attorneys of similar levels of experience

12. Attachment A to this Affidavit are itemized billing statements describing the time expended, the services rendered, and the attorney rendering the services. The time entries on Attachment A are recorded by the listed attorneys on or near the date in which the services were rendered in this proceeding and submitted contemporaneously for entry into Bodman's timekeeping systems. To protect privileged communications with the client, or to protect aspects of litigation strategy or attorney mental impressions that are protected from disclosure by the attorney work product doctrine, some time entries have been redacted.

13. The following table summarizes spent by each Bodman attorney in this case:

| Attorney | Hours in 2005 | Hours in 2006 |
|---|---|---|
| Dennis J. Levasseur | 59.75 | 8.75 |
| Alicia J. Blumenfeld | 59.75 | 9.50 |
| Michelle A. Carter | 1.75 | 0 |

14. Attachment A to this Affidavit also contains a summary report from Bodman's accounting department of all disbursements that Bodman made on furtherance of this case. I have viewed the costs and expenses listed as disbursements on Attachment A and have verified their accuracy. Attachment B contains documentation of the costs and expenses incurred except

for photocopying, express deliveries, parking and mileage, and the transcript from the preliminary injunction hearing

15    Based on my prior experience with attorney fee applications in civil rights cases (including First Amendment cases) as well as general commercial and corporate litigation, I believe that the hours and expenses itemized in Attachment A were reasonably and necessarily incurred on behalf of plaintiffs in this action

16.    Moreover, based on my 18 years of experience in the private practice of law, I believe that this case was appropriately staffed by Bodman attorneys in relation to the work that its attorneys performed

_____
Dennis J. Levasseur

Subscribed and Sworn to before me
this 14th day of April , 2006

_____
Notary Public
Wayne County, State of Michigan
My Commission Expires: 6-18-11

JANIS M. COX
NOTARY PUBLIC, WAYNE COUNTY, MICHIGAN
ACTING IN WAYNE COUNTY
MY COMMISSION EXPIRES: 06/18/2011

# EXHIBIT A

**BODMAN LLP**
34TH FLOOR
100 RENAISSANCE CENTER
DETROIT, MICHIGAN 48243
313-393-7579 FAX
313-259-7777

FEDERAL IDENTIFICATION NO
38-1308687

Page:                    1
Inv #:              231174
008455 000001 - FTL

# bodman
ATTORNEYS & COUNSELORS

October 14, 2005

Entertainment Software Association
Attn: Deborah A Buyer
Associate General Counsel
317 Madison Avenue, 22nd Floor
New York, NY 10017

Re: Michigan Video Game Statute

| | | | HOURS | AMOUNT |
|---|---|---|---|---|
| 09/10/05 | DJL | Discussion with Mr. Smith re venue issues | 0.50 | 160.00 |
| 09/13/05 | AJB2 | Research re legislative history and bills re new videogame regulations; research re: Cyberspace v. Engler. | 3.25 | 503.75 |
| 09/13/05 | DJL | Discussion with Mr. Lewand; email correspondence with Mr. Smith; review status of bills being considered by Granholm | 4.00 | 1,280.00 |
| 09/14/05 | AJB2 | Research re service of process on government officials; preparation of memorandum re same; research re publication of public act; office discussion with Mr. Levasseur regarding same | 4.25 | 658.75 |
| 09/14/05 | DJL | Telephone discussions with Mr. Smith re status; review draft complaint; continue review of statute; various telephone discussions with Ms. Tenney re filing and related issues; prepare civil coversheet; begin preparation of statement of corporate affiliation and various emails to Ms. Tenney re same | 8.00 | 2,560.00 |
| 09/15/05 | AJB2 | Review of complaint; research re publication of public act. | 1.50 | 232.50 |

| | | | HOURS | AMOUNT |
|---|---|---|---|---|
| 09/15/05 | DJL | Discussion with Ms. Blumenfeld; various discussions with Ms. Tenney re public act; continue review of draft complaint. | 1.50 | 480.00 |
| 09/19/05 | DJL | Prepare retainer letter; telephone discussions with Ms. Tenney; discussion with Ms. Blumenfeld re filing of complaint; discussion with Mr. Smith | 2.00 | 640.00 |
| 09/20/05 | AJB2 | Research re: public acts | 0.50 | 77.50 |
| 09/20/05 | DJL | Prepare retainer letter; letter to Ms. Tenney re draft of complaint; continue review of draft complaint | 2.50 | 800.00 |
| 09/21/05 | AJB2 | Office discussion with Mr. Levasseur; telephone calls to the offices of the Attorney General, Governor, and Wayne County Prosecutor re acceptance of service of process; review of complaint; preparation of complaint with exhibit; filing of complaint; preparation of memorandum to process server re service on defendants; exchange of emails with Ms. Tenney re filing of complaint. | 5.50 | 852.50 |
| 09/21/05 | DJL | Review final draft of motion and brief; organization for filing; discussion with Ms. Tenney; office discussion with Ms. Blumenfeld re reseach on Judge Steeh; memorandum by Mr. Levasseur on research on Judge Steeh. | 2.00 | 640.00 |
| 09/22/05 | AJB2 | Preparation of motion and brief for expedited hearing and briefing schedule; preparation of first amended complaint; research re error in publication of public acts; preparation for service on defendants; follow-up re service; exchange of emails with Ms. Tenney re error in publication of public acts, first amended complaint, and motion and brief for expedited briefing schedule | 4.75 | 736.25 |

|  |  |  | HOURS | AMOUNT |
|---|---|---|---|---|
| 09/22/05 | DJL | Discussion with court regarding filing; email to Ms. Tenney regarding complaints; review and revise motions; review complaint as filed; discussions with Ms. Blumenfield regarding service of complaint; discussions regarding amending complaint to correct error cause by state in publication. | 1.50 | 480.00 |
| 09/23/05 | AJB2 | Revision and filing of first amended complaint; preparation and filing of motion and brief for leave to file exhibits in the traditional manner; telephone conversations with various persons at the offices of the Attorney General, Governor and Wayne County Prosecuter re service of complaint and service of motion for preliminary injunction; exchange of e-mails with Ms. Tenney re first amended complaint; telephone conversations with the court about filing of exhibits to motion for preliminary injunction | 4.25 | 658.75 |
| 09/23/05 | DJL | Review and revise draft motion for expedited hearing and briefing schedule; arrangements for admissions of attorney; begin review of draft of brief and motion for preliminary injunction; conference call with Ms. Tenney and Ms. Fowler; discussion with court regarding electronic filing issues; telephone discussion regarding process served | 4.50 | 1,440.00 |
| 09/24/05 | AJB2 | Review of return receipt from Jeremy Hall at Governor Granholm's office; office discussion with Mr. Levasseur re exhibits to motion for preliminary injunction | 0.50 | 77.50 |
| 09/24/05 | DJL | Discussions with Ms. Tenney; receipt and review by Mr. Levasseur of final draft of emergency motion; review of exhibits and organization for filing. | 2.00 | 640.00 |

|  |  |  | HOURS | AMOUNT |
|---|---|---|---|---|
| 09/26/05 | AJB2 | Preparation of motion for expedited briefing schedule; Preparation of exhibits for motion for preliminary injunction; Left message for Mr Baughman; Telephone conversation with Jennifer at Governor's Office; Telephone conversation with Mr O'Brien; Telephone conservation with Mr Caminsky; Preparation of notice of filing exhibits in the traditional manner; Telephone conversation with Ms Barton; Exchange of e-mails with Ms Tenney | 7 25 | 1,123.75 |
| 09/26/05 | DJL | Review revised emergency motion for expedited briefing; email correspondence with Ms. Fallow re filings; review final versions of briefs and motions; various discussions with Ms. Blumenfeld re filing | 3.50 | 1,120 00 |
| 09/27/05 | AJB2 | E-mail exchange with Ms. Tenney re: amended corporate disclosures; preparation of and filing of amended corporate disclosures; review of appearance filed by Ms. Barton; review of response to emergency motion for expedited briefing schedule; exchange of e-mails with Ms. Tenney re: same; exchange of e-mails with Ms. Tenney re: Eastern District Admission; review of e-mails re: status conference; preparation of enclosure letter to Ms. Tenney | 1.50 | 232.50 |
| 09/27/05 | DJL | Review appearance; email to co-counsel re same; receipt and review by Mr. Levasseur of opposition to emergency motion to expedite briefing and hearing; email to co-counsel re same; discussion with Mr Smith re status and various discussions with court re scheduling of a status conference; discussions with Ms. Tenney re same; office discussion with Ms. Blumenfeld re same; receipt of notice of status conference; email correspondence to Ms. Tenney re same | 2 50 | 800 00 |

| | | | HOURS | AMOUNT |
|---|---|---|---|---|
| 09/28/05 | AJB2 | Review of applications for admissions to the Eastern District; research [redacted]; preparation of fax to Mssrs. Baughman and Caminsky re status conference; preparation of e-mail to Ms. Tenney re applications for admission to the Eastern District; preparation of enclosure letter to Ms. Tenney. | 1.25 | 193.75 |
| 09/28/05 | DJL | Email correspondence with Mr. Smith re attendance for status conference. | 0.25 | 80.00 |
| 09/29/05 | AJB2 | Preparation of e-mail to Ms. Tenney re admission applications; research [redacted] | 0.75 | 116.25 |
| 09/30/05 | AJB2 | Telephone conversation with Steeh's chambers re admission of Jenner & Block attorneys; e-mail exchange with Ms. Tenney re: same; left messages for Mssrs Baughman and Caminsky | 0.50 | 77.50 |
| 09/30/05 | DJL | Email correspondence with Mr. Smith re status conference; review bar admissions forms for Jenner & Block attorneys. | 0.25 | 80.00 |
| | Total Fees | | 70.75 | $16,741.25 |

| | | | | |
|---|---|---|---|---|
| Dennis J. Levasseur | 35.00 x | 320.00 = | 11,200.00 | |
| Alicia J. Blumenfeld | 35.75 x | 155.00 = | 5,541.25 | |

| | |
|---|---|
| Admission Fees | 600.00 |
| Service of Process Fees | 438.00 |
| Express Deliveries | 108.30 |
| Fax Charges | 1.00 |
| Local Travel Expense | 5.00 |
| Photocopies | 309.80 |
| Total Expenses | $1,462.10 |

| | |
|---|---|
| TOTAL THIS INVOICE | $18,203.35 |

BODMAN LLP
34TH FLOOR
100 RENAISSANCE CENTER
DETROIT, MICHIGAN 48243
313-393-7579 FAX
313-259-7777

FEDERAL IDENTIFICATION NO
38-1308687

**bodman**
ATTORNEYS & COUNSELORS

October 14, 2005

Entertainment Software Association
Attn: Deborah A Buyer
Associate General Counsel
317 Madison Avenue, 22nd Floor
New York, NY 10017

Page:              1
Inv #:         231174
008455 000001 - FTL

Re: Michigan Video Game Statute

### REMITTANCE ADVICE

| | |
|---|---|
| Total Fees | $16,741 25 |
| Total Expenses | $1,462 10 |
| TOTAL THIS INVOICE | $18,203 35 |

TO INSURE PROPER CREDIT TO YOUR ACCOUNT PLEASE RETURN THIS
REMITTANCE ADVICE WITH YOUR PAYMENT
**MAKE CHECKS PAYABLE TO BODMAN LLP**

**BODMAN LLP**
34TH FLOOR
100 RENAISSANCE CENTER
DETROIT, MICHIGAN 48243
313-393-7579 FAX
313-259-7777

FEDERAL IDENTIFICATION NO
38-1308687

Page:        1
Inv #:        233896
008455 000001 - FTL

## bodman
ATTORNEYS & COUNSELORS

November 17, 2005

Entertainment Software Association
Attn: Deborah A Buyer
Associate General Counsel
317 Madison Avenue, 22nd Floor
New York, NY 10017

Re: Michigan Video Game Statute

|            |      |                                                                                                                                                                                                                                                              | HOURS | AMOUNT   |
|------------|------|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|----------|
| 09/13/05   | FTL  | Conference with Mr. Levasseur.                                                                                                                                                                                                                                | 0.25  | 98.75    |
| 09/19/05   | MAC  | Office conference between Ms. Carter and Mr. Levasseur re Statement of Disclosure of Corporate Affiliations and Financial Interests; research by Ms. Carter re meaning of term "Substantial Financial Interest"; office conference between Mr. Levasseur and Ms. Carter re same | 1.75  | 288.75   |
| 10/01/05   | DJL  | Receipt and review by Mr. Levasseur of Affidavit of Douglas Lowenstein.                                                                                                                                                                                       | 0.25  | 80.00    |
| 10/03/05   | DJL  | Prepare for, travel to and attend status conference and meeting with Mr. Smith                                                                                                                                                                                | 3.50  | 1,120.00 |
| 10/04/05   | DJL  | Review Order of court re scheduling; letter to Mr. Smith re same; facilitate filing of admission card and email to Mr. Lewand re status.                                                                                                                       | 0.50  | 160.00   |
| 10/13/05   | DJL  | Review motion by defendants to file exhibits in the traditional manner and transmit same to lead counsel.                                                                                                                                                     | 0.25  | 80.00    |
| 10/14/05   | AJB2 | Review of defendants' motion for leave to file exhibits in the traditional manner.                                                                                                                                                                            | 0.25  | 38.75    |

|          |      |                                                                                                                                                                                                                                                                                                                                             | HOURS | AMOUNT   |
|----------|------|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|----------|
| 10/17/05 | AJB2 | Review of denial of defendants' motion for leave to file exhibits in the traditional manner; reivew of motions filed by defendants (motion to dismiss, motion to change venue, response to plaintiffs' motion for preliminary injunction); review of appendix filed by defendants; exchange of emails to Mr. Smith, Ms. Fallor, Ms. Tenney and Mr. Levasseur re motions. | 2.25  | 348.75   |
| 10/17/05 | DJL  | Email correspondence with Ms. Tenney re state filing; email correspondence with Mr. Smith and Ms. Tenney re a variety of issues such as Western District judges; discussion with Judge McKeague's chambers re Lansing court and staffing of same; various discussions with Ms. Barton re filing of state's brief and latest set of history; letters to Ms. Barton re same; attention by Mr. Levasseur to review of state's brief in opposition to motion; continued review of state's motions to dismiss for lack of jurisdiction and for change of venue. | 4.50  | 1,440.00 |
| 10/18/05 | AJB2 | Review and organization of exhibits including documenting deficiencies                                                                                                                                                                                                                                                                       | 1.25  | 193.75   |
| 10/18/05 | DJL  | Email with Ms. Tenney re legislative history; letter to Ms. Tenney re legislative history; review of same.                                                                                                                                                                                                                                    | 1.50  | 480.00   |
| 10/19/05 | AJB2 | Preparation and filing of motion to extend page limit and proposed order; exchange of emails with Ms. Fallow re same; telephone conversation with Ms. Fallow re same; preparation of emails re appearance of Jason Evans.                                                                                                                       | 2.50  | 387.50   |
| 10/20/05 | AJB2 | Exchange of e-mails with Ms. Tenney re requirements for reply brief and court's granting of order to extend page limit                                                                                                                                                                                                                        | 0.50  | 77.50    |
| 10/20/05 | DJL  | Review draft of motion re reply brief; discussions with Ms. Blumenfeld re same                                                                                                                                                                                                                                                               | 0.50  | 160.00   |
| 10/21/05 | AJB2 | Review of affidavit of Gene Wriggelsworth; preparation of email re same.                                                                                                                                                                                                                                                                     | 0.25  | 38.75    |

| | | | HOURS | AMOUNT |
|---|---|---|---|---|
| 10/24/05 | AJB2 | Research re miscellaneous venue questions for Ms. Tenney; revision and filing of reply brief; exchange of emails with Ms. Tenney re same. | 3.25 | 503.75 |
| 10/24/05 | DJL | Review of status of reply brief and discussions with Ms. Blumenfeld re same | 0.50 | 160.00 |
| 10/25/05 | DJL | Review reply brief as filed | 0.50 | 160.00 |
| 10/26/05 | AJB2 | Telephone conversation between Ms. Blumenfeld and Ms. Tenney re briefing requirements in the Eastern District of Michigan; preparation of e-mail to Ms. Tenney re same; review of Judge Steeh's order accepting AG's brief; preparation of e-mail re same | 0.50 | 77.50 |
| 10/26/05 | DJL | Letter from State re Profer; discussion with Mr. Smith re same; letter from Paul Smith re same | 0.50 | 160.00 |
| 10/27/05 | AJB2 | Preparation and filing by Ms. Blumenfeld of response to motion to change venue and response to motion to dismiss | 2.00 | 310.00 |
| 10/27/05 | DJL | Discussion with Ms. Tenney re filing; office discussion between Mr. Levasseur and Ms. Blumenfeld re same. | 0.25 | 80.00 |
| 10/28/05 | AJB2 | Preparation by Ms. Blumenfeld for hearing re motion for preliminary injunction. | 0.50 | 77.50 |
| 10/28/05 | DJL | Review responses to motion to dismiss and motion for change of venue. | 1.00 | 320.00 |
| 10/31/05 | DJL | Travel to and attend hearing on motion for preliminary injunction and conference with Mr. Smith and Ms. Buyer. | 4.00 | 1,280.00 |
| | Total Fees | | 33.00 | $8,121.25 |

| | | | |
|---|---|---|---|
| Lewand, F. Thomas | 0.25 x | 395.00 = | 98.75 |
| Dennis J. Levasseur | 17.75 x | 320.00 = | 5,680.00 |
| Alicia J. Blumenfeld | 13.25 x | 155.00 = | 2,053.75 |

Michelle A. Carter                1.75 x        165.00 =        288.75

| | |
|---|---|
| Lexis Search Expense | 129.30 |
| Pacer Serv. Ctr. Search Expense | 0.56 |
| Clerk Overtime Expense | 108.00 |
| Filing Fees | 250.00 |
| Express Deliveries | 79.53 |
| Local Travel Expense | 29.10 |
| Photocopies | 134.20 |
| Postage | 95.55 |
| Total Expenses | $826.24 |

| | |
|---|---|
| TOTAL THIS INVOICE | $8,947.49 |
| Unpaid invoices | $18,203.35 |
| TOTAL AMOUNT DUE | $27,150.84 |

BODMAN LLP
34TH FLOOR
100 RENAISSANCE CENTER
DETROIT, MICHIGAN 48243
313-393-7579 FAX
313-259-7777

Page:                    1
Inv #:              233896
008455 000001 - FTL

FEDERAL IDENTIFICATION NO
38-1308687



November 17, 2005

Entertainment Software Association
Attn: Deborah A Buyer
Associate General Counsel
317 Madison Avenue, 22nd Floor
New York, NY 10017

Re: Michigan Video Game Statute

## REMITTANCE ADVICE

|  |  |
|---|---|
| Total Fees | $8,121 25 |
| Total Expenses | $826 24 |
| TOTAL THIS INVOICE | $8,947 49 |
| Unpaid Invoices | $18,203 35 |
| TOTAL AMOUNT DUE | $27,150 84 |

TO INSURE PROPER CREDIT TO YOUR ACCOUNT PLEASE RETURN THIS
REMITTANCE ADVICE WITH YOUR PAYMENT
**MAKE CHECKS PAYABLE TO BODMAN LLP**

**BODMAN LLP**
34TH FLOOR
100 RENAISSANCE CENTER
DETROIT, MICHIGAN 48243
313-393-7579 FAX
313-259-7777

FEDERAL IDENTIFICATION NO
38-1308687

Page:           1
Inv #:        235519
008455 000001 - FTL

## bodman
ATTORNEYS & COUNSELORS

December 9, 2005

Entertainment Software Association
Attn: Deborah A. Buyer
Associate General Counsel
317 Madison Avenue, 22nd Floor
New York, NY 10017

Re: Michigan Video Game Statute

| | | | HOURS | AMOUNT |
|---|---|---|---|---|
| 10/31/05 | AJB2 | Conference with Mr. Smith, Mr. Levasseur and Ms. Buyer; preparation for hearing; travel to and attend hearing. | 3.50 | 542.50 |
| 11/09/05 | AJB2 | Receipt of Judge Steeth's opinion; preparation of email to working group re opinion | 0.25 | 38.75 |
| 11/09/05 | DJL | Review of order granting motion for preliminary injunction. | 0.50 | 160.00 |
| 11/10/05 | AJB2 | Review of news articles re preliminary injunction. | 0.25 | 38.75 |
| 11/10/05 | DJL | Review of docket to determine date for timely appeal of order granting motion for preliminary injunction; review email correspondence with Mr. Smith and others re status. | 0.25 | 80.00 |
| 11/11/05 | AJB2 | Review of Judge Steeth's opinion | 0.50 | 77.50 |
| 11/11/05 | DJL | Email from Ms. Tenney; discussion with Ms. Tenney; pacer search re status. | 0.50 | 160.00 |
| 11/14/05 | AJB2 | Office discussion with Mr. Levasseur re case status. | 0.25 | 38.75 |
| 11/17/05 | DJL | Letter from Ms. Barton; email message to Mr. Smith re same | 0.25 | 80.00 |

|  |  |  | HOURS | AMOUNT |
|---|---|---|---|---|
| 11/29/05 | AJB2 | Email exchange with Ms. Tenney and Mr Levasseur re transcript. | 0.25 | 38.75 |
| 11/29/05 | DJL | Review email correspondence with Ms. Tanney re transcript. | 0.25 | 80.00 |
|  | Total Fees | | 6.75 | $1,335.00 |

| | | | |
|---|---|---|---|
| Dennis J. Levasseur | 1.75 x | 320.00 = | 560.00 |
| Alicia J. Blumenfeld | 5.00 x | 155.00 = | 775.00 |

| | |
|---|---|
| Express Deliveries | 168.28 |
| Express Deliveries | 64.80 |
| Local Travel Expense | 41.10 |
| Photocopies | 3.00 |
| Total Expenses | $277.18 |

| | |
|---|---|
| TOTAL THIS INVOICE | $1,612.18 |
| Unpaid invoices | $27,150.84 |
| TOTAL AMOUNT DUE | $28,763.02 |

BODMAN LLP
34TH FLOOR
100 RENAISSANCE CENTER
DETROIT, MICHIGAN 48243
313-393-7579 FAX
313-259-7777

Page:                    1
Inv #:              235519
008455 000001 - FTL

FEDERAL IDENTIFICATION NO
38-1308687



December 9, 2005

Entertainment Software Association
Attn: Deborah A. Buyer
Associate General Counsel
317 Madison Avenue, 22nd Floor
New York, NY 10017

Re: Michigan Video Game Statute

## REMITTANCE ADVICE

| | |
|---|---:|
| Total Fees | $1,335.00 |
| Total Expenses | $277.18 |
| TOTAL THIS INVOICE | $1,612.18 |
| Unpaid Invoices | $27,150.84 |
| TOTAL AMOUNT DUE | $28,763.02 |

TO INSURE PROPER CREDIT TO YOUR ACCOUNT PLEASE RETURN THIS
REMITTANCE ADVICE WITH YOUR PAYMENT.
**MAKE CHECKS PAYABLE TO BODMAN LLP.**

**BODMAN LLP**
34ᵀᴴ FLOOR
100 RENAISSANCE CENTER
DETROIT, MICHIGAN 48243
313-393-7579 FAX
313-259-7777

FEDERAL IDENTIFICATION NO
38-1308687

Page:            1
Inv #:        237561
008455 000001 - FTL

## bodman
ATTORNEYS & COUNSELORS

January 10, 2006

Entertainment Software Association
Attn: Deborah A Buyer
Associate General Counsel
317 Madison Avenue, 22nd Floor
New York, NY 10017

Re: Michigan Video Game Statute

| | | | HOURS | AMOUNT |
|---|---|---|---|---|
| 12/01/05 | AJB2 | Preparation of letter to court reporter re transcript fee | 0.25 | 38.75 |
| 12/01/05 | DJL | Review situation regarding status of transcript from preliminary injunction hearing | 0.25 | 80.00 |
| 12/06/05 | DJL | Review of situation with transcript | 0.25 | 80.00 |
| 12/07/05 | DJL | Email correspondence with Mr Helman re summary disposition; research re same | 0.50 | 160.00 |
| 12/07/05 | DJL | Email correspondence with Ms. Gallagher re transcript from hearing | 0.25 | 80.00 |
| 12/12/05 | AJB2 | Research re docket for any notice of appeal | 0.25 | 38.75 |
| 12/12/05 | DJL | Email correspondence re status of any appeal | 0.25 | 80.00 |
| 12/19/05 | DJL | Email to Amy Tenney re plans; begin review of summary disposition motion | 1.50 | 480.00 |
| 12/20/05 | AJB2 | Review of motion for summary | 0.50 | 77.50 |
| 12/20/05 | DJL | Review of summary disposition motion | 0.50 | 160.00 |
| 12/21/05 | AJB2 | Exchange of e-mails with Ms Tenney re proof of service and motion for summary; exchange of e-mails with Mr Hellman re transcripts | 0.50 | 77.50 |

|          |      |                                                                                 | HOURS | AMOUNT     |
|----------|------|---------------------------------------------------------------------------------|-------|------------|
| 12/21/05 | DJL  | Continue review of summary disposition brief                                    | 1.00  | 320.00     |
| 12/22/05 | AJB2 | ESA motion filing.                                                              | 3.25  | 503.75     |
| 12/22/05 | DJL  | Review final version of brief and discussion with Ms. Blumenfeld re filing of same | 0.50  | 160.00     |
| 12/23/05 | AJB2 | FIling motion for summary judgment.                                             | 1.00  | 155.00     |
| 12/28/05 | DJL  | Check on status of case by Mr. Levasseur and review of motion and brief as filed. | 0.25  | 80.00      |
|          |      | Total Fees                                                                      | 11.00 | $2,571.25  |

| Dennis J. Levasseur   | 5.25 x | 320.00 = | 1,680.00 |
|-----------------------|--------|----------|----------|
| Alicia J. Blumenfeld  | 5.75 x | 155.00 = | 891.25   |

| Express Deliveries |                  | 10.40    |
|--------------------|------------------|----------|
| Photocopies        |                  | 34.40    |
| Transcript         |                  | 154.00   |
|                    | Total Expenses   | $198.80  |

|                        | TOTAL THIS INVOICE      | $2,770.05 |
|------------------------|-------------------------|-----------|
| Unpaid invoices        |                         | $1,612.18 |
|                        | TOTAL DUE THIS INVOICE  | $4,382.23 |

BODMAN LLP
34TH FLOOR
100 RENAISSANCE CENTER
DETROIT, MICHIGAN 48243
313-393-7579 FAX
313-259-7777

Page:                    1
Inv #:            237561
008455 000001 - FTL

FEDERAL IDENTIFICATION NO
38-1308687

 **bodman**
ATTORNEYS & COUNSELORS

January 10, 2006

Entertainment Software Association
Attn:  Deborah A. Buyer
Associate General Counsel
317 Madison Avenue, 22nd Floor
New York, NY 10017

Re: Michigan Video Game Statute

### REMITTANCE ADVICE

| | |
|---|---|
| Total Fees | $2,571.25 |
| Total Expenses | $198.80 |
| TOTAL THIS INVOICE | $2,770.05 |
| Unpaid Invoices | $1,612.18 |
| TOTAL AMOUNT DUE | $4,382.23 |

TO INSURE PROPER CREDIT TO YOUR ACCOUNT PLEASE RETURN THIS
REMITTANCE ADVICE WITH YOUR PAYMENT.
**MAKE CHECKS PAYABLE TO BODMAN LLP.**

**BODMAN LLP**
34TH FLOOR
100 RENAISSANCE CENTER
DETROIT, MICHIGAN 48243
313-393-7579 FAX
313-259-7777

FEDERAL IDENTIFICATION NO
38-1308687

Page:            1
Inv #:        240492
008455 000001 - FTL

## bodman
ATTORNEYS & COUNSELORS

February 15, 2006

Entertainment Software Association
Attn: Deborah A. Buyer
Associate General Counsel
317 Madison Avenue, 22nd Floor
New York, NY 10017

Re: Michigan Video Game Statute

| | | | HOURS | AMOUNT |
|---|---|---|---|---|
| 01/03/06 | AJB2 | Exchange of emails with Ms. Fallow re deadline for state to respond to motion | 0.25 | 41.25 |
| 01/18/06 | AJB2 | Receipt of defendants' motions; Preparation of e-mail to working group re defendants' motions. | 0.25 | 41.25 |
| 01/18/06 | AJB2 | Review of motion to extend page limit; exchange of e-mails with working group re same | 0.25 | 41.25 |
| 01/18/06 | DJL | Review emails concerning recent filings | 0.50 | 167.50 |
| 01/19/06 | DJL | Receipt and review by Mr. Levasseur of opinion on 12(b)(6) motion; transmit same to client | 0.50 | 167.50 |
| 01/20/06 | AJB2 | Review of orders entered by court | 0.25 | 41.25 |
| 01/20/06 | DJL | Review order denying motion for change of venue; review order granting motion to file oversized brief in the traditional manner. | 0.25 | 83.75 |
| 01/23/06 | AJB2 | Review of defendants' response to plaintiffs' motion for summary judgment; Preparation of e-mail to working group re same; E-mail exchange with Ms. Fallow and Mr. Levasseur re same | 1.75 | 288.75 |
| 01/23/06 | DJL | Review of recent orders from court | 0.25 | 83.75 |

|  |  |  | HOURS | AMOUNT |
|---|---|---|---|---|
| 01/24/06 | DJL | Review status of response to motion; email correspondence re same | 0.50 | 167.50 |
| 01/25/06 | AJB2 | Preparation of stipulated order; email exchange with working group re same; preparation of email to Ms. Barton. | 0.50 | 82.50 |
| 01/25/06 | DJL | Review order re briefs | 0.25 | 83.75 |
| 01/26/06 | AJB2 | Review of email from Ms. Barton; email exchange with working group re stipulated order; conversation with court clerk; viewing of video exhibit | 1.00 | 165.00 |
| 01/26/06 | DJL | Review of exhibits filed in connection with the response to motion for summary judgment | 0.25 | 83.75 |
| 01/27/06 | AJB2 | Exchange of emails re attempts to contact court re reply/response brief; receipt of cross motion for summary judgment; preparation of email to working group re same | 0.50 | 82.50 |
| 01/27/06 | DJL | Review situation with combined briefs | 0.25 | 83.75 |
| 01/30/06 | DJL | Review briefing situation | 0.25 | 83.75 |
|  | Total Fees |  | 7.75 | $1,788.75 |

| | | | |
|---|---|---|---|
| Dennis J. Levasseur | 3.00 x | 335.00 = | 1,005.00 |
| Alicia J. Blumenfeld | 4.75 x | 165.00 = | 783.75 |

| | |
|---|---|
| Express Deliveries | 5.20 |
| Photocopies | 54.20 |
| Total Expenses | $59.40 |

| | |
|---|---|
| TOTAL THIS INVOICE | $1,848.15 |
| Less credit on account (duplicate payment) | ($28,763.02) |
| **CREDIT BALANCE** | **(26,914.87)** |

BODMAN LLP
34TH FLOOR
100 RENAISSANCE CENTER
DETROIT, MICHIGAN 48243
313-393-7579 FAX
313-259-7777

Page:                    1
Inv #:              240492
008455 000001 - FTL

FEDERAL IDENTIFICATION NO
38-1308687



February 15, 2006

Entertainment Software Association
Attn: Deborah A. Buyer
Associate General Counsel
317 Madison Avenue, 22nd Floor
New York, NY 10017

Re: Michigan Video Game Statute

## REMITTANCE ADVICE

| | |
|---|---:|
| Total Fees | $1,788.75 |
| Total Expenses | $59.40 |
| TOTAL THIS INVOICE | $1,848.15 |
| Less credit on account (duplicate payment) | ($28,763.02) |
| **CREDIT BALANCE** | **($26,914.87)** |

TO INSURE PROPER CREDIT TO YOUR ACCOUNT PLEASE RETURN THIS
REMITTANCE ADVICE WITH YOUR PAYMENT.
**MAKE CHECKS PAYABLE TO BODMAN LLP.**

**BODMAN LLP**
34ᵀᴴ FLOOR
100 RENAISSANCE CENTER
DETROIT, MICHIGAN 48243
313-393-7579 FAX
313-259-7777

FEDERAL IDENTIFICATION NO
38-1308687

Page:          1
Inv #:      243498
008455 000001 - FTL

## bodman
ATTORNEYS & COUNSELORS

March 22, 2006

Entertainment Software Association
Attn: Deborah A. Buyer
Associate General Counsel
317 Madison Avenue, 22nd Floor
New York, NY 10017

Re: Michigan Video Game Statute

|            |      |                                                                                                                                                                                 | HOURS | AMOUNT |
|------------|------|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|--------|
| 02/01/06   | AJB2 | Review of notice of hearing; preparation of email to working group re same                                                                                                       | 0.25  | 41.25  |
| 02/01/06   | DJL  | Review of notice of hearing                                                                                                                                                      | 0.25  | 83.75  |
| 02/02/06   | AJB2 | Preparation of stipulated order; telephone conversation with Ms. Fallow re same; email exchange re same; preparation of email re answer to amended complaint.                    | 0.50  | 82.50  |
| 02/02/06   | DJL  | Review of answer                                                                                                                                                                 | 0.50  | 167.50 |
| 02/06/06   | AJB2 | Review of letter from Ms. Barton re proposed order; Preparation and filing of proposed order; Preparation of e-mail to Ms. Barton re same; Prepration of e-mail to working group re same. | 0.75  | 123.75 |
| 02/06/06   | DJL  | Review of orders and situation concerning reply brief                                                                                                                            | 0.25  | 83.75  |
| 02/08/06   | AJB2 | Review of stipulated order entered by Court; exchange of e-mails with working group re order; review of notice of filing exhibits in the traditional manner; exchange of e-mails with working group re exhibits | 0.50  | 82.50  |
| 02/08/06   | DJL  | Email correspondence re exhibits; review letter to Ms. Fallow re same                                                                                                            | 0.25  | 83.75  |

|  |  |  | HOURS | AMOUNT |
|---|---|---|---|---|
| 02/16/06 | AJB2 | Telephone conversation wtih Mr. Hellman re E.D. Mich. briefing requirements | 0.50 | 82.50 |
| 02/20/06 | AJB2 | E-mail exchange with Mr. Levasseur and Mr Hellman re filing. | 0.50 | 82.50 |
| 02/21/06 | AJB2 | Preparation of and filing of response and reply briefs; telephone conversations with Mr. Hellman re same. | 1.50 | 247.50 |
| 02/21/06 | DJL | Discussion with Ms. Blumenfeld re filing | 0.25 | 83.75 |
|  | Total Fees |  | 6.75 | $1,245.00 |

| | | | | |
|---|---|---|---|---|
| Dennis J. Levasseur | 1.50 x | 335.00 = | 502.50 |
| Alicia J. Blumenfeld | 4.50 x | 165.00 = | 742.50 |

| | |
|---|---|
| Pacer Serv. Ctr. Search Expense | 3.04 |
| Express Deliveries | 24.35 |
| Photocopies | 186.25 |
| Total Expenses | $213.64 |

| | |
|---|---|
| TOTAL THIS INVOICE | $1,458.64 |

BODMAN LLP
34TH FLOOR
100 RENAISSANCE CENTER
DETROIT, MICHIGAN 48243
313-393-7579 FAX
313-259-7777

Page:            1
Inv #:        243498
008455 000001 - FTL

FEDERAL IDENTIFICATION NO
38-1308687

 **bodman**
ATTORNEYS & COUNSELORS

March 22, 2006

Entertainment Software Association
Attn: Deborah A. Buyer
Associate General Counsel
317 Madison Avenue, 22nd Floor
New York, NY 10017

Re: Michigan Video Game Statute

## REMITTANCE ADVICE

| | |
|---|---|
| Total Fees | $1,245.00 |
| Total Expenses | $213.64 |
| TOTAL THIS INVOICE | $1,458.64 |

TO INSURE PROPER CREDIT TO YOUR ACCOUNT PLEASE RETURN THIS
REMITTANCE ADVICE WITH YOUR PAYMENT.
**MAKE CHECKS PAYABLE TO BODMAN LLP.**

**BODMAN LLP**
34™ FLOOR
100 RENAISSANCE CENTER
DETROIT, MICHIGAN 48243
313-393-7579 FAX
313-259-7777

FEDERAL IDENTIFICATION NO
38-1308687

Page:                1
Inv #:         244773
008455 000001 - FTL

## bodman

ATTORNEYS & COUNSELORS

April 12, 2006

Entertainment Software Association
Attn: Deborah A. Buyer
Associate General Counsel
317 Madison Avenue, 22nd Floor
New York, NY 10017

Re: Michigan Video Game Statute

|            |      |                                                                                             | HOURS | AMOUNT     |
|------------|------|---------------------------------------------------------------------------------------------|-------|------------|
| 03/02/06   | DJL  | Discussion with Ms. Blumenfeld; review of reply brief, summary judgment motion response.    | 0.25  | 83.75      |
| 03/21/06   | DJL  | Email correspondence with Mr. Smith re hearing.                                              | 0.25  | 83.75      |
| 03/22/06   | AJB2 | Legal research re James case for Mr. Smith.                                                  | 0.25  | 41.25      |
| 03/22/06   | DJL  | Travel to and attend hearing on motion for summary judgment; discussions with Ms. Buyer and Mr. Smith re same | 3.50 | 1,172.50 |
| 03/23/06   | DJL  | Email correspondence from Mr. Smith re hearing.                                              | 0.25  | 83.75      |
|            |      | Total Fees                                                                                  | 4.50  | $1,465.00  |

| Dennis J. Levasseur   | 4.25 x | 335.00 = | 1,423.75 |
|-----------------------|--------|----------|----------|
| Alicia J. Blumenfeld  | 0.25 x | 165.00 = | 41.25    |

| Local Travel Expense |                | 19.12   |
|----------------------|----------------|---------|
| Photocopies          |                | 4.60    |
|                      | Total Expenses | $23.72  |

|                  | TOTAL THIS INVOICE | $1,488.72 |
|------------------|--------------------|-----------|
| Unpaid invoices  |                    | $1,567.39 |
|                  | TOTAL AMOUNT DUE   | $3,056.11 |

BODMAN LLP
34TH FLOOR
100 RENAISSANCE CENTER
DETROIT, MICHIGAN 48243
313-393-7579 FAX
313-259-7777

FEDERAL IDENTIFICATION NO
38-1308687

 **bodman**
ATTORNEYS & COUNSELORS

Page:                    1
Inv #:            244773
008455 000001 - FTL

April 12, 2006

Entertainment Software Association
Attn:  Deborah A  Buyer
Associate General Counsel
317 Madison Avenue, 22nd Floor
New York, NY 10017

Re: Michigan Video Game Statute

## REMITTANCE ADVICE

| | |
|---|---:|
| Total Fees | $1,465 00 |
| Total Expenses | $23 72 |
| TOTAL THIS INVOICE | $1,488 72 |
| Unpaid Invoices | $1,567 39 |
| TOTAL AMOUNT DUE | $3,056 11 |

TO INSURE PROPER CREDIT TO YOUR ACCOUNT PLEASE RETURN THIS
REMITTANCE ADVICE WITH YOUR PAYMENT.
**MAKE CHECKS PAYABLE TO BODMAN LLP.**

# EXHIBIT B



*Jack Eichenlaub & Associates*
*PO Box 806236*
*St. Clair Shores, MI 48080-6236*
*(586) 260-5355*

<u>*Invoice Date:*</u>    9/23/2005
<u>*Invoice #:*</u>    J18789

<u>*Client:*</u>

Dennis J. Levasseur
Bodman LLP
100 Renaissance Center 34th Floor
Detroit, MI 48243

# *INVOICE*

| CASE # | CASE NAME | PARTY SERVED | CHARGE |
|--------|-----------|--------------|--------|
| 05-73634 | Entertainment Software Association vs. Michael A. Cox | Michael A. Cox - Rush Service | $55.00 |
| 05-73634 | Entertainment Software Association vs. Michael A. Cox | Jennifer Granholm - Rush Service | $55.00 |
| 05-73634 | Entertainment Software Association vs. Michael A. Cox | Kim Worthy - Rush Service | $55.00 |
| | | 0.5 Hr. / Time | $30.00 |
| | | Mileage - 188 Miles @ 0.50 per | $94.00 |

#J0005

OK
DJL 8455-1

| Invoice Total | $289.00 |
|---------------|---------|

(280)

00117540



**Jack Eichenlaub & Associates**
PO Box 806236
St. Clair Shores, MI 48080-6236
(586) 260-5355

| Invoice Date: | 9/27/2005 |
| Invoice #: | J18801 |

Client:

**Dennis J. Levasseur**
**Bodman LLP**
**100 Renaissance Center 34th Floor**
**Detroit, MI 48243**

# *INVOICE*

| CASE # | CASE NAME | PARTY SERVED | CHARGE |
|---|---|---|---|
| 5-73634 | Entertainment Software Association vs. Michael A. Cox | | |
| | | Rush Delivery to Attorney General | $55.00 |
| | | Mileage - 188 Miles @ 0.50 per | $94.00 |

#J2005

OK
DJL
8455-01

| Invoice Total | $149.00 |
|---|---|
| | (280) |

**REQUEST FOR CHECK**    NO. 116749

PAYABLE TO United States District    DATE 9-14-05
Court                    Charge to Lewand persand

CLIENT New Matter -no # yet    ACCOUNT CODE: 99999 #
                                            153 per
Entertainment Software Assoc  v. Granholm DJL

| ITEM | AMOUNT |
|------|--------|
| filing fee | 250 — |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

DELIVER TO DJL    PREPARED BY DJL    APPROVED BY DJL

REV. 10/89                    CHECK REQUEST

**REQUEST FOR CHECK**    NO. 116956

PAYABLE TO *United States*                    DATE 9·23·05 19

*District Court – Eastern District*

CLIENT *8455-1*                    ACCOUNT CODE:

*Entertainment Assoc*

| ITEM | AMOUNT |
|---|---|
| *Application for Admission fee* | 600 — |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

DELIVER TO *Kjarvis*    PREPARED BY    APPROVED BY

REV. 10/89

CHECK REQUEST