**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| ENTERTAINMENT SOFTWARE ASSOCIATION, VIDEO SOFTWARE DEALERS ASSOCIATION, and MICHIGAN RETAILERS ASSOCIATION, <br><br>Plaintiffs,<br>v<br><br>JENNIFER GRANHOLM, in her official capacity as Governor of the State of Michigan; MICHAEL A. COX, in his official capacity as Attorney General for the State of Michigan, et al, and KYM L. WORTHY, in her official capacity as Wayne County Prosecuting Attorney,<br><br>Defendants. | No. 05-73634<br><br>HON. GEORGE CARAM STEEH<br>MAGISTRATE JUDGE PEPE |

| | |
|---|---|
| Dennis J. Levasseur (P39778)<br>Alicia J. Blumenfeld (P67511)<br>Bodman LLP | Paul M. Smith<br>Katherine A. Fallow<br>Kathleen R. Hartnett<br>Amy L. Tenney<br>Jenner & Block LLP |
| Denise C. Barton (P41535)<br>Jason R. Evans (P61567)<br>Ann Sherman (P67762)<br>Attorneys for Defendants<br>Michigan Department of Attorney General<br>Public Employment, Elections & Tort Div. | |

**INDEX OF EXHIBITS TO DEFENDANTS' RESPONSE IN OPPOSITION TO PLAINTIFFS' MOTION FOR ATTORNEYS' FEES**

1. Complaint filed in the U.S. District Court, Northern District of Illinois.

2. Memorandum in Support of Plaintiffs' Motion for Preliminary Injunction in Illinois case.

3. Declarations of Borash, Carraway, Chan, Jimenez, Waldman, Andersen, Price and Lowenstein – filed in the Illinois case.