UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Entertainment Software Association, et al

        Plaintiff(s),

v.

Jennifer M. Granholm, et al

        Defendant(s).

Case No. 05-73634

Judge George Caram Steeh

Magistrate Judge Steven D. Pepe

## NOTICE OF CHANGE OF ATTORNEY INFORMATION

To: Attorney Admission Clerk and All Other Parties

Pursuant to the Electronic Filing Policy and Procedures, please take notice of the following attorney information change(s) for: Alicia J. Blumenfeld . (Check all that apply)

☐ *Name:*
From: _____ To: _____

☐ *Law Firm/Government Agency Association:*
New Law Firm Name: _____
☐ I am no longer counsel of record on the above titled case; please terminate my association to this case.

☑ *Address:* 6th Floor at Ford Field, 1901 St. Antoine Street, Detroit, Michigan 48226
☐ *Telephone Number:* _____
☐ *Primary E-Mail Address:* _____
☐ *Secondary E-Mail Address(es):* _____

Date: May 2, 2006

/S/Alicia J. Blumenfeld

P67511
Bodman LLP
6th Floor at Ford Field, 1901 St. Antoine Street
Detroit, Michigan 48226
(313) 259-7777
ablumenfeld@bodmanllp.com

## CERTIFICATE OF SERVICE

I hereby certify that on _____ May 2, 2006 _____, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

Denise C. Barton

and I hereby certify that I have mailed by United States Postal Service the foregoing paper to the following non-ECF participants:

/S/ Alicia J. Blumenfeld

P67511
Bodman LLP
6th Floor at Ford Field, 1901 St. Antoine Street
Detroit, Michigan 48226
(313) 259-7777
ablumenfeld@bodmanllp.com