UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Entertainment Software Association, et al

        Plaintiff(s),

v.

Jennifer M. Granholm, et al

        Defendant(s).

Case No. 05-73634

Judge George Caram Steeh

Magistrate Judge Steven D. Pepe

## NOTICE OF CHANGE OF ATTORNEY INFORMATION

To: Attorney Admission Clerk and All Other Parties

Pursuant to the Electronic Filing Policy and Procedures, please take notice of the following attorney information change(s) for: Dennis J. Levasseur. (Check all that apply)

☐ *Name:*
   From: _____  To: _____

☐ *Law Firm/Government Agency Association:*
   New Law Firm Name: _____
   ☐ I am no longer counsel of record on the above titled case; please terminate my association to this case.

☑ *Address:* 6th Floor at Ford Field, 1901 St. Antoine Street, Detroit, Michigan 48226
☐ *Telephone Number:*
☐ *Primary E-Mail Address:*
☐ *Secondary E-Mail Address(es):*

Date: May 2, 2006

/S/Dennis J. Levasseur

P39778
Bodman LLP
6th Floor at Ford Field, 1901 St. Antoine Street
Detroit, Michigan 48226
(313) 259-7777
dlevasseur@bodmanllp.com

## CERTIFICATE OF SERVICE

I hereby certify that on _____May 2, 2006_____, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

Denise C. Barton

and I hereby certify that I have mailed by United States Postal Service the foregoing paper to the following non-ECF participants:

/S/ Dennis J. Levasseur

P39778
Bodman LLP
6th Floor at Ford Field, 1901 St. Antoine Street
Detroit, Michigan 48226
(313) 259-7777
dlevasseur@bodmanllp.com