# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

ENTERTAINMENT SOFTWARE
ASSOCIATION, VIDEO SOFTWARE
DEALERS ASSOCIATION, and MICHIGAN
RETAILERS ASSOCIATION,

        Plaintiffs,

vs.

JENNIFER M. GRANHOLM, in her official
capacity as Governor of the State of Michigan;
MICHAEL A. COX, in his official capacity as
Attorney General of the State of Michigan; and
KYM L. WORTHY in her official capacity as
Wayne County Prosecuting Attorney,

        Defendants.               /

Case No: 05-cv-73634

Hon. George Caram Steeh

Magistrate Judge Steven D. Pepe

---

BODMAN LLP
By:    Dennis J. Levasseur (P39778)
         Alicia J. Blumenfeld (P67511)
100 Renaissance Center, 34th Floor
Detroit, Michigan 48243
Telephone: (313) 259-7777
Facsimile: (313) 393-7579

        and

JENNER & BLOCK LLP
By:    Paul M. Smith
         Katherine A. Fallow
         Amy L. Tenney
601 Thirteenth Street, N.W., Suite 1200
Washington, DC 20005
Telephone: (202) 639-6000
Facsimile: (202) 639-6066

MICHIGAN DEPARTMENT OF
    ATTORNEY GENERAL
By:    Denise C. Barton (P41535)
P.O. Box 30736
Lansing, Michigan 48909
(517) 373-6434
Attorney for Defendants Governor
Jennifer A. Granholm and Attorney
General Michael A. Cox

                          /

**STIPULATED ORDER EXTENDING DEADLINE FOR PLAINTIFFS'
REPLY BRIEF IN SUPPORT OF THEIR MOTION FOR
ATTORNEYS' FEES AND COSTS TO MAY 22, 2006**

2

In accordance with the parties' stipulation through their undersigned counsel:

IT IS ORDERED that plaintiffs are granted an extension to file their reply brief supporting their motion for attorneys fees and costs no later than May 22, 2006.

                s/George Caram Steeh
                Hon. George Caram Steeh
                United States District Judge

DATED:    MAY 8, 2006

Approved for entry:

| BODMAN LLP | MICHIGAN DEPARTMENT OF THE ATTORNEY GENERAL |
|---|---|
| /s/ Alicia J. Blumenfeld<br>By:   Dennis J. Levasseur (P39778)<br>       Alicia J. Blumenfeld (P67511)<br>100 Renaissance Center, 34th Floor<br>Detroit, Michigan 48243<br>Telephone: (313) 259-7777<br>Facsimile: (313) 393-7579<br>ablumenfeld@bodmanllp.com<br>Attorneys for Plaintiffs | /s/ with consent of Denise C. Barton<br>By:   Denise C. Barton (P41535)<br>P.O. Box 30736<br>Lansing, Michigan 48909<br>Telephone: (517) 373-6434<br>Facsimile: (517) 373-2454<br>bartond@michigan.gov<br>Attorneys for Defendants |
| Dated: May 4, 2006___ | Dated: May 4, 2006_____ |