### UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF MICHIGAN

ENTERTAINMENT SOFTWARE
ASSOCIATION, VIDEO SOFTWARE
DEALERS ASSOCIATION, and MICHIGAN
RETAILERS ASSOCIATION,

        Plaintiffs,

vs.

JENNIFER M. GRANHOLM, in her official
capacity as Governor of the State of Michigan;
MICHAEL A. COX, in his official capacity as
Attorney General of the State of Michigan; and
KYM L. WORTHY in her official capacity as
Wayne County Prosecuting Attorney,

        Defendants.          /

Case No: 05-cv-73634

Hon. George Caram Steeh

Magistrate Judge Steven D. Pepe

---

BODMAN LLP
By:   Dennis J. Levasseur (P39778)
       Alicia J. Blumenfeld (P67511)
100 Renaissance Center, 34th Floor
Detroit, Michigan 48243
Telephone: (313) 259-7777
Facsimile: (313) 393-7579

       and

JENNER & BLOCK LLP
By:   Paul M. Smith
       Katherine A. Fallow
       Amy L. Tenney
601 Thirteenth Street, N.W., Suite 1200
Washington, DC 20005
Telephone: (202) 639-6000
Facsimile: (202) 639-6066
                           /

MICHIGAN DEPARTMENT OF
    ATTORNEY GENERAL
By:   Denise C. Barton (P41535)
P.O. Box 30736
Lansing, Michigan 48909
(517) 373-6434
Attorney for Defendants Governor
Jennifer A. Granholm and Attorney
General Michael A. Cox

**STIPULATED ORDER EXTENDING PAGE LIMIT FOR PLAINTIFFS' REPLY BRIEF
IN SUPPORT OF
<u>PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND COSTS</u>**

In accordance with the parties' stipulation through their undersigned counsel:

IT IS ORDERED that plaintiffs are granted leave to file a six-page reply brief in support of their motion for attorneys' fees and costs.

|  |  |
|---|---|
|  | s/George Caram Steeh |
|  | Hon. George Caram Steeh |
|  | United States District Judge |
| DATED:     MAY 22, 2006 |  |
| BODMAN LLP | MICHIGAN DEPARTMENT OF THE ATTORNEY GENERAL |
| /s/ Alicia J. Blumenfeld | /s/ with consent of Denise C. Barton |
| By:   Dennis J. Levasseur (P39778) | By:   Denise C. Barton (P41535) |
|         Alicia J. Blumenfeld (P67511) | P.O. Box 30736 |
| 100 Renaissance Center, 34th Floor | Lansing, Michigan 48909 |
| Detroit, Michigan 48243 | Telephone: (517) 373-6434 |
| Telephone: (313) 259-7777 | Facsimile: (517) 373-2454 |
| Facsimile: (313) 393-7579 | bartond@michigan.gov |
| ablumenfeld@bodmanllp.com | Attorneys for Defendants |
| Attorneys for Plaintiffs |  |
| Dated: May 22, 2006 | Dated: May 22, 2006 |