# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

ENTERTAINMENT SOFTWARE
ASSOCIATION, VIDEO SOFTWARE
DEALERS ASSOCIATION, and
MICHIGAN RETAILERS ASSOCIATION,

        CASE NUMBER: 05-73634

        HON. GEORGE CARAM STEEH

        Plaintiff(s),

v.

JENNIFER M. GRANHOLM in her official
capacity as Governor of the State of Michigan;
MICHAEL COX, in his official capacity as
Attorney General of the State of Michigan; and
and KYM L. WORTHY, in her official capacity as
Wayne County Prosecuting Attorney,

        Defendant(s).
_____/

## NOTICE OF MOTION HEARING

You are hereby notified to appear before the Honorable George Caram Steeh, United States District Judge for the above proceeding on **JUNE 29, 2006 at 2:00 PM, PROMPTLY**, in Courtroom 236, Theodore Levin U.S. Courthouse and Federal Building, 231 W. Lafayette, Detroit, Michigan 48226.

The following motion(s) are scheduled for hearing:

Plaintiffs' Motion for Attorneys' Fees and Costs

Each side will be given 1 hour at the hearing to use as they desire.

## CERTIFICATE OF MAILING

I certify that a copy of this notice was mailed to all attorneys of record on this date June 13, 2006 by electronic and/or ordinary mail.

Date: June 13, 2006

        s/Marcia Beauchemin
        Case Manager to the
        Hon. George Caram Steeh
        (313) 234-5175