## INDEX OF EXHIBITS

Exhibit A    Second Declaration of Katherine A. Fallow in Support of Plaintiffs' Motion for Attorneys' Fees and Costs

Exhibit 1    True and correct copy of the survey entitled "Firm-by-firm sampling of billing rates nationwide".

Exhibit 2    True and correct copy of the "Standard Hourly Billing Rates".