Entertainment Software Association et al v. Granholm et al										Doc. 72 Att. 3

# EXHIBIT 1

Dockets.Justia.com

# THE NATIONAL LAW JOURNAL

Select '**Print**' in your browser menu to print this document.

**©2006 National Law Journal Online**
Page printed from: http://www.nlj.com

Back to Article

---

Firm-by-firm sampling of billing rates nationwide

December 12, 2005

*The National Law Journal* asked the respondents to its 2005 survey of the nation's 250 largest law firms to provide a range of hourly billing rates for partners and associates. The firms that supplied this information-including some firms that are not in the NLJ 250-are listed below in alphabetical order. This year we also asked firms to provide average and median billing rates; several firms provided this information as well. The number after a firm's name indicates the total number of attorneys at the firm. The city listed below the name of a firm is the location of its principal or largest office. Unless otherwise indicated, the rates provided are firmwide rates; an asterisk indicates rates at the principal or largest office only.

ABC | DEF | GHI | JKL | MNO | PQR | STU | VWXYZ

ABC

**Adams and Reese (300)**
(New Orleans)
Partners $205-$385 (average $279) (median $275)
Associates $155-$235 (average $185) (median $180)
Firmwide (average $247) (median $240)

**Andrews Kurth (403)**
(Houston)
Partners $350-$695 (average $464) (median $450)
Associates $180-$400 (average $272) (median $258)
Firmwide (average $377) (median $380)

**Arent Fox (274)** (Washington)
Partners $350-$580
Associates $195-$395

**Armstrong Teasdale (246)**
(St. Louis)
Partners $235-$400
Associates $135-$260

**Baker, Donelson, Bearman, Caldwell & Berkowitz (425)**
(Memphis, Tenn.)
Partners $200-$525
Associates $120-$290

**Ballard Spahr Andrews & Ingersoll (452)**
(Philadelphia)
Partners $330-$655
Associates $165-$360

**The Numbers**
- Going up still
- Firm-by-firm sampling of billing rates nationwide
- Billing rates for junior to senior associates
- Alternative to the billable hour offered by law firms

**Bass, Berry & Sims (192)**
(Nashville, Tenn.)
Partners $220-$475
Associates $140-$235


**Bell, Boyd & Lloyd (253)**
(Chicago)
Partners $310-$650
Associates $215-$350


**Blank Rome (481)**
(Philadelphia)
Partners $320-$700
Associates $195-$430


**Bond, Schoeneck & King (152)**
(Syracuse, N.Y.)
Partners $200-$425
Associates $140-$305


**Brinks Hofer Gilson & Lione (153)**
(Chicago)
Partners $350-$600 (average $449) (median $440)
Associates $190-$365 (average $270) (median $250)
Firmwide (average $355) (median $350)


**Brown Raysman Millstein Felder & Steiner (253)**
(New York)
Partners $315-$690 (average $452)
Associates $190-$400 (average $296)
Firmwide (average $351)


**Brown Rudnick Berlack Israels (194)**
(Boston)
Partners $475-$790*
Associates $260-$460*


**Bryan Cave (730)**
(St. Louis)
Partners $300-$695 (average $423)
Associates $145-$430 (average $269)
Firmwide (average $316)


**Buchanan Ingersoll (404)**
(Pittsburgh)
Partners $240-$750
Associates $150-$400


**Buckingham, Doolittle & Burroughs (148)**
(Akron, Ohio)
Partners $175-$315 (average $225) (median $225)
Associates $125-$225 (average $156) (median $150)
Firmwide (average $175) (median $185)


**Bullivant Houser Bailey (175)**
(Portland, Ore.)
Partners $170-$500 (average $275) (median $265)
Associates $150-$300 (average $195) (median $195)

Firmwide (average $225) (median $220)

**Burr & Forman (181)**
(Birmingham, Ala.)
Partners $200-$395 (average $312) (median $310)
Associates $160-$275 (average $201) (median $190)
Firmwide (average $208) (median $190)

**Butzel Long (216)**
(Detroit)
Partners $225-$500
Associates $160-$300

**Carlton Fields (225)**
(Tampa, Fla.)
Partners $245-$520 (average $368) (median $370)
Associates $175-$300 (average $226) (median $220)
Firmwide (average $284) (median $290)

**Cooley Godward (421)**
(Palo Alto, Calif.)
Partners $395-$700 (average $515)
Associates $215-$550 (average $350)
Firmwide (average $404)

**Covington & Burling (531)**
(Washington)
Partners $420-$720
Associates $190-$440

**Cozen O'Connor (507)**
(Philadelphia)
Partners $230-$700 (average $292) (median $250)
Associates $175-$365 (average $181) (median $177)
Firmwide (average $249)

**Curtis, Mallet-Prevost, Colt & Mosle (180)**
(New York)
Partners $340-$675 (average $553) (median $593)
Associates $160-$470 (average $340) (median $348)
Firmwide (average $432) (median $450)

DEF

**Davis Wright Tremaine (386)**
(Seattle)
Partners $250-$625 (average $374) (median $370)
Associates $155-$350 (average $242) (median $230)
Firmwide (average $330) (median $330)

**Day, Berry & Howard (215)**
(Hartford, Conn.)
Partners $320-$565 (average $425) (median $420)
Associates $190-$395 (average $284) (median $290)
Firmwide (average $355) (median $350)

**Dickinson Wright (209)**
(Detroit)

Partners $275-$490
Associates $155-$245

**Dickstein Shapiro Morin & Oshinsky (353)**
(Washington)
Partners $400-$675
Associates $210-$390

**Dinsmore & Shohl (284)**
(Cincinnati)
Partners $205-$420 (average $304) (median $295)
Associates $130-$250 (average $180) (median $165)
Firmwide (average $226) (median $215)

**DLA Piper Rudnick Gray Cary (3,159)**
(Chicago)
Partners $345-$800 (average $497) (median $495)
Associates $200-$500 (average $336) (median $340)
Firmwide (average $383) (median $395)

**Dorsey & Whitney (638)**
(Minneapolis)
Partners $200-$876.75 (average $416.19) (median $418.61)
Associates $145-$835 (average $272.18) (median $265)
Firmwide (average $343.84) (median $346.39)

**Drinker Biddle & Reath (413)**
(Philadelphia)
Partners $325-$600 (average $402)
Associates $175-$360 (average $270)

**Duane Morris (515)**
(Philadelphia)
Partners $295-$665
Associates $125-$400

**Dykema Gossett (334)**
(Detroit)
Partners $250-$550
Associates $165-$280

**Edwards & Angell (344)**
(Boston)
Partners $325-$600 (average $451.15) (median $450)
Associates $115-$400 (average $253) (media $250)
Firmwide (average $350.50) (median $347.50)

**Epstein Becker & Green (352)**
(New York)
Partners $275-$600 (average $436.89) (median $420)
Associates $140-$390 (average $267.11) (median $280)
Firmwide (average $300.31)

**Fenwick & West (246)**
(Mountain View, Calif.)
Partners $450-$725 (average $540) (median $540)
Associates $235-$440 (average $345) (median $385)

**Fowler White Boggs Banker (224)**
(Tampa, Fla.)
Partners $250-$415
Associates $150-$250

**Fredrikson & Byron (185)**
(Minneapolis)
Partners $250-$515
Associates $145-$240

**Frost Brown Todd (360)**
(Louisville, Ky.)
Partners $190-$410 (average $279) (median $275)
Associates $135-$260 (average $180) (median $180)
Firmwide (average $208)

GHI

**Gardere Wynne Sewell (286)**
(Dallas)
Partners $315-$625 (average $414) (median $415)
Associates $170-$380 (average $250) (median $255)
Firmwide (average $347) (median $345)

**Gibbons, Del Deo, Dolan, Griffinger & Vecchione (188)**
(Newark, N.J.)
Partners $300-$660 (average $397) (median $380)
Associates $160-$340 (average $233) (median $245)

**Gordon & Rees (268)**
(San Francisco)
Partners $140-$450
Associates $125-$325

**Greenberg Traurig (1,482)**
(Miami)
Partners $250-$750 (average $437) (median $450)
Associates $140-$455 (average $279) (median $275)
Firmwide (average $364) (median $375)

**Harris Beach (188)**
(Rochester, N.Y.)
Partners $200-$350
Associates $135-$235

**Haynes and Boone (440)**
(Dallas)
Partners $330-$750
Associates $140-$410

**Hodgson Russ (221)**
(Buffalo, N.Y.)
Partners $220-$595 (average $304)
Associates $130-$290 (average $188)
Firmwide (average $249)

**Hogan & Hartson (1,012)**

(Washington)
Partners $250-$750
Associates $130-$475


**Holland & Knight (1,224)**
(New York)
Partners $260-$700 (average $419) (median $410)
Associates $155-$475 (average $252) (median $245)
Firmwide (average $358) (median $365)


**Holme Roberts & Owen (219)**
(Denver)
Partners $250-$565 (average $375) (median $350)
Associates $185-$395 (average $250) (median $240)
Firmwide (average $322) (median $325)


**Husch & Eppenberger (302)**
(St. Louis)
Partners $185-$390 (average $267) (median $260)
Associates $125-$230 (average $161) (median $155)
Firmwide (average $223) (median $220)


JKL

**Jackson Lewis (375)**
(White Plains, N.Y.)
Partners $265-$500
Associates $185-$395


**Jenkens & Gilchrist (282)**
(Dallas)
Partners $315-$580 (average $411)
Associates $195-$370 (average $266)


**Jenner & Block (443)**
(Chicago)
Partners $410-$750 (average $496) (median $475)
Associates $215-$390 (average $290) (median $275)


**Jones, Walker, Waechter, Poitevent, Carrère & Denègre (215)**
(New Orleans)
Partners $190-$425
Associates $130-$200


**Kelley Drye & Warren (321)**
(New York)
Partners $375-$730
Associates $200-$450


**Kramer Levin Naftalis & Frankel (325)**
(New York)
Partners $530-$775 (average $598) (median $590)
Associates $275-$520 (average $422) (median $440)
Firmwide (average $427) (median $440)


**Lane Powell (172)**
(Seattle)
Partners $275-$440 (average $338) (median $330)

Associates $190-$350 (average $232) (median $233)
Firmwide (average $307) (median $310)

**Lewis, Rice & Fingersh (172)**
(St. Louis)
Partners $215-$395
Associates $140-$285

**Littler Mendelson (433)**
(San Francisco)
Partners $240-$550
Associates $165-$375

**Locke Liddell & Sapp (384)**
(Houston)
Partners $340-$795 (average $432) (median $425)
Associates $150-$370 (average $237) (median $230)
Firmwide (average $347) (median $360)

**Loeb & Loeb (206)**
(Los Angeles)
Partners $375-$775
Associates $200-$425

**Lord, Bissell & Brook (288)**
(Chicago)
Partners $285-$645 (average $448) (median $430)
Associates $200-$350 (average $256) (median $255)
Firmwide (average $363) (median $365)

**Lowenstein Sandler (242)**
(Roseland, N.J.)
Partners $325-$595
Associates $165-$375

**Luce, Forward, Hamilton & Scripps (189)**
(San Diego)
Partners $325-$575
Associates $210-$350

MNO

**Manatt, Phelps & Phillips (301)**
(Los Angeles)
Partners $475-$710 (average $563) (median $530)
Associates $295-$440 (average $314) (median $355)
Firmwide (average $439) (median $443)

**Marshall, Dennehey, Warner, Coleman & Goggin (368)**
(Philadelphia)
Partners $140-$275
Associates $130-$230

**McCarter & English (375)**
(Newark, N.J.)
Partners $270-$600
Associates $175-$360

**McGuireWoods (690)**
(Richmond, Va.)
Partners $260-$675
Associates $180-$375


**McKenna Long & Aldridge (362)**
(Washington)
Partners $290-$575
Associates $175-$385


**Michael Best & Friedrich (265)**
(Milwaukee)
Partners $195-$500
Associates $160-$290


**Miles & Stockbridge (204)**
(Baltimore)
Partners $280-$450 (average $328)
Associates $180-$350 (average $216)


**Miller & Martin (167)**
(Chattanooga, Tenn.)
Partners $220-$395 (average $305) (median $310)
Associates $140-$285 (average $190) (median $180)
Firmwide (average $270) (median $285)


**Miller, Canfield, Paddock and Stone (350)**
(Detroit)
Partners $275-$540
Associates $145-$290


**Montgomery, McCracken, Walker & Rhoads (136)**
(Philadelphia)
Partners $300-$550 (average $406)
Associates $190-$295 (average $227)


**Morris, Manning & Martin (170)**
(Atlanta)
Partners $330-$495
Associates $175-$325


**Nelson Mullins Riley & Scarborough (346)**
(Columbia, S.C.)
Partners $215-$600
Associates $150-$325


**Ogletree, Deakins, Nash, Smoak & Stewart (299)**
(Greenville, S.C.)
Partners $230-$500 (average $308) (median $305)
Associates $150-$300 (average $231) (median $235)
Firmwide (average $251) (median $260)


**Orrick, Herrington & Sutcliffe (744)**
(New York)
Partners $355-$715 (average $566) (median $570)
Associates $225-$465 (average $361) (median $385)
Firmwide (average $451) (median $445)

PQR

**Parker Poe Adams & Bernstein (174)**
(Charlotte, N.C.)
Partners $170-$450
Associates $130-$260

**Patton Boggs (406)**
(Washington)
Partners $275-$800 (average $421) (median $537)
Associates $190-$380 (average $272) (median $285)
Firmwide (average $343) (median $495)

**Pepper Hamilton (431)**
(Philadelphia)
Partners $285-$650
Associates $180-$370

**Perkins Coie (585)**
(Seattle)
Partners $205-$600
Associates $160-$440

**Phelps Dunbar (248)**
(New Orleans)
Partners $160-$450 (average $214.87) (median $230)
Associates $125-$200 (average $151.86) (median $155)
Firmwide (average $153.23) (median $185)

**Phillips Lytle (170)** (Buffalo, N.Y.)
Partners $210-$395 (average $280) (median $275)
Associates $145-$295 (average $190) (median $185)
Firmwide (average $195) (median $185)

**Pitney Hardin (179)**
(Florham Park, N.J.)
Partners $350-$595
Associates $190-$345

**Polsinelli Shalton Welte Suelthaus (230)**
(Kansas City, Mo.)
Partners $200-$500
Associates $140-$250

**Powell Goldstein (297)**
(Atlanta)
Partners $290-$550 (average $404) (median $405)
Associates $165-$335 (average $235) (median $230)
Firmwide (average $304) (median $295)

**Preston Gates & Ellis (428)**
(Seattle)
Partners $190-$595
Associates $95-$372

**Quarles & Brady (412)**

(Milwaukee)
Partners $240-$500 (average $335.57) (median $335)
Associates $180-$300 (average $217) (median $215)
Firmwide (average $298.56) (median $305)


**Reed Smith (995)**
(Pittsburgh)
Partners $280-$675 (average $425) (median $412)
Associates $185-$435 (average $255) (median $245)
Firmwide (average $346) (median $338)


**Robinson & Cole (223)**
(Hartford, Conn.)
Partners $260-$525 (average $376) (median $380)
Associates $160-$450 (average $241) (median $230)
Firmwide (average $278) (median $240)


**Roetzel & Andress (192)**
(Akron, Ohio)
Partners $190-$375 (average $238) (median $250)
Associates $105-$230 (average $168) (median $190)
Firmwide (average $214) (median $235)


**Rutan & Tucker (145)**
(Costa Mesa, Calif.)
Partners $285-$500
Associates $190-$325


STU

**Saul Ewing (245)**
(Philadelphia)
Partners $270-$625 (average $379) (median $375)
Associates $165-$300 (average $215) (median $205)
Firmwide (average $316) (median $325)


**Schnader Harrison (183)**
(Philadelphia)
Partners $270-$700
Associates $145-$315


**Shook, Hardy & Bacon (493)** (Kansas City, Mo.)
Partners $220-$627 (average $327) (median $315)
Associates $160-$387 (average $200) (median $190)


**Shumaker, Loop & Kendrick (164)**
(Toledo, Ohio)
Partners $215-$435 (average $280) (median $280)
Associates $150-$330 (average $195) (median $185)
Firmwide (average $260) (median $270)


**Sills Cummis Epstein & Gross (164)**
(Newark, N.J.)
Partners $300-$575
Associates $175-$350


**Smith, Gambrell & Russell (180)**
(Atlanta)

Partners $265-$515
Associates $155-$300

**Stinson Morrison Hecker (321)**
(Kansas City, Mo.)
Partners $225-$425 (average $292) (median $295)
Associates $140-$230 (average $171) (median $165)
Firmwide (average $210) (median $270)

**Stoel Rives (344)**
(Portland, Ore.)
Partners $250-$450 (average $349) (median $350)
Associates $160-$300 (average $225) (median $215)
Firmwide (average $301) (median $300)

**Strasburger & Price (181)**
(Dallas)
Partners $215-$485 (average $348) (median $350)
Associates $185-$280 (average $213) (median $205)
Firmwide (average $299) (median $290)

**Sutherland Asbill & Brennan (429)**
(Atlanta)
Partners $395-$740 (average $457) (median $450)
Associates $210-$450 (average $257) (median $250)
Firmwide (average $347) (median $315)

**Swidler Berlin (138)**
(Washington)
Partners $385-$660 (average $502) (median $502)
Associates $215-$400 (average $322) (median $330)
Firmwide (average $402) (median $402)

**Thompson & Knight (385)**
(Dallas)
Partners $300-$625 (average $420) (median $425)
Associates $185-$365 (average $228) (median $225)
Firmwide (average $306) (median $260)

**Thompson Coburn (295)**
(St. Louis)
Partners $280-$450
Associates $150-$275

**Thompson Hine (376)**
(Cleveland)
Partners $195-$610 (average $396) (median $390)
Associates $160-$400 (average $235) (median $210)
Firmwide (average $337) (median $305)

**Ulmer & Berne (174)**
(Cleveland)
Partners $230-$410 (average $302)
Associates $150-$270 (average $192)
Firmwide (average $214)

VWXYZ

**Venable (441)**

(Washington)
Partners $285-$1,000 (average $430)
Associates $200-$440 (average $286)

**White & Case (1,983)**
(New York)
Partners $560-$830* (average $590)
Associates $290-$555* (average $362)
Firmwide (average $381)

**Wiggin & Dana (142)**
(New Haven, Conn.)
Partners $260-$475
Associates $170-$355

**Wiley Rein & Fielding (253)** (Washington)
Partners $325-$660 (average $425) (median $425)
Associates $205-$335 (average $240) (median $240)
Firmwide (average $333) (median $350)

**Williams Mullen (233)**
(Richmond, Va.)
Partners $225-$550
Associates $150-$250

**Winstead Sechrest & Minick (304)** (Dallas)
Partners $300-$600
Associates $180-$350

**Womble Carlyle Sandridge & Rice (533)**
(Winston-Salem, N.C.)
Partners $240-$525 (average $365) (median $365)
Associates $165-$325 (average $225) (median $220)
Firmwide (average $315) (median $325)