# **INDEX OF EXHIBITS**

1. Laffey Matrix

2. Helder Associates, Inc. 2005 Billing Survey, pp 17, 21

3. Helder Associates, Inc. 2005 Billing Survey, pp 4, 9

4. Helder Associates, Inc. 2005 Billing Survey, pp 71, 72