# EXHIBIT 2

Dockets.Justia.com

# PARTNER SUMMARY BY REGION
# FOR LARGER FIRMS

### Number and Percentage
### of Partners by Billing Rate Level

**100+ ATTORNEYS**

| Region | No. of Firms | Avg. Billable Hours | STANDARD HOURLY BILLING RATES | | | | | | | | | | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | <$175 | $175 -234 | $235 -294 | $295 -354 | $355 -414 | $415 -474 | $475 -534 | $535 -594 | $595 -654 | $655 -714 | $715 -775 | >$755 | |
| Eastern | | 1,843 | | | 0.8% | 5.7% | 14.4% | 21.4% | 18.7% | 18.2% | 12.7% | 3.3% | 2.7% | 2.2% | 100% |
| | 5 | | | | 3 | 21 | 53 | 79 | 69 | 67 | 47 | 12 | 10 | 8 | 369 |
| Central | | 1,891 | | | 1.1% | 10.1% | 20.0% | 23.4% | 17.6% | 9.5% | 9.2% | 5.3% | 3.4% | 0.4% | 100% |
| | 4 | | | | 8 | 72 | 143 | 167 | 126 | 68 | 66 | 38 | 24 | 3 | 715 |
| Western | | 1,864 | | | 0.3% | 2.8% | 17.8% | 28.9% | 32.7% | 10.1% | 3.8% | 2.5% | 1.0% | 0.3% | 100% |
| | 5 | | | | 1 | 11 | 71 | 115 | 130 | 40 | 15 | 10 | 4 | 1 | 398 |
| Average | | 1,864 | | | 0.8% | 7.0% | 18.0% | 24.4% | 21.9% | 11.8% | 8.6% | 4.0% | 2.6% | 0.8% | 100% |
| Total | 14 | | | | 12 | 104 | 267 | 361 | 325 | 175 | 128 | 60 | 38 | 12 | 1,482 |

# ASSOCIATE SUMMARY BY REGION
# FOR LARGER FIRMS

## Average Hourly Billing Rates by Class Year

### 100+ ATTORNEYS

| Region | No. of Firms | Avg. Billable Hours | 2004 $ | 2004 # | 2003 $ | 2003 # | 2002 $ | 2002 # | 2001 $ | 2001 # | 2000 $ | 2000 # | 1999 $ | 1999 # | 1998 $ | 1998 # | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Eastern | 5 | 1,958 | $243 | 50 | $277 | 80 | $309 | 89 | $340 | 81 | $365 | 62 | $385 | 65 | $403 | 26 | 453 |
| Central | 4 | 1,990 | $207 | 74 | $230 | 76 | $250 | 97 | $275 | 80 | $298 | 56 | $314 | 75 | $342 | 121 | 579 |
| Western | 5 | 1,905 | $221 | 36 | $255 | 50 | $293 | 74 | $324 | 60 | $348 | 53 | $366 | 46 | $389 | 26 | 345 |
| Total/Average | 14 | 1,948 | $225 | 160 | $256 | 206 | $286 | 260 | $316 | 221 | $339 | 171 | $358 | 186 | $381 | 173 | 1,377 |