# EXHIBIT 3

# PARTNER SUMMARY BY CITY

## Percentage of Partners by Billing Rate Level

**NATIONAL**

| City | No. of Firms | Avg. Billable Hours | <$175 | $175-234 | $235-294 | $295-354 | $355-414 | $415-474 | $475-534 | $535-594 | $595-654 | $655-714 | $715-775 | >$755 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Atlanta | 9 | 1,675 | | 4.5% | 14.9% | 37.3% | 31.3% | 10.4% | 1.5% | | | | | | 100% |
| Baltimore | 5 | 1,932 | | | 36.4% | 59.1% | 4.5% | | | | | | | | 100% |
| Boston | 9 | 1,581 | | 2.4% | 16.7% | 64.3% | 16.7% | | | | | | | | 100% |
| Chicago | 15 | 1,713 | 1.1% | 0.1% | 4.3% | 13.5% | 15.3% | 21.5% | 16.9% | 9.3% | 8.9% | 5.3% | 3.3% | 0.4% | 100% |
| Cleveland/Columbus | 20 | 1,627 | 9.0% | 13.9% | 47.9% | 22.9% | 5.6% | | 0.7% | | | | | | 100% |
| Dallas | 10 | 1,697 | | 14.4% | 51.5% | 26.8% | 7.2% | | | | | | | | 100% |
| Denver | 10 | 1,765 | 16.7% | 23.3% | 46.7% | 13.3% | | | | | | | | | 100% |
| Houston | 10 | 1,931 | 2.6% | 21.8% | 26.9% | 33.3% | 11.5% | 3.8% | | | | | | | 100% |
| Kansas City/St. Louis | 19 | 1,596 | 2.4% | 38.2% | 41.2% | 15.3% | 2.9% | | | | | | | | 100% |
| Los Angeles | 9 | 1,939 | | 0.6% | 1.2% | 4.9% | 14.5% | 26.2% | 32.8% | 11.0% | 4.7% | 2.6% | 1.2% | 0.3% | 100% |
| Miami | 15 | 1,639 | 2.3% | | 10.1% | 66.7% | 14.0% | 7.0% | | | | | | | 100% |
| Milwaukee/Madison | 10 | 1,361 | | 39.1% | 45.7% | 15.2% | | | | | | | | | 100% |
| Minneapolis/St. Paul | 20 | 1,643 | 2.7% | 6.0% | 28.2% | 30.9% | 20.1% | 8.4% | 2.4% | 0.8% | 0.5% | | | | 100% |
| New York City | 8 | 1,725 | | | 0.8% | 6.8% | 16.0% | 17.1% | 15.6% | 20.2% | 14.4% | 3.4% | 3.0% | 2.7% | 100% |
| Philadelphia | 9 | 1,757 | 17.2% | 7.0% | 26.3% | 30.1% | 11.3% | 8.1% | | | | | | | 100% |
| Phoenix | 16 | 1,819 | 5.3% | 39.8% | 46.6% | 7.5% | 0.8% | | | | | | | | 100% |
| Portland | 5 | 1,675 | 8.7% | | 56.5% | 21.7% | 13.0% | | | | | | | | 100% |
| Salt Lake City | 14 | 1,519 | 4.5% | 59.1% | 34.1% | 2.3% | | | | | | | | | 100% |
| San Francisco | 15 | 1,790 | | 2.7% | 2.3% | 6.8% | 17.4% | 27.4% | 30.1% | 7.8% | 5.0% | 0.5% | | | 100% |
| Seattle | 10 | 1,636 | 13.1% | 37.3% | 35.9% | 13.7% | | | | | | | | | 100% |
| Washington, DC | 19 | 1,784 | | | 9.3% | 27.9% | 23.2% | 17.3% | 14.2% | 4.9% | 2.0% | 0.7% | 0.4% | 0.2% | 100% |
| **Average** | **257** | **1,691** | **2.9%** | **9.8%** | **18.1%** | **20.1%** | **13.9%** | **12.9%** | **10.7%** | **5.2%** | **3.6%** | **1.5%** | **1.0%** | **0.3%** | **100%** |

# ASSOCIATE SUMMARY BY CITY

## Average Hourly Billing Rates by Class Year

**NATIONAL**

| City | No. of Firms | Avg. Billable Hours | 2004 $ | 2004 # | 2003 $ | 2003 # | 2002 $ | 2002 # | 2001 $ | 2001 # | 2000 $ | 2000 # | 1999 $ | 1999 # | 1998 $ | 1998 # | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Atlanta | 9 | 1,738 | $158 | 10 | $171 | 15 | $182 | 18 | $215 | 21 | $228 | 18 | $247 | 10 | $256 | 22 | 114 |
| Baltimore | 5 | 1,933 | | | $143 | 4 | $152 | 2 | $177 | 5 | $175 | 1 | $185 | 3 | $200 | 1 | 16 |
| Boston | 9 | 1,631 | $185 | 1 | $220 | 3 | $205 | 3 | $235 | 2 | $230 | 2 | $249 | 4 | $265 | 2 | 17 |
| Chicago | 15 | 1,778 | $198 | 73 | $212 | 78 | $210 | 98 | $241 | 79 | $262 | 50 | $266 | 80 | $245 | 63 | 521 |
| Cleveland/Columbus | 20 | 1,657 | $152 | 10 | $161 | 9 | $169 | 9 | $178 | 9 | $199 | 6 | $184 | 8 | $194 | 33 | 84 |
| Dallas | 10 | 1,790 | $132 | 8 | $146 | 8 | $165 | 9 | $172 | 8 | $178 | 5 | $176 | 7 | $189 | 5 | 50 |
| Denver | 10 | 1,689 | $138 | 7 | $138 | 3 | $152 | 2 | | | $165 | 1 | $190 | 3 | $192 | 4 | 20 |
| Houston | 10 | 1,838 | $163 | 5 | $167 | 12 | $176 | 11 | $177 | 15 | $190 | 14 | $207 | 13 | $228 | 36 | 106 |
| Kansas City/St. Louis | 19 | 1,696 | $136 | 8 | $143 | 12 | $159 | 13 | $169 | 17 | $159 | 5 | $186 | 10 | $198 | 7 | 72 |
| Los Angeles | 9 | 1,939 | $209 | 34 | $230 | 43 | $273 | 56 | $321 | 51 | $342 | 45 | $351 | 45 | $370 | 28 | 302 |
| Miami | 15 | 1,611 | $158 | 11 | $189 | 6 | $185 | 6 | $200 | 8 | $228 | 7 | $234 | 7 | $223 | 11 | 56 |
| Milwaukee/Madison | 10 | 1,482 | $170 | 4 | $160 | 4 | $162 | 2 | $182 | 3 | $160 | 1 | $185 | 1 | | | 15 |
| Minneapolis/St. Paul | 20 | 1,691 | $147 | 41 | $154 | 27 | $168 | 42 | $178 | 38 | $180 | 38 | $201 | 20 | $210 | 110 | 316 |
| New York City | 8 | 1,745 | $259 | 35 | $258 | 55 | $274 | 61 | $321 | 51 | $327 | 48 | $376 | 48 | $339 | 26 | 324 |
| Philadelphia | 9 | 1,821 | $154 | 16 | $164 | 22 | $172 | 26 | $177 | 25 | $180 | 20 | $201 | 30 | $222 | 60 | 199 |
| Phoenix | 16 | 1,799 | $150 | 6 | $151 | 9 | $162 | 7 | $172 | 7 | $178 | 8 | $184 | 10 | $184 | 24 | 71 |
| Portland | 5 | 1,825 | | | $165 | 1 | $140 | 2 | $180 | 1 | $185 | 1 | $195 | 2 | $125 | 2 | 9 |
| Salt Lake City | 14 | 1,567 | $136 | 6 | $154 | 6 | $159 | 11 | $168 | 5 | $180 | 3 | $185 | 4 | $182 | 11 | 46 |
| San Francisco | 15 | 1,837 | $223 | 15 | $254 | 32 | $270 | 52 | $280 | 33 | $308 | 34 | $314 | 17 | $348 | 22 | 205 |
| Seattle | 10 | 1,617 | $136 | 11 | $148 | 7 | $163 | 10 | $162 | 9 | $188 | 4 | $165 | 5 | $203 | 16 | 62 |
| Washington, DC | 19 | 1,860 | $190 | 31 | $218 | 47 | $226 | 54 | $254 | 48 | $262 | 34 | $281 | 37 | $301 | 47 | 298 |
| Total/Average | 257 | 1,730 | $167 | 332 | $181 | 403 | $196 | 494 | $206 | 435 | $227 | 345 | $236 | 364 | $246 | 530 | 2,903 |