# EXHIBIT 4

# PARTNER SUMMARY BY FIRM SIZE

## Number and Percentage of Partners by Billing Rate Level

**Washington, DC**

| Firm Size (No. of Attorneys) | No. of Firms | Avg. Billable Hours | STANDARD HOURLY BILLING RATES |  |  |  |  |  |  |  |  |  | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | <$150 | $175 -234 | $235 -294 | $295 -354 | $355 -414 | $415 -474 | $475 -534 | $535 -594 | $595 -654 | $655 -714 | $715 -775 | >$775 | |
| 100+ | 5 | 1,975 | | | | 5.8% | 39.3% | 29.5% | 16.9% | 5.8% | 1.4% | 1.4% | | | 100% |
| | | | | | | 17 | 116 | 87 | 50 | 17 | 4 | 4 | | | 295 |
| 40 to 99 | 6 | 1,683 | | 3.8% | 29.1% | 63.0% | 4.2% | | | | | | | | 100% |
| | | | | 10 | 77 | 167 | 11 | | | | | | | | 265 |
| 20 to 39 | 5 | 1,669 | | 8.6% | 52.4% | 25.7% | 6.7% | 6.7% | | | | | | | 100% |
| | | | | 9 | 55 | 27 | 7 | 7 | | | | | | | 105 |
| 5 to 19 | 5 | 1,624 | | 34.7% | 22.4% | 14.3% | 6.1% | 16.3% | 6.1% | | | | | | 100% |
| | | | | 17 | 11 | 7 | 3 | 8 | 3 | | | | | | 49 |
| <5 | 4 | 1,850 | | 11.1% | 22.2% | 44.4% | 22.2% | | | | | | | | 100% |
| | | | | 1 | 2 | 4 | 2 | | | | | | | | 9 |
| **Average** | | 1,733 | | 5.1% | 20.1% | 30.7% | 19.2% | 14.1% | 7.3% | 2.4% | 0.6% | 0.6% | | | 100% |
| **Total** | 25 | | | 37 | 145 | 222 | 139 | 102 | 53 | 17 | 4 | 4 | | | 723 |

# PERCENTAGE OF PARTNERS
# BY BILLING RATE LEVEL

## Law Firms With More Than 100 Attorneys

**Washington, DC**

STANDARD HOURLY BILLING RATES

| Individual Firm Respondents | Avg. Billable Hours | <$150 | $175-234 | $235-294 | $295-354 | $355-414 | $415-474 | $475-534 | $535-594 | $595-654 | $655-714 | $715-775 | >$775 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 2,075 | | | | 5.3% | 42.7% | 29.3% | 14.7% | 5.3% | 1.3% | 1.3% | | | 100% |
| 2 | 1,600 | | | | 7.7% | 32.7% | 36.5% | 17.3% | 5.8% | | | | | 100% |
| 3 | 2,000 | | | | 4.0% | 40.0% | 28.0% | 20.0% | 4.0% | 2.0% | 2.0% | | | 100% |
| 4 | 1,900 | | | | 7.1% | 39.3% | 26.8% | 16.1% | 7.1% | 1.8% | 1.8% | | | 100% |
| 5 | 1,800 | | | | 4.8% | 40.3% | 27.4% | 17.7% | 6.5% | 1.6% | 1.6% | | | 100% |
| Average | 1,875 | | | | 5.8% | 39.3% | 29.5% | 16.9% | 5.8% | 1.4% | 1.4% | | | 100% |
| Total | | | | | 17 | 116 | 87 | 50 | 17 | 4 | 4 | | | 295 |

## Law Firms With 40 to 99 Attorneys

**Washington, DC**

STANDARD HOURLY BILLING RATES

| Individual Firm Respondents | Avg. Billable Hours | <$150 | $175-234 | $235-294 | $295-354 | $355-414 | $415-474 | $475-534 | $535-594 | $595-654 | $655-714 | $715-775 | >$775 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1,745 | | 1.9% | 26.9% | 67.3% | 3.8% | | | | | | | | 100% |
| 2 | 1,450 | | 4.3% | 30.4% | 60.9% | 4.3% | | | | | | | | 100% |
| 3 | 1,850 | | 2.1% | 31.9% | 61.7% | 4.3% | | | | | | | | 100% |
| 4 | 1,575 | | 5.0% | 27.5% | 62.5% | 5.0% | | | | | | | | 100% |
| 5 | 1,675 | | 2.4% | 31.0% | 64.3% | 2.4% | | | | | | | | 100% |
| 6 | 1,800 | | 7.9% | 26.3% | 60.5% | 5.3% | | | | | | | | 100% |
| Average | 1,683 | | 3.8% | 29.1% | 63.0% | 4.2% | | | | | | | | 100% |
| Total | | | 10 | 77 | 167 | 11 | | | | | | | | 265 |